**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>KP ENGINEERING, LP, et al.,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 19-34698 (DRJ)<br><br>(Joint Administration Requested)<br>(Emergency Hearing Requested) |

## <u>CERTIFICATE OF SERVICE</u>

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 23, 2019, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **<u>Exhibit A</u>**, and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **<u>Exhibit B</u>** attached hereto:

- **Voluntary Petition for Non-Individuals Filing for Bankruptcy [Docket No. 1]**

- **Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2]**

- **Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 3]**

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors, (II) Authorizing Redaction of Certain Personal Identifying Information, and (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information [Docket No. 4]**

- **Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of Omni Agent Solutions as Claims and Noticing Agent [Docket No. 5]**

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Payment of Certain Prepetition Workforce Obligations, Including Compensation, Expense Reimbursements, Benefits, and Related Obligations, (II) Confirming Right to Continue Workforce Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Confirming the Debtors' Authority to Transmit Payroll Deductions and (V) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 6]**

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtor to (A) Obtain Postpetition Financing on a Secured, Superpriority Basis and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 10]**

///

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: KP Engineering, LP (7785) and KP Engineering, LLC (0294). The location of the Debtors' corporate headquarters and the Debtors' service address is: 5555 Old Jacksonville Highway, Tyler, TX 75703.

- **Debtors' Request for Emergency Consideration of Certain "First Day" Matters [Docket No. 11]**

- **Declaration of Kyle McCoy, Executive Vice President and Chief Financial Officer of Debtor KP Engineering, LP, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 18]**

- **Debtors' Witness and Exhibit List for "First Day" Hearing on August 26, 2019 [Docket No. 21]**

Dated: August 26, 2019

Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California           }
{                              } ss.
{County of Los Angeles          }

Subscribed and sworn to (or affirmed) before me on this 26th day of August, 20 19, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# EXHIBIT A

**KP Engineering, LP, et al. - Service List to e-mail Recipients**                                                                 Served 8/23/2019

| | | |
|---|---|---|
| ARKANSAS ATTORNEY GENERAL'S OFFICE<br>OAG@ARKANSASAG.GOV | BELL NUNNALLY & MARTIN LLP<br>R. KENT LOVE<br>KLOVE@BELLNUNNALLY.COM | BELL NUNNALLY & MARTIN LLP<br>RUSSELL W. MILLS<br>RMILLS@BELLNUNNALLY.COM |
| OFFICE OF THE U.S. TRUSTEE<br>HECTOR DURAN, JR.<br>HECTOR.DURAN.JR@USDOJ.GOV | OFFICE OF THE U.S. TRUSTEE<br>STEPHEN STATHAM<br>STEPHEN.STATHAM@USDOJ.GOV | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLF<br>TAB BEALL<br>TBEALL@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLF<br>TBEALL@PBFCM.COM | TEXAS CAPITAL BANK, NA<br>ELIZABETH FALCO<br>ELIZABETH.FALCO@TEXASCAPITALBANK.COM | U.S. ATTORNEY'S OFFICE<br>USATXS.ATTY@USDOJ.GOV |

Parties Served:  9

## **<u>EXHIBIT B</u>**

ARCOSA TANK LLC
FKA TRINITY CONTAINERS LLC
P.O. BOX 733000
DALLAS   TX  75373-3000

BEARD CONSTRUCTION GROUP, LLC
HOWARD J. CURRIE JR.
ATTN: HOWARD J. CURRIE JR.
3970 ROSEDALE RD
PORT ALLEN  LA  70767

BOUNDS CONSTRUCTION II LLC
50 ALLEN HILL RD
TYLERTOWN  MS  39667

BOWMAN SPECILIZED SERVICES
STACY BOWMAN
P.O. BOX 38
CARLSBAD  NM  88221-0038

BTS ENTERPRISES, INC.
GENERAL COUNSEL
5555 OLD JACKSON HWY
TYLER TX 75703

BWFS INDUSTRIES, LLC
6019 GREENWAY MANOR LANE
SPRING TX 77373

CAJUN IDC, LLC
C/O CAJUN CONSTRUCTORS, INC.
P.O. BOX 104
BATON ROUGE  LA  70821-0104

CED INTERSTATE ELECTRIC CO.
P. O. BOX 206562
DALLAS  TX  75320

COMPRESSOR SYSTEMS, INC
P. O. BOX 843960
DALLAS  TX  75284-3960

CREDOS FABRICATIONS, LLC
P.O. BOX 199
QUITMAN  MS  39355

DEALERS ELECTRICAL SUPPLY CO.
P. O. BOX 2535
WACO  TX  76702-2535

FISHER CONTROLS INTERNATIONAL
22737 NETWORK PL
CHICAGO IL 60673-1227

GLOBE, LLC
CHARLES DANIEL
20 W 7TH ST
NEW ALBANY  IN  47150

GREGG INDUSTRIAL INSULATORS
P.O. BOX 91473
CHICAGO  IL  60693

HANCOCK MECHANICAL
P. O. BOX 207
BENTONIA  MS  39040

HEATEC
P.O. BOX 934286
ATLANTA  GA  31193-4286

INNOVATIVE INDUSTRIAL
C/O FABRICATORS, LLC
P.O. BOX 621
KEITHVILLE  LA  71047-0621

INSTRUMENT COMMISSIONING GROUP
C/O PHOENIX CAPITAL GROUP, LLC
P.O. BOX 1415
DES MOINES  IA  50305-1415

INTERNAL REVENUE SERVICE
2970 MARKET ST
MAIL STOP 5-Q30-133
PHILADELPHIA PA 19104-5016

J.R. MANUFACTURING, LP
6485 THOMAS RD
HOUSTON  TX  77041

LOUISIANA ATTORNEY GENERAL'S OFFICE
ATTORNEY GENERAL
1885 NORTH THIRD ST
BATON ROUGE LA 70802

MRC GLOBAL (US) INC.
P. O. BOX 204392
DALLAS   TX  75320-4392

NEW MEXICO ATTORNEY GENERAL'S OFFICE
ATTORNEY GENERAL
201 3RD ST NW, STE 300
ALBUQUERQUE NM 87102

OHIO ATTORNEY GENERAL'S OFFICE
ATTORNEY GENERAL
30 E BROAD ST, 14TH FL
COLUMBUS OH 43215

OKLAHOMA ATTORNEY GENERAL'S OFFICE
ATTORNEY GENERAL
313 NE 21ST ST
OKLAHOMA CITY OK 73105

PENNSYLVANIA OFFICE OF ATORNEY GENERAL
ATTORNEY GENERAL
STRAWBERRY SQUARE
HARRISBURG PA 17120

PIERCE CONST & MAINT CO., INC.
P.O. BOX 485
PETAL  MS  39465

POWELL ELECTRICAL SYSTEMS
ALEX FLEISHMAN
8550 MOSLEY RD
HOUSTON   TX  77075

ROWC ENERGY SERVICES
P.O. BOX 4177
HOUMA  LA  70361-4177

S&S ENERGY SERVICES
MATT SANDERS
4530 HWY 69 N
LUFKIN  TX  75904

SAULSBURY INDUSTRIES INC.
P. O. BOX 222080
DALLAS  TX  75222-2080

SMITH & LOVELESS, INC.
P.O. BOX 2383
SHAWNEE MISSION KS 66201

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE TN 37207-0207

TEXAS ATTORNEY GENERAL'S OFFICE
300 W 15TH ST
AUSTIN TX 78701

THE REYNOLDS COMPANY
P. O. BOX 896689
CHARLOTTE  NC  28289-6689

TII LOGISTICS INC.
P. O. BOX 644831
PITTSBURGH  PA  15264-4831


TURNER INDUSTRIES GROUP, LLC
P. O. BOX 3688
BATON ROUGE   LA   70821

U.S. SECURITIES AND EXCHANGE COMMISSION
OFFICE OF THE GENERAL COUNSEL
100 F ST, NE
WASHINGTON DC 20549

WEST VIRGINA ATTORNEY GENERAL'S OFFICE
ATTORNEY GENERAL
STATE CAPITOL COMPLEX
BUILDING 1, RM E-26
CHARLESTON WV 25305


WHOLESALE ELECTRIC SUPPLY COMPANY OF HOUST
P.O. BOX 732778
DALLAS TX 75373-2778

ZEECO, INC.
P. O. BOX 974988
DALLAS  TX  75397-4988

Parties Served: 41