IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> KP ENGINEERING, LP, *et al.*,[1] § <br> § <br> Debtors. § <br> § <br> § | Chapter 11 <br><br> Case No. 19-34698 (DRJ) <br><br> (Jointly Administered) |

**ORDER GRANTING COMMITTEE'S
MOTION TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION**

Upon the motion (the "Motion")[2] of the Committee for entry of an order (the "Order") (a) authorizing the Committee to filed the redacted Exhibit; and (b) directing that the un-redacted Motion shall remain under seal and confidential and not be made available to anyone except to (i) the Court and (ii) the Debtors on a confidential basis; and this Court having found that the relief requested in the Motion is in the best interests of the parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Committee is authorized to redact the Exhibit and the un-redacted Exhibit shall remain under seal and confidential and not be made available to anyone except to (i) the Court and (ii) the Debtors.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: KP Engineering, LP (7785) and KP Engineering, LLC (0294). The location of the Debtors' corporate headquarters and the Debtors' service address is: 5555 Old Jacksonville Highway, Tyler, TX 75703.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

**PAGE 1**

4847-6123-6665.1

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**PAGE 2**

4847-6123-6665.1