IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KP ENGINEERING, LP, *et al.*, | § | Case No. 19-34698 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.¹ | § | |
| | § | |

**<u>LIQUIDATION TRUSTEE'S NOTICE OF RETENTION OF COUNSEL AND OTHERS</u>**

Please take Notice that pursuant to Section 3.6(h) of the KP Engineering Liquidation Trust Agreement, Michael D. Warner, the Liquidation Trustee, has retained the following professionals and entities to provide services in connection with the administration of the KP Engineering Liquidation Trust:

- Stewart Robbins & Brown LLP
- Lain, Faulkner & Co., PC
- Omni Agent Solutions

Dated:  July 8, 2020

Respectfully submitted,

By:   */s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Ft. Worth, TX 76102
(817) 810-5250
(817) 810-5255 (fax)
mwarner@coleschotz.com

*KP Engineering Liquidation Trustee*

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: KP Engineering, LP (7785) and KP Engineering, LLC (0296). The location of the Debtors' corporate headquarters and the Debtors' service address is: 5555 Old Jacksonville Highway, Tyler, TX 75703.

61168/0001-20715658v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of July, 2020, a true and correct copy of the above and foregoing has caused to be served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                               */s/ Michael D. Warner*
                                               Michael D. Warner

61168/0001-20715658v1