IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| KP ENGINEERING, LP, *et al.*, | § § § | Case No. 19-34698 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

**LIQUIDATION TRUSTEE'S NOTICE OF RETENTION OF COUNSEL AND OTHERS**

Please take Notice that pursuant to Section 3.6(h) of the KP Engineering Liquidation Trust Agreement, Michael D. Warner, the Liquidation Trustee, has retained Foley & Lardner, LLP, as a professional, to provide services in connection with the administration of the KP Engineering Liquidation Trust.

Dated:  October 5, 2020

Respectfully submitted,

By: */s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Ft. Worth, TX 76102
(817) 810-5250
(817) 810-5255 (fax)
mwarner@coleschotz.com

*KP Engineering Liquidation Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: KP Engineering, LP (7785) and KP Engineering, LLC (0296). The location of the Debtors' corporate headquarters and the Debtors' service address is: 5555 Old Jacksonville Highway, Tyler, TX 75703.

61168/0001-21411545v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of October, 2020, a true and correct copy of the above and foregoing has caused to be served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                                  */s/ Michael D. Warner*
                                                  Michael D. Warner

61168/0001-21411545v1