

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/12/2021

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| | * | CASE NO. 19-34698 (DRJ) |
| | * | |
| **KP ENGINEERING, LP**, *et al*[1] | * | |
| | * | (Jointly Administered) |
| *Debtor* | * | |

## ORDER EXTENDING THE LIQUIDATION TRUSTEE'S DEADLINE TO FILE CLAIM OBJECTIONS

(Related Docket No. 765)

Upon the motion (the "**Motion**")[2] of Michael D. Warner, in his capacity as liquidation trustee for the KP Engineering Liquidation Trust (the "**Trust**"), (the "**Liquidation Trustee**") in the above-referenced Chapter 11 cases for entry of an order extending the deadline to file objections to claims through July 30, 2021; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2) on which the Court may enter a final order consistent with Article III of the United States Constitution; and venue being properly in this district under 28 U.S.C. §§ 1408 and 1409; and good and adequate notice of the Motion having been given under the circumstances and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are KP Engineering, LP (7785) and KP Engineering, LLC (0294). The location of the Debtors' corporate headquarters and the Debtors' service address is: 5555 Old Jacksonville Hwy., Tyler, TX 75703

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

The Claims Objection Deadline shall be extended through July 30, 2021 with regard to all claims except Proof of Claim Number 84 filed by Targa Pipeline Mid-Continent Westtex LLC, the claim objection deadline for which excepted claim is not extended at this time beyond the date set forth in the respective Stipulation and Order on the Court's docket.

1. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Signed:  April 12, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE