

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
04/21/2021

| | | |
|---|---|---|
| IN RE: | * | **CHAPTER 11** |
| | * | |
| | * | **CASE NO. 19-34698 (DRJ)** |
| | * | |
| **KP ENGINEERING, LP,** *et al*[1] | * | |
| | * | **(Jointly Administered)** |
| ***Debtor*** | * | |

---

**ORDER GRANTING LIQUIDATION TRUSTEE'S MOTION FOR ORDER
AUTHORIZING THE TRUST'S CLAIMS AND NOTICING AGENT TO MODIFY THE
OFFICIAL CLAIMS REGISTRY TO CONSOLIDATE CLAIMS SCHEDULED BY THE
DEBTORS IN A NAME WHICH VARIES FROM THE NAME IN WHICH CLAIMANT
FILED CORRESPONDING PROOFS OF CLAIM SO THAT THE CORRESPONDING
PROOFS OF CLAIM, SUBJECT TO THE LIQUIDATION TRUSTEE'S RIGHT TO
OBJECT TO SUCH CLAIMS, SUPERSEDE THE SCHEDULED CLAIMS**

**(ECF No. 742)**

---

Upon the *Liquidation Trustee's Motion for Order Authorizing the Trust's Claims and Noticing Agent to Modify the Official Claims Registry to Consolidate Claims Scheduled by the Debtors in a Name Which Varies from the Name in Which Claimant Filed Corresponding Proofs of Claim so that the Corresponding Proofs of Claim, Subject to the Liquidation Trustee's Right to Object to Such Claims, Supersede the Scheduled Claims* [Doc. No. 742] (the "***Motion***")[2] filed by Michael D. Warner, solely in his capacity as liquidation trustee for the KP Engineering Liquidation

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are KP Engineering, LP (7785) and KP Engineering, LLC (0294).  The location of the Debtors' corporate headquarters and the Debtors' service address is: 5555 Old Jacksonville Hwy., Tyler, TX 75703.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Trust (the "***Trust***"), (the "***Liquidation Trustee***"), no objections having been filed, and after due deliberation

   **IT IS HEREBY ORDERED THAT**:

1.   The Motion is granted as set forth herein.

2.   Omni Agent Solutions ("***Omni***") is authorized and directed to modify the official claims register maintained in the Bankruptcy Case to reflect, subject to the Liquidation Trustee's right to object to any such superseding claims, as follows:

   a.  The $733,398.67 unsecured claim included in the Schedules by KPE LP in favor of American Express is superseded by Proof of Claim Number 29 filed by American Express Travel Related Services Company, Inc. attached hereto as **Exhibit 1**;

   b.  The $30,000.00 unsecured claim included in the Schedules by KPE LP in favor of B&G Crane Services, LLC is superseded by Proof of Claim Number 17 filed by Maxim Crane Works, LP attached hereto as **Exhibit 2**;

   c.  The $94,352.91 unsecured claim included in the Schedules by KPE LP in favor of Baro Controls, Inc. is superseded by Proof of Claim Number 106 filed by FCX Performance, Inc. attached hereto as **Exhibit 3**;

   d.  The $1,706,686.99 unsecured claim included in the Schedules by KPE LP in favor of CED Interstate Electric Co. is superseded by Proof of Claim Number 85 filed by Consolidated Electrical Distributors Inc. d/b/a Interstate Electric attached hereto as **Exhibit 4**;

e.  The $2,368,333.28 unsecured claim included in the Schedules by KPE LP in favor of Compressor Systems, Inc. is superseded by Proof of Claim Number POC 74 filed by CSI Compressco LP attached hereto as **Exhibit 5**;

f.  The $930,507.76 unsecured claim included in the Schedules by KPE LP in favor of Credos Fabrications LLC is superseded by Proof of Claim Number 56 filed by Credos Industrial Supplies & Rentals LLC attached hereto as **Exhibit 6**;

g.  The $439,628.06 unsecured claim included in the Schedules by KPE LP in favor of DistributionNow is superseded by Proof of Claim Number 39 filed by Euler Hermes NA Insurance Co. attached hereto as **Exhibit 7**;

h.  The $22,109.38 unsecured claim included in the Schedules by KPE LP in favor of Heat Recovery Corp. is superseded by Proof of Claim Number 47 filed by Waste Heat Recovery Corporation attached hereto as **Exhibit 8**;

i.  The $127,474.00 unsecured claim included in the Schedules by KPE LP in favor of Heat Transfer Equipment Co. is superseded by Proof of Claim Number 49 filed by Heat Transfer Research, Inc. attached hereto as **Exhibit 9**;

j.  The $334,164.97 unsecured claim included in the Schedules by KPE LP in favor of PECOFacet is superseded by Proof of Claim Number 50 filed by Parker-Hannifin Corporation attached hereto as **Exhibit 10**; and

k.  The $578,554.59 unsecured claim included in the Schedules by KPE LP in favor of S&S Energy Services is superseded by Proof of Claim Number 33, filed by S&S Services LLC attached hereto as **Exhibit 11.**

3.  All rights provided by the Plan and the Liquidation Trust Agreement to the Liquidation Trustee to object, on any basis, to the Proofs of Claim attached hereto as Exhibits 1

through 11 or any other claims held by the claimants in Exhibits 1 through 11 are reserved and nothing herein should be construed so as to limit such rights.

4.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against the Debtors or such Debtors' estates; (b) a waiver of any right of the Trust to dispute any prepetition claims on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or this Order; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to § 365 of the Bankruptcy Code; or (f) a waiver of any right of the Trust under the Bankruptcy Code, any order of this Court, the underlying Trust Agreement and/or Plan, or any other applicable law.

5.      The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

6.      The Liquidation Trustee, Omni and the Clerk of this Court are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**Signed:  April 21, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

| Fill in this information to identify the case: |
|---|

Debtor 1 **KP Engineering, LP**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Texas

Case number **19-34698 DRJ**

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

American Express Travel Related Services Company, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Zwicker & Associates, P.C.
Name

P.O. Box 9043
Number          Street

Andover          MA          01810-1041
City          State          ZIP Code

Contact phone (866)367-9942x3438

Contact email bkproofofclaim@zwickerpc.com

Where should payments to the creditor be sent (if different)

Name

Number          Street

City          State          ZIP Code

Contact phone

Contact email bkpayments@zwickerpc.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    **Proof of Claim**          EXHIBIT "1"          page 1

698-29
TC

---

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No <br> ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1_  _0_  _0_  _8_ |

---

**7. How much is the claim?**  $_____ 733398.67 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:  $_____

Amount of the claim that is secured:  $_____

Amount of the claim that is unsecured:  $_____ 733398.67 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | | **Amount entitled to priority** |
|---|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ **Yes.** *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.   $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

### Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/28/2019
                   MM / DD / YYYY

/s/Lisa M. Ballard
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Lisa Marie Ballard | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Paralegal | | |
| Company | Zwicker & Associates, P.C. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 80 Minuteman Road, P.O. Box 9043 | | |
| | Number        Street | | |
| | Andover | MA | 01810-1041 |
| | City | State | ZIP Code |
| Contact phone | 866-367-9942x3438 | Email | bknotices@zwickerpc.com |

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

Sign-up For Online Statements

www.americanexpress.com/gopaperless

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHARLIE WERNER<br>KP ENGINEERING | XXXX-XXXXX  1008 | 07/28/19 | Page 1 of 7 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 08/12/19 |
|---|---|---|---|---|---|---|
| 733,416.60 | 0.00 | 790.00 | 0.00 | 807.93 | 733,398.67 | For important information regarding your account refer to page 2. |

---

**Cancelled.  Assigned to collection agent.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Corporate Card Snapshot

| Card Number | | Card | New Charges + Other Debits | Payments + Other Credits |
|---|---|---|---|---|
| XXXX-XXXXX | 1008 | CHARLIE WERNER | 0.00 | 0.00 |
| XXXX-XXXXX | 2014 | CHARLIE WERNER | 0.00 | -17.93 |
| XXXX-XXXXX | 1032 | BRANDON STEELE | 395.00 | -395.00 |
| XXXX-XXXXX | 2055 | TIMOTHY M HAUGH | 395.00 | -395.00 |
| | | Total | 790.00 | -807.93 |

---

## Activity   Date reflects either transaction or posting date

| Card Number XXXX-XXXXX   1008 | Reference Code | Amount $ |
|---|---|---|
| **Total for CHARLIE WERNER** | New Charges/Other Debits | 0.00 |
| | Payments/Other Credits | 0.00 |

---

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips

**Payment Coupon**

| | | |
|---|---|---|
| | Account Number 1008 | Payable upon receipt in U.S. Dollars. |
| | Please Pay By 08/12/19 | Enter 15 digit account number on all payments. |
| CHARLIE WERNER<br>KP ENGINEERING<br>5555 OLD JCKSNVIL HWY<br>TYLER       TX  75703 | Amount Due $733,398.67 | Checks or drafts must be drawn against banks located in the U.S. |
| | | Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side. |

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

American Express Travel Related
Services Company, Inc.
 c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. 9043
Andover, MA 01810-1041

| | |
|---|---|
| Case Number: | 19-34698 DRJ |
| District: | Southern District of Texas |
| Chapter: | 11 |
| Petition Date: | 8/23/2019 |
| Debtor(s) Name: | KP Engineering, LP |

| | |
|---|---|
| Debtor(s) Name: | KP Engineering, LP |
| Tax ID/EIN: | xx-xxx7785 |
| Debtor Address: | 5555 Old Jacksonville Highway, Tyler, TX 75703 |
| Account Number: | xxxx-xxxxxx-x1008 |
| Name of the entity from who the creditor purchased the account: | N/A |
| Name of the entity to whom the debt was owed at the time of the last transaction by the account holder: | American Express |
| Account Type: | Credit Card |
| Open Date: | 7/7/2016 |
| Charge Off Date: | 08/2019 |
| Last Payment Date: | 04/2019 |
| Last Transaction Date: | 06/2019 |
| Principal: | $ 733,398.67 |
| Interest: | |
| Fees: | |
| Total: | $ 733,398.67 |

The attached statement(s) of account was generated from the American Express billing system and reflects the current pre-petition balance.  The statement(s) may not have been sent to the debtor(s).

**Fill in this information to identify the case:**

Debtor 1    KP Engineering, LP, et al.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Texas

Case number   19-34698 (DRJ)

**FILED**

SEP 24 2019

by Omni Management Group, Claims Agent
For U.S. Bankruptcy Court
Southern District of Texas

04/19

## Official Form 410

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or **redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Maxim Crane Works, L.P.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Maxim Crane Works, L.P.
Name

1225 Washington Pike
Number    Street

Bridgeville    PA    15017
City    State    ZIP Code

Contact phone   412-504-0196

Contact email   RGutwald@maximcrane.com

**Where should payments to the creditor be sent? (if different)**

Name

Number    Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): 

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
     MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT "2"

698-17

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __9__ __5__ __0__ __7__ |

7. **How much is the claim?**    $ _____30,000.00__   **Does this amount include interest or other charges?**

      ☑ No

      ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

    Goods sold _____

9. **Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ☐ Motor vehicle

    ☐ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**      $_____

    **Amount of the claim that is secured:**    $_____

    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**    $_____

    **Annual Interest Rate** (when case was filed)_____%

    ☐ Fixed

    ☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ **No** | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ **Yes. Check one:** | | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  9/20/2019
          MM / DD / YYYY

_Signature_

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Ryan | R. | Gutwald |
| | First name | Middle name | Last name |
| Title | Vice President of Administration | | |
| Company | Maxim Crane Works, L.P. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1225 Washington Pike | | |
| | Number   Street | | |
| | Bridgeville | PA | 15017 |
| | City | State | ZIP Code |
| Contact phone | 412-504-0196 | Email | RGutwald@maximcrane.com |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 19-34698 (DRJ) |
| | ) | |
| KP Engineering, LP, *et al.*, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ADDENDUM TO THE PROOF OF CLAIM OF MAXIM CRANE WORKS, L.P.

This Addendum is filed in support of, and as part of, the Proof of Claim filed by Maxim Crane Works, L.P. ("Maxim") in the above-captioned proceeding.

### Background

1. On August 23, 2019 (the "Petition Date"), KP Engineering, LP, *et al.*, (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

2. Maxim is a privately held company organized and existing under the laws of the Commonwealth of Pennsylvania.

3. Maxim is a limited partnership and is headquartered in Bridgeville, Pennsylvania.

4. Maxim is a large crane rental company that furnished all material and services necessary to provide cranes to the Debtor in exchange for payment, pursuant to the invoice attached to Maxim's Proof of Claim as **Exhibit A**.

### Reservations of Rights

5. Maxim reserves the right to amend, modify or supplement this Proof of Claim for any reason in any way, including, but not limited to, the right to assert priority, secured or administrative expense for any or all the claims set forth herein, and to file and assert any additional claims that may be or later become due.

222344124

6.      The filing of this Proof of Claim is not and shall not be deemed or construed as (a) a waiver or release of Maxim's rights against any person, entity or property, (b) a consent by Maxim to the jurisdiction of this Court or any court with respect to the proceedings, if any, commenced in any case against or otherwise involving Maxim, (c) a waiver or release of Maxim's right to trial by jury in this Court or any other court in any proceeding as to any and all matter so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceedings related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution, (d) a consent by Maxim to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto pursuant to 28 U.S.C. § 157(e) or otherwise, (e) a waiver or release of Maxim's right to have any and all final orders in any and all on-core matters or proceedings entered only after de novo review by a United States District Court Judge, (f) a waiver of Maxim's right to move to withdraw the reference with respect to (i) the subject matter jurisdiction of this Proof of Claim, (ii) any objection thereto or (iii) any other proceeding which may be commenced in these cases relating to the Proof of Claim or otherwise involving Maxim, (g) an election of remedies, or (h) an acknowledgement that Maxim received adequate notice of any bar date fixed in this case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 19-34698 (DRJ) |
| | ) | |
| KP Engineering, LP, *et al.*, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**EXHIBIT A**
**TO PROOF OF CLAIM OF MAXIM CRANE WORKS, L.P.**

222344124





1225 Washington Pike, Bridgeville, PA 15017
412-504-0200

---

### Statement of Account

| Account Number | Customer Name | Invoice Date | Invoice # | Invoice Type | PO Number | Orginal Amount | Open Amount |
|---|---|---|---|---|---|---|---|
| 9507 | KP Engineering KP | 3/31/2019 | 41062503 | RN NOTE | PO#: J1716-107 | 30,000.00 | 30,000.00 |

|  |  |  |  |  |  | Statement Total | 30,000.00 |

**NOTE:**   B&G imported open AR balances from previous accounting system into Maxim software on 7/1/2019. All B&G invoices from the previous system have the number 4 added as a prefix.

---

### Please Remit Your Payment To:

**WIRE OR ACH PAYMENTS TO:**

WELLS FARGO - ABA# 121000248
ACCOUNT OF:MAXIM CRANE WORKS,L.P.
ACCT # 0978
REFERENCE: INVOICE#

**Via Regular Mail:**

Lockbox # 774389
4389 Solutions Center
Chicago, IL 60677-4003

**Fill in this information to identify the case:**

Debtor 1   KP Engineering, LP, et al

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Texas

Case number   19-34698

United States Courts
Southern District of Texas
F I L E D

FEB - 9 2021

Nathan Ochsner, Clerk of Court

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

FCX Performance, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

c/o Jordan Moore
Name

1 Applied Plaza
Number   Street

Cleveland        OH        44115
City          State         ZIP Code

Contact phone (216) 426-4131

Contact email jzmoore@applied.com

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City          State         ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM   / DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410              Proof of Claim                              page 1

698-106dg

## Part 2:  Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. How much is the claim? | $_____ 55,370.59 . Does this amount Include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Order of 1/27/21 in Adv. Proc. 19-3707 |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed)_____ %<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/02/2021
                    MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Fred D. Bauer | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Vice President | | |
| Company | FCX Performance, Inc. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1 Applied Plaza | | |
| | Number        Street | | |
| | Cleveland | OH | 44115 |
| | City | State | ZIP Code |
| Contact phone | (216) 426-4131 | Email | jzmoore@applied.com |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | KPE Engineering, LP, et. al |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number | 19-34698 |

## Official Form 410

# Proof of Claim
12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Consolidated Electrical Distributors, Inc. dba Interstate Electric
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  CED

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Misti L. Beanland
Name

8131 LBJ Freeway, Suite 700
Number       Street

Dallas              TX         75251
City                State      ZIP Code

Contact phone  972-234-3400

Contact email  beanland@mssattorneys.com

**Where should payments to the creditor be sent? (if different)**

Name

Number       Street

City                State      ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT "3"

698-85



**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

7. **How much is the claim?**   $_____1,706,686.99 . **Does this amount include interest or other charges?**

      ☑ No

      ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold and Mechanic's Lien

9. **Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ☐ Motor vehicle

    ☑ Other. Describe:   Mechanic's Lien

    **Basis for perfection:**   Chapter 53 of the Texas Property Code

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**   $_____

    **Amount of the claim that is secured:**   $_____

    **Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**   $_____

    **Annual Interest Rate (when case was filed)** _____%

    ☐ Fixed

    ☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

**Part 3:**  **Sign Below**

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:* |
|---|---|
| | ☐ I am the creditor. |
| | ☑ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Executed on date  01/13/2020<br>                  MM / DD / YYYY |
| | /s/ Misti L. Beanland<br>        Signature |
| | **Print the name of the person who is completing and signing this claim:** |
| | Name      Misti L. Beanland<br>            First name          Middle name              Last name |
| | Title      Attorney |
| | Company   Matthews, Shiels, Knott, Eden, David & Beanland, LLP<br>            Identify the corporate servicer as the company if the authorized agent is a servicer. |
| | Address   8131 LBJ Freeway, Suite 700<br>            Number      Street |
| | Dallas                                          TX        75251<br>City                                             State      ZIP Code |
| | Contact phone  972-234-3400        Email  beanland@mssattorneys.com |

Case 19-34698

Claim 54-1 Part 2 Filed 11/19/20 Desc Exhibit Statement Invoices and Credit App Page 1 of 150

**S T A T E M E N T**

Page 1

Please remit to:
INTERSTATE ELECTRIC
P.O. Box 208562
Dallas, TX 75320-6562

KP ENGINEERING LP
Johnson
5555 Old Jacksonville Hwy
TYLER, TX 75703

| | Location | Account | Date |
|---|---|---|---|
| | 4310 | L292386 | 08/14/2018 |

Refer to invoices for taxes. ^
Service Charge will be made for
Past Due Accounts.
Please check off the invoices
you are paying and send a copy
of this statement with your
remittance to the address
printed above.

| Age | Date | Code | Reference | Customer PO# | Discount | Amount |
|---|---|---|---|---|---|---|
| 60 | 05/02/2018 | | 671339 | J1711-200 | | 6,519.60 |
| 60 | 05/02/2018 | | 671340 | J1711-193 | | 13,608.15 |
| 60 | 05/02/2018 | | 671341 | J1711-193 | | 290.67 |
| 60 | 05/02/2018 | | 671759 | J1711-203 | | 4,940.00 |
| 60 | 05/10/2018 | | 671760 | J1711-203 | | 37,648.70 |
| 60 | 05/10/2018 | | 671762 | J1711-225 | | 18,343.80 |
| 60 | 05/10/2018 | | 671763 | J1711-203 | | 10,906.78 |
| 60 | 05/10/2018 | | 671769 | J1711-203 | | 52.34 |
| 60 | 05/10/2018 | | 671771 | J1711-203 | | 18,842.92 |
| 60 | 05/10/2018 | | 671841 | J1711-203 | | 16,633.57 |
| 60 | 05/11/2018 | | 672157 | J1711-213 | | 39.42 |
| 60 | 05/22/2018 | | 672158 | J1711-213 | | 31,444.00 |
| 60 | 05/22/2018 | | 672169 | J1711-211 | | 1,714.15 |
| 60 | 05/22/2018 | | 672212 | J1711-225 | | 9,265.79 |
| 60 | 05/22/2018 | | 672213 | J1711-225 | | 10,480.00 |
| 60 | 05/22/2018 | | 672214 | J1711-225 | | 1,903.00 |
| 60 | 05/22/2018 | | 672215 | J1711-225 | | 650.00 |
| 60 | 05/22/2018 | | 672248 | J1711-193/2 | | 2,325.00 |
| 60 | 05/23/2018 | | 672249 | J1711-223 | | 1,224.67 |
| 60 | 05/23/2018 | | 672250 | J1711-223 | | 29,212.50 |
| 60 | 05/23/2018 | | 672294 | J1711-193/3 | | 7,314.00 |
| 60 | 05/24/2018 | | 672295 | J1711-193 | | 6,504.00 |
| 60 | 05/24/2018 | | 672302 | J1711-223 | | 183,700.50 |
| 60 | 05/24/2018 | | 672302 | J1711-223 | | 42,022.45 |
| 60 | 05/24/2018 | | 672303 | J1711-223 | | 27,676.90 |
| 60 | 05/25/2018 | | 672351 | | | 175,568.40 |
| 60 | | | | | | 1,378.24 |

---

Case 19-34698

Claim 54-1 Part 2 Filed 11/19/20 Desc Exhibit Statement Invoices and Credit App Page 2 of 150

**S T A T E M E N T**

Page 2

Please remit to:
INTERSTATE ELECTRIC
P.O. Box 208562
Dallas, TX 75320-6562

KP ENGINEERING LP
Johnson
5555 Old Jacksonville Hwy
TYLER, TX 75703

| | Location | Account | Date |
|---|---|---|---|
| | 4310 | L292386 | 08/14/2018 |

Refer to invoices for taxes. ^
Service Charge will be made for
Past Due Accounts.
Please check off the invoices
you are paying and send a copy
of this statement with your
remittance to the address
printed above.

| Age | Date | Code | Reference | Customer PO# | Discount | Amount |
|---|---|---|---|---|---|---|
| 30 | 05/29/2018 | | 671477 | J1711-222 | | 15,826.18 |
| 30 | 05/29/2018 | | 672094 | J1711-236 | | 1,072.80 |
| 30 | 05/29/2018 | | 671809 | J1711-225 | | 107.80 |
| 30 | 05/29/2018 | | 671810 | J1711-225 | | 10,931.20 |
| 30 | 05/29/2018 | | 671817 | J1711-225 | | 82,078.58 |
| 30 | 05/31/2018 | | 671960 | J1711-219 | | 11,671.84 |
| 30 | 05/31/2018 | | 671562 | J1711-226 | | 4,205.30 |
| 30 | 05/31/2018 | | 672279 | J1711-225 | | 21,255.58 |
| 30 | 05/31/2018 | | 672280 | J1711-225 | | 19,433.58 |
| 30 | 05/31/2018 | | 672558 | J1711-225 | | 170.00 |
| 30 | 05/31/2018 | | 672645 | J1711-193/4 | | 979.92 |
| 30 | 06/04/2018 | | 672646 | J1711-237 | | 5,217.83 |
| 30 | 06/04/2018 | | 672279 | J1711-231 | | 1,502.64 |
| 30 | 06/04/2018 | | 672280 | J1711-231 | | 37,465.39 |
| 30 | 06/04/2018 | | 672281 | J1711-231 | | 310.00 |
| 30 | 06/04/2018 | | 672793 | J1711-225 | | 519.57 |
| 30 | 06/05/2018 | CRM | 672833 | J1711-225 | | 637.00- |
| 30 | 06/05/2018 | | 672914 | J1711-225 | | 462.26 |
| 30 | 06/06/2018 | | 672915 | J1711-22/1 | | 3,833.60 |
| 30 | 06/06/2018 | | 672916 | J1711-22/1 | | 804.54 |
| 30 | 06/06/2018 | | 672917 | J1711-249 | | 6,020.63 |
| 30 | 06/07/2018 | | 672583 | J1711-225 | | 6,748.80 |
| 30 | 06/07/2018 | | 672584 | J1711-225 | | 275.00 |
| 30 | 06/07/2018 | | 672679 | J1711-222/1 | | 5,629.59 |
| 30 | 06/07/2018 | | 672703 | J1711-219 | | 631.54 |
| 30 | 06/07/2018 | | 672737 | J1711-223 | | 3,918.88 |
| 30 | 06/07/2018 | | 672867 | J1711-225 | | 19,752.05 |

Case 19-34698   Claims... Page 2... Filed 04/13/20... Exhibit Statement Invoices

KP ENGINEERING LP
Johnson
5555 Old Jacksonville Hwy
TYLER, TX 75703

Please remit to:
INTERSTATE ELECTRIC
P.O. Box 206562
Dallas, TX 75320-6562

STATEMENT
and Credit App

Page 3

| Location | Account | Date |
|---|---|---|
| 4310 | L292386 | 08/14/2018 |

Refer to invoices for taxes. A Service Charge will be made for Past Due Accounts.

Please check off the invoices you are paying and send a copy of this statement along with your remittance to the address posted above.

| Age | Date | Code | Reference | Customer PO# | Discount | Amount |
|---|---|---|---|---|---|---|
| 30 | 06/07/2018 | | 672281 | J1711-222 | | 15,504.46 |
| 30 | 06/07/2018 | | 672272 | J1711-237 | | 790.30 |
| 30 | 06/07/2018 | | 672078 | J1711-200 | | 406.00 |
| 30 | 06/07/2018 | | 672093 | J1711-235 | | 667.74 |
| 30 | 06/12/2018 | | 672738 | J1711-225 | | 300.00 |
| 30 | 06/12/2018 | | 672938 | J1711-225 | | 10,739.45 |
| 30 | 06/12/2018 | | 673113 | J1711-223 | | 64,656.38 |
| 30 | 06/12/2018 | | 673091 | J1711-247/1 | | 2,855.00 |
| 30 | 06/12/2018 | | 673093 | J1711-225 | | 875.00 |
| 30 | 06/12/2018 | | 673094 | J1711-223 | | 52,145.40 |
| 30 | 06/14/2018 | | 673191 | J1711-247 | | 11,256.16 |
| 30 | 06/14/2018 | | 673192 | J1711-223 | | 17,267.04 |
| 30 | 06/14/2018 | | 673194 | J1711-223 | | 20,290.50 |
| 30 | 06/19/2018 | | 673197 | J1711-223/2 | | 151,257.90 |
| 30 | 06/19/2018 | | 673340 | J1711-223 | | 167,068.48 |
| 30 | 06/19/2018 | | 673342 | J1711-223 | | 142,757.20 |
| 30 | 06/19/2018 | | 673343 | J1711-19304 | | 689.12 |
| 30 | 06/21/2018 | | 673362 | J1711-219/2 | | 195.10 |
| 30 | 06/21/2018 | | 673075 | J1711-225 | | 290.75 |
| 30 | 06/25/2018 | | 673566 | J1711-223 | | 1,739.41 |
| 30 | 06/26/2018 | CRM | 673562 | J1711-225 | | 170.00 |
| 30 | 06/26/2018 | | 673590 | J1711-225 | | 8,316.00 |
| 30 | 06/26/2018 | | 673591 | J1711-249 | | 37,793.72 |
| 30 | 06/26/2018 | | 673620 | J1711-219/3 | | 1,076.40 |
| 00 | 06/26/2018 | | 673621 | | 0.00 | 215.28 |
| 00 | 07/02/2018 | | 673622 | J1711-219/3 | 0.00 | 322.92 |
| 00 | 07/02/2018 | | 673968 | | 0.00 | 1,120.00 |

---

Case 19-34698   Claims... Page 2... Filed 04/13/20... Exhibit Statement Invoices

KP ENGINEERING LP
Johnson
5555 Old Jacksonville Hwy
TYLER, TX 75703

Please remit to:
INTERSTATE ELECTRIC
P.O. Box 206562
Dallas, TX 75320-6562

STATEMENT
and Credit App

Page 4

| Location | Account | Date |
|---|---|---|
| 4310 | L292386 | 08/14/2018 |

Refer to invoices for taxes. A Service Charge will be made for Past Due Accounts.

Please check off the invoices you are paying and send a copy of this statement along with your remittance to the address posted above.

| Age | Date | Code | Reference | Customer PO# | Discount | Amount |
|---|---|---|---|---|---|---|
| 00 | 07/02/2018 | | 673969 | J1711-249 | 0.00 | 415.80 |
| 00 | 07/02/2018 | | 673970 | J1711-249 | 0.00 | 2,138.58 |
| 00 | 07/02/2018 | | 673972 | J1711-249 | 0.00 | 1,285.50 |
| 00 | 07/02/2018 | | 673973 | J1711-249 | 0.00 | 415.80 |
| 00 | 07/02/2018 | | 673976 | J1711-249 | 0.00 | 13,602.16 |
| 00 | 07/06/2018 | | 673381 | J1711-225 | 0.00 | 2,520.58 |
| 00 | 07/11/2018 | | 674247 | J1711-247/2 | 0.00 | 796.94 |
| 00 | 07/11/2018 | | 674249 | J1711-219/3 | 0.00 | 1,614.40 |
| 00 | 07/18/2018 | | 674089 | J1711-225 | 0.00 | 4,043.88 |
| 00 | 07/18/2018 | | 674484 | | 0.00 | 248.22 |
| 00 | 07/18/2018 | | 674486 | J1711-223/2 | 0.00 | 3,131.70 |
| 00 | 07/18/2018 | | 674487 | J1711-223-3 | 0.00 | 1,078.00 |
| 00 | 07/25/2018 | | 674711 | J1711-223/2 | 0.00 | 899.04 |
| 00 | 07/25/2018 | | 674780 | J1711-223/2 | 0.00 | 100.45 |
| 00 | 07/25/2018 | | 674781 | J1711-223-3 | 0.00 | 88.96 |
| 00 | 08/01/2018 | | 675151 | J1711-213/2 | 0.00 | 1,392.06 |
| 00 | 08/06/2018 | | 675359 | J1711-213/2 | 0.00 | 1,865.39 |
| 00 | 08/06/2018 | | 675561 | J1711-223 | 0.00 | 24,104.00 |
| 00 | 08/10/2018 | | 674474 | J1711-225 | 76.47 | 3,912.46 |

| Total Due | Current | Past Due | Past Due | Past Due |
|---|---|---|---|---|
| 1,706,686.99 | 112,348.84 | 924,128.60 | 670,209.55 | 0.00 |
| | 1-30 | 31-60 | 61-90 | Over 90 |

Pay This Amount 112,348.84

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 5 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-671339 | 05/02/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
    5555 OLD JACKSONVILLE HWY

    TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-200
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

Account No: L292386
Salesperson: ANDY ERICKSON
Job Name:

Customer Order No: J1711-200
Shipping Information: PREPAID
Ship Via: UPS

Ship Date: 04/30/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CHE | EGL210J1J3R11 | SIG INDCTR | | 2 | 3,259.80 | E | N | 6,519.60 | 0.0 % | N | D |

ALL MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
DEFECTIVE OR THRU ERROR ON OUR PART.

A SERVICE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
RATE LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
ON PAST DUE ACCOUNTS.

STANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 6,519.60 |
|---|---|
| TAX:   0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   **$ 6,519.60**

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-671340 | 05/02/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
    5555 OLD JACKSONVILLE HWY

    TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-193
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

Account No: L292386
Salesperson: ANDY ERICKSON
Job Name: J1711

Customer Order No: J1711-193
Shipping Information: COLLECT
Ship Via: CPU

Ship Date: 04/20/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAG THE FIRST 2 ITEMS WITH J1711-193 | | | | | | | | | |
| 15 | SPEC | MSNH2540ABHGV | 25' POLE | | 15 | 805.15 | E | N | 12,077.25 | 0.0 % | N | D |
| 15 | SPEC | BH362 | BULL HORN | | 15 | 102.06 | E | N | 1,530.90 | 0.0 % | N | D |

ALL MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
DEFECTIVE OR THRU ERROR ON OUR PART.

A SERVICE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
RATE LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
ON PAST DUE ACCOUNTS.

STANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 13,608.15 |
|---|---|
| TAX:   0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   **$ 13,608.15**

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 6 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-671341 | 05/02/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-193
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711

Customer Order No:J1711-193
Shipping Information:COLLECT
Ship Via:CPU

Ship Date:04/20/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TAG THIS ITEM WITH J1711-193-1 | | | | | | | | | | |
| 1 | SPEC | WINCH FOR 25"X4" | HINGED POLE | | 1 | 290.67 | E | N | 290.67 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 290.67 |
|---|---|
| TAX:      0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 290.67 |
|---|---|

---

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-671759 | 05/10/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711  CABLE TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:UNIVERSAL

Ship Date:04/26/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2600 | BLINE | B22S-240 HDG | 1-5/8X1-5/8 CHNL | | 2600 | 1.90 | E | N | 4,940.00 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 4,940.00 |
|---|---|
| TAX:      0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 4,940.00 |
|---|---|

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671760 | 05/10/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:J1711  CABLE  TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:PRIME

Ship Date:05/01/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | BLINE | HA7A09-12-240 | | | 115 | 295.58 | E | N | 33,991.70 | 0.0 % | N | X |
| 100 | BLINE | 9A-6007 | | | 100 | 36.57 | E | N | 3,657.00 | 0.0 % | N | X |

| | |
|---|---|
| MERCHANDISE: | 37,648.70 |
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

Net payment Is Due by the 15th of the month
following purchase

**TOTAL DUE**    **$ 37,648.70**

---

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671762 | 05/10/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711  CABLE  TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:PRIME

Ship Date:05/02/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | BLINE | H47A09-30-240 | | | 54 | 339.70 | E | N | 18,343.80 | 0.0 % | N | X |

| | |
|---|---|
| MERCHANDISE: | 18,343.80 |
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

Net payment Is Due by the 15th of the month
following purchase

**TOTAL DUE**    **$ 18,343.80**

**STATE ELECTRIC**
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-671763 | 05/10/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

OLD TO: KP ENGINEERING
  5555 OLD JACKSONVILLE HWY

  TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:J1711  CABLE TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via: PRIME

Ship Date:05/02/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | BLINE | 4A7A09-36-240 | | | 18 | 355.46 | E | N | 6,398.28 | 0.0 % | N | X |
| 50 | BLINE | 9A-6017 | | | 50 | 90.17 | E | N | 4,508.50 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 10,906.78 |
|---|---|
| TAX:  0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**  **$ 10,906.78**

---

**STATE ELECTRIC**
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-671764 | 05/10/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

OLD TO: KP ENGINEERING
  5555 OLD JACKSONVILLE HWY

  TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:J1711  CABLE TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:

Ship Date:05/02/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLINE | 76A-90V36 | | | 1 | 52.34 | E | N | 52.34 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 52.34 |
|---|---|
| TAX:  0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**  **$ 52.34**

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 13 of 150

## Page 1 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-671769 | 05/10/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

**SOLD TO:** KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

**SHIP TO:** KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711 CABLE TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:PRIME

Ship Date:05/03/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLINE | 7A-30-90VI24 | | | 1 | 160.77 | E | N | 160.77 | 0.0 % | N | X |
| 1 | BLINE | 7A-30-90VI36 | | | 1 | 226.97 | E | N | 226.97 | 0.0 % | N | X |
| 1 | BLINE | 7A-30-90V024 | | | 1 | 160.77 | E | N | 160.77 | 0.0 % | N | X |
| 1 | BLINE | 7A-30-90V036 | | | 1 | 226.97 | E | N | 226.97 | 0.0 % | N | X |
| 2 | BLINE | 7A-30-30HB36 | | | 2 | 74.00 | E | N | 148.00 | 0.0 % | N | X |
| 15 | BLINE | H47A09-36-240 | | | 15 | 355.46 | E | N | 5,331.90 | 0.0 % | N | X |
| 3 | BLINE | 7A-36-90VI24 | | | 3 | 166.44 | E | N | 499.32 | 0.0 % | N | X |
| 8 | BLINE | 7A-36-90CI36 | | | 8 | 233.64 | E | N | 1,869.12 | 0.0 % | N | X |
| 3 | BLINE | 7A-36-90V024 | | | 3 | 166.44 | E | N | 499.32 | 0.0 % | N | X |
| 9 | BLINE | 7A-36-90V036 | | | 9 | 232.64 | E | N | 2,093.76 | 0.0 % | N | X |
| 2 | BLINE | 7A-36-45HB24 | | | 2 | 78.18 | E | N | 156.36 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

**CODE:** TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
|---|---|
| MERCHANDISE: | 18,842.92 |
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE** $ 18,842.92

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 14 of 150

## Page 2 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-671769 | 05/10/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

**SOLD TO:** KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

**SHIP TO:** KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711 CABLE TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:PRIME

Ship Date:05/03/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | BLINE | 7A-36-45HB36 | | | 2 | 99.58 | E | N | 199.16 | 0.0 % | N | X |
| 8 | BLINE | 7A-36-90HB36 | | | 8 | 171.48 | E | N | 1,371.84 | 0.0 % | N | X |
| 2 | BLINE | 7A-36-30HB36 | | | 2 | 86.70 | E | N | 173.40 | 0.0 % | N | X |
| 6 | BLINE | 817A-30-120 | | | 6 | 93.53 | E | N | 561.18 | 0.0 % | N | X |
| 13 | BLINE | 817A-36-120 | | | 13 | 113.77 | E | N | 1,479.01 | 0.0 % | N | X |
| 5 | BLINE | 817A-36-90VI36 | | | 5 | 75.97 | E | N | 379.85 | 0.0 % | N | X |
| 3 | BLINE | 817A-36-90VO36-7 | | | 3 | 75.97 | E | N | 227.91 | 0.0 % | N | X |
| 1 | BLINE | 817A-36-90HB36 | | | 1 | 136.81 | E | N | 136.81 | 0.0 % | N | X |
| 150 | BLINE | 76A-120 BARRIER ST | | | 150 | 18.63 | E | N | 2,794.50 | 0.0 % | N | X |
| 4 | BLINE | 76A-90HBFL | | | 4 | 13.56 | E | N | 54.24 | 0.0 % | N | X |
| 1 | BLINE | 76A-90VI36 | | | 1 | 52.34 | E | N | 52.34 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

**CODE:** TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
|---|---|
| MERCHANDISE: | 18,842.92 |
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE** $ 18,842.92

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 3 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-671769 | 05/10/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

**Please show Invoice No. and Remit to:**

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711  CABLE TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:PRIME

Ship Date:05/03/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLINE | 76A-90V024 | | | 1 | 39.42 | E | N | 39.42 | 0.0 % | N | X |

| | MERCHANDISE: | 18,842.92 |
|---|---|---|
| | TAX:       0.00 % | 0.00 |
| | SHIPPING CHARGE: | 0.00 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

**Net payment is Due by the 15th of the month
following purchase**

**TOTAL DUE**        **$ 18,842.92**

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 2

| Invoice No. | Invoice Date |
|---|---|
| 4310-671771 | 05/10/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

**Please show Invoice No. and Remit to:**

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711  CABLE TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:PRIME

Ship Date:05/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BLINE | 7A-12-90VI24 | | | 4 | 145.96 | E | N | 583.84 | 0.0 % | N | X |
| 4 | BLINE | 7A-12-90V024 | | | 4 | 145.96 | E | N | 583.84 | 0.0 % | N | X |
| 1 | BLINE | 7A-12-90V036 | | | 1 | 208.06 | E | N | 208.06 | 0.0 % | N | X |
| 2 | BLINE | 7A-12-90HB24 | | | 2 | 76.91 | E | N | 153.82 | 0.0 % | N | X |
| 3 | BLINE | 7A-12-45HB24 | | | 3 | 47.92 | E | N | 143.76 | 0.0 % | N | X |
| 27 | BLINE | H47A09-18-240 | | | 27 | 312.77 | E | N | 8,444.79 | 0.0 % | N | X |
| 1 | BLINE | 7A-18-90VI24 | | | 1 | 150.05 | E | N | 150.05 | 0.0 % | N | X |
| 2 | BLINE | 7A-18-90VI24 | | | 2 | 212.47 | E | N | 424.94 | 0.0 % | N | X |
| 1 | BLINE | 7A-18-90V024 | | | 1 | 150.05 | E | N | 150.05 | 0.0 % | N | X |
| 4 | BLINE | 7A-18-90V036 | | | 4 | 212.47 | E | N | 849.88 | 0.0 % | N | X |
| 2 | BLINE | 7A-18-90HB24 | | | 2 | 93.01 | E | N | 186.02 | 0.0 % | N | X |

| | MERCHANDISE: | 16,633.57 |
|---|---|---|
| | TAX:       0.00 % | 0.00 |
| | SHIPPING CHARGE: | 0.00 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

**Net payment is Due by the 15th of the month
following purchase**

**TOTAL DUE**        **$ 16,633.57**

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App.    Page 17 of 150

Page 2 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671771 | 05/10/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING

38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:J1711  CABLE  TRAY

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:PRIME

Ship Date:05/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | BLINE | 7A-18-45HB24 | | | 2 | 52.96 | E | N | 105.92 | 0.0 % | N | X |
| 65 | BLINE | 817A-18-120 | | | 65 | 46.27 | E | N | 3,007.55 | 0.0 % | N | X |
| 1 | BLINE | 9A-1067-06 RDCR S/P | | | 1 | 8.51 | E | N | 8.51 | 0.0 % | N | X |
| 1 | BLINE | 9A-1067-12 RDCR S/P | | | 1 | 10.10 | E | N | 10.10 | 0.0 % | N | X |
| 200 | BLINE | 99-9982 BARR STRP SP | | | 200 | 1.19 | E | N | 238.00 | 0.0 % | N | X |
| 600 | BLINE | 9A-RBC REDI-RAIL | | | 600 | 0.39 | E | N | 234.00 | 0.0 % | N | X |
| 600 | BLINE | 9A-1205 COMB. | CLAMP GUIDE | | 600 | 1.19 | E | N | 714.00 | 0.0 % | N | X |
| 50 | BLINE | 9A-1007 SPLICE PLT | | | 50 | 6.61 | E | N | 330.50 | 0.0 % | N | X |
| 2 | BLINE | 9A-1027 | | | 2 | 34.05 | E | N | 68.10 | 0.0 % | N | X |
| 4 | BLINE | 9A-1240 CT CROSS | | | 4 | 9.46 | E | N | 37.84 | 0.0 % | N | X |

I MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 16,633.57 |
|---|---|
| TAX:       0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 16,633.57 |
|---|---|

---

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App.    Page 18 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671841 | 05/11/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING

38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:JOHNSON

Customer Order No:J1711-203
Shipping Information:PREPAID
Ship Via:BW- PRIME

Ship Date:05/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLINE | 76A-90VI24 | | | 1 | 39.42 | E | N | 39.42 | 0.0 % | N | X |

I MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 39.42 |
|---|---|
| TAX:       0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 39.42 |
|---|---|

Page 1 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-672157 | 05/22/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-213
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-213
Shipping Information:PREPAID
Ship Via:LTL          Ship Date:05/11/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CH | CH F2100 SERIES 12" 1-HFD3125 AND 1-HFD3020 | DUAL FEEDER | | 1 | 2,990.00 | E | N | 2,990.00 | 0.0 % | N | D |
| 1 | CH | CHF2100 SERIES 12" 1-HFD3070 AND 1-HFD3020 | DUAL FEEDER | | 1 | 2,140.00 | E | N | 2,140.00 | 0.0 % | N | D |
| 1 | CH | CHF 2100 SERIES 12" 1-HFD3050 AND 1-HFD3020 | DUAL FEEDER | | 1 | 2,140.00 | E | N | 2,140.00 | 0.0 % | N | D |
| 4 | CH | CH2100 SERIES 12" 120V COIL,NO CPT,NO PILOT DEVICES 30 AMP HMCP,SIZE 1 CONTACTOR 2NO1NC AUX CONTACT, 1- DPDT 24VAC RELAY AUX SWITCH ON BREAKER | COMBO BUCKET | | 4 | 2,166.00 | E | N | 8,664.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B -  BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C -  CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 31,444.00 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

| TOTAL DUE | $ 31,444.00 |
|---|---|

---

Page 2 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-672157 | 05/22/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-213
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-213
Shipping Information:PREPAID
Ship Via:LTL          Ship Date:05/11/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CH | CHF 2100 SERIES 12" 120V COIL,100VA FUSED CPT, NO PILOT DEVICES 7 AMP HMCP, SIZE 1 STARTER, 1-5 AMP OVERLOAD 2NO1NC AUX CONTACT, 1DPDT 24VAC RELAY | COMBO BUCKET | | 2 | 2,075.00 | E | N | 4,150.00 | 0.0 % | N | D |
| 4 | CH | CHF2100 SERIES 12" 120V COIL,100VA FUSED CPT,NO PILOT DEVICES 3 AMP HMCP, 1-5 AMP OVERLOAD SIZE 1 2NO1NC AUX, 1 DPDT 24VAC RELAY | COMBO BUCKET | | 4 | 2,075.00 | E | N | 8,300.00 | 0.0 % | N | D |
| 2 | CH | CHF2100 SERIES 12" 1-HFD3020 | SINGLE FEEDER | | 2 | 1,530.00 | E | N | 3,060.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B -  BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C -  CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 31,444.00 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

| TOTAL DUE | $ 31,444.00 |
|---|---|

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-672158 | 05/22/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-193/2
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

 count No:L292386
persoon:ANDY ERICKSON
ob Name:

Customer Order No:J1711-193/2
Shipping Information: PREPAID
Ship Via:UPS
Ship Date:05/11/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CHE | VMVSLJ/UNV1 | 120-227V LT FX | | 5 | 342.83 | E | N | 1,714.15 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 1,714.15 |
|---|---|
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   **$ 1,714.15**

---

Page 1 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-672169 | 05/22/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-211
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
persoon:ANDY ERICKSON
ob Name:

Customer Order No:J1711-211
Shipping Information: PRECHAR
Ship Via:FEDEX
Ship Date:05/10/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ROX | G006000000115 | G 6 X 1 GALV | | 6 | 99.73 | E | N | 598.38 | 0.0 % | N | D |
| 7 | ROX | G006000000115 | G 6+6X1 GALV | | 7 | 167.70 | E | N | 1,173.90 | 0.0 % | N | D |
| 1 | ROX | SG00000000339 | G 6+8X2 GALV | | 1 | 302.42 | E | N | 302.42 | 0.0 % | N | D |
| 6 | ROX | G006000000415 | G 6X4 GALV | | 6 | 276.65 | E | N | 1,659.90 | 0.0 % | N | D |
| 167 | ROX | RM00100601000 | RM50 | | 167 | 33.38 | E | N | 5,574.46 | 0.0 % | N | D |
| 168 | ROX | RM00100401000 | RM40 | | 168 | 12.45 | E | N | 2,091.60 | 0.0 % | N | D |
| 155 | ROX | RM00100301000 | RM30 | | 155 | 8.35 | E | N | 1,294.25 | 0.0 % | N | D |
| 80 | ROX | RM00100201000 | RM20 | | 80 | 5.47 | E | N | 437.60 | 0.0 % | N | D |
| 22 | ROX | RM00120401000 | RM20W40 | | 22 | 11.32 | E | N | 249.04 | 0.0 % | N | D |
| 8 | ROX | RM00305241000 | RM 50X24 | | 8 | 8.68 | E | N | 69.44 | 0.0 % | N | D |
| 50 | ROX | ARW0001201018 | WEDGE 120 GALV | | 50 | 79.66 | E | N | 3,983.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 19,265.79 |
|---|---|
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   **$ 19,265.79**

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 21 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 22 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 23 of 150

Page 2 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672169 | 05/22/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-211
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-211
Shipping Information:PRECHAR
Ship Via:FEDEX                    Ship Date:05/10/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | ROX | ASP0001200018 | STAYPLATE 120 GALV | | 195 | 6.19 | E | N | 1,207.05 | 0.0 % | N | D |
| 1 | ROX | SICT000001269 | PRE COMPRESSION TOOL SMALL | | 1 | 38.91 | E | N | 38.91 | 0.0 % | N | D |
| 1 | ROX | ICT0001000000 | PRE COMPRESSION TOOL LARGE | | 1 | 38.91 | E | N | 38.91 | 0.0 % | N | D |
| 1 | ROX | ICT0001000500 | PRE COMPRESSION WEDGE 120 | | 1 | 41.79 | E | N | 41.79 | 0.0 % | N | D |
| 1 | ROX | ICT0001000401 | HANDGRIP PRE COMP | | 1 | 72.59 | E | N | 72.59 | 0.0 % | N | D |
| 2 | ROX | IQR2009000101 | MODULE ADAP INDICATOR | | 2 | 0.00 | E | N | 0.00 | 0.0 % | N | D |
| 10 | ROX | ALT0000003000 | LUBRICANT 25 ML | | 10 | 1.90 | E | N | 19.00 | 0.0 % | N | D |
| 5 | ROX | ICT0001000100 | STAYPLATE CLAMPS | | 5 | 83.51 | E | N | 417.55 | 0.0 % | N | D |

> MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B -   BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 19,265.79 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**      $ 19,265.79

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 24 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672212 | 05/22/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PREPAID
Ship Via:FEDEX                    Ship Date:05/14/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | FLEX | LIQ-1/2UA | 1/2 FLEX LIQ-TITE UA/LA | | 2000 | 0.60 | E | N | 1,200.00 | 0.0 % | N | D |
| 1000 | FLEX | LIQ1UA | 1 FLEX LIQ-TITE UA/LA | | 1000 | 1.53 | E | N | 1,530.00 | 0.0 % | N | D |
| 1000 | FLEX | LIQ1-1/2UA | 1-1/2 FLEX LIQ-TITE UA/LA | | 1000 | 2.10 | E | N | 2,100.00 | 0.0 % | N | D |
| 400 | FLEX | LIQ2UA | 2 FLEX LIQ-TITE UA/LA | | 400 | 2.75 | E | N | 1,100.00 | 0.0 % | N | D |
| 500 | FLEX | LIQ4UA | (USE FOR EF/UA)  FLEX LIQ-TITE | | 500 | 9.10 | E | N | 4,550.00 | 0.0 % | N | D |

> MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B -   BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 10,480.00 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**      $ 10,480.00

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672213 | 05/22/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No: L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-225
Shipping Information: COLLECT
Ship Via: BEST-WAY

Ship Date: 05/17/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3000 | PVC | A53AG12 | 3/4 SCH 80 | | 3000 | 0.40 | E | N | 1,200.00 | 0.0 % | N | D |
| 1000 | PVC | A53BA12 | 1 SCH 80 | | 1000 | 0.55 | E | N | 550.00 | 0.0 % | N | D |
| 1 | PVC | FREIGHT CHG | FINELINE EXP. | | 1 | 153.00 | E | N | 153.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

E CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,903.00 |
|---|---|
| TAX:   0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 1,903.00 |
|---|---|

---

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672214 | 05/22/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No: L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-225
Shipping Information: PREPAID
Ship Via: SWMF

Ship Date: 05/14/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | BLINE | B2009HDG | 3/4 PIPE CLMP | | 1000 | 0.65 | E | N | 650.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

E CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 650.00 |
|---|---|
| TAX:   0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 650.00 |
|---|---|

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672215 | 05/22/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PREPAID
Ship Via:YELLOW       Ship Date:05/15/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | BLINE | B2010HDG | 1IN PIPE CLMP | | 1000 | 0.74 | E | N | 740.00 | 0.0 % | N | D |
| 1000 | BLINE | B2012HDG | 1-1/2 PIPE CLMP | | 1000 | 1.05 | E | N | 1,050.00 | 0.0 % | N | D |
| 500 | BLINE | B2013HDG | 2IN PIPE CLMP | | 500 | 1.07 | E | N | 535.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 2,325.00 |
|---|---|
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**     $ 2,325.00

---

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672248 | 05/23/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-193/2
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-193/2
Shipping Information:PREPAID
Ship Via:UPS       Ship Date:05/21/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CHE | FMVA25LCY/UNV34 76 | | | 1 | 1,224.67 | E | N | 1,224.67 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,224.67 |
|---|---|
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**     $ 1,224.67

Page 1 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672249 | 05/23/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-223
Shipping Information: COLLECT
Ship Via: FEDEX          Ship Date:05/11/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2050 | WIRE | HW21110101 | 1/0 1/C 35KV | | 2050 | 4.75 | E | N | 9,737.50 | 0.0 % | N | D |
| | 1 X 2050 | | | | | | | | | | | |
| | TAG: M-TR24-PRI-1A | 1/0 1/C 35KV | | | | | | | | | | |
| | TAG: M-TR25-PRI-1A | 1/0 1/C 35KV | | | | | | | | | | |
| 2050 | WIRE | HW21110101 | 1/0 1/C 35KV | | 2050 | 4.75 | E | N | 9,737.50 | 0.0 % | N | D |
| | 1 X 2050 | | | | | | | | | | | |
| | TAG: M-TR24-PRI-1B | 1/0 1/C 35KV | | | | | | | | | | |
| | TAG: M-TR25-PRI-1B | 1/0 1/C 35KV | | | | | | | | | | |
| 2050 | WIRE | HW21110101 | 1/0 1/C 35KV | | 2050 | 4.75 | E | N | 9,737.50 | 0.0 % | N | D |
| | 1 X 2050 | | | | | | | | | | | |
| | TAG: M-TR24-PRI-1C | 1/0 1/C 35KV | | | | | | | | | | |

| | CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES. | MERCHANDISE: | 29,212.50 |
|---|---|---|---|
| MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER. | | TAX:     0.00 % | 0.00 |
| NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART. | B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL. | SHIPPING CHARGE: | 0.00 |
| CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST | C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY. | | |

LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**     **$ 29,212.50**

---

Page 2 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672249 | 05/23/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-223
Shipping Information: COLLECT
Ship Via: FEDEX          Ship Date:05/11/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TAG: M-TR25-PRI-1C | 1/0 1/C 35KV | | | | | | | | | | |

| | CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES. | MERCHANDISE: | 29,212.50 |
|---|---|---|---|
| MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER. | | TAX:     0.00 % | 0.00 |
| NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART. | B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL. | SHIPPING CHARGE: | 0.00 |
| CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST | C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY. | | |

LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**     **$ 29,212.50**

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672250 | 05/23/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-203
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No: L292386
sperson: ANDY ERICKSON
ob Name: J1711 CABLE TRAY

Customer Order No: J1711-203
Shipping Information: PREPAID
Ship Via: YELLOW

Ship Date: 05/14/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | BLINE | 9A-8007 | | | 200 | 36.57 | E | N | 7,314.00 | 0.0 % | N | D |

| | |
|---|---|
| MERCHANDISE: | 7,314.00 |
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   **$ 7,314.00**

---

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672294 | 05/24/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No: L292386
sperson: ANDY ERICKSON
ob Name: JOHNSON

Customer Order No: J1711-193/3
Shipping Information: PREPAID
Ship Via: BEST-WAY

Ship Date: 05/23/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | CHE | SFA6 | SLIPFIT ADAPTER | | 120 | 54.20 | E | N | 6,504.00 | 0.0 % | N | D |

| | |
|---|---|
| MERCHANDISE: | 6,504.00 |
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   **$ 6,504.00**

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 33 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672295 | 05/24/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
## ** UNPAID **

Please show Invoice No. and Remit to:
P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY
TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-193
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:J1711

Customer Order No:J1711-193
Shipping Information:PREPAID
Ship Via:RBTWTX       Ship Date:05/23/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | CHE | FMV25LCY/UNV3476 | LT FX | | 150 | 1,224.67 | E | N | 183,700.50 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

E CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

MERCHANDISE:          183,700.50
TAX:     0.00 %
SHIPPING CHARGE:           0.00

Net payment is Due by the 15th of the month
following purchase

TOTAL DUE          $ 183,700.50

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 34 of 150

Page 1 of 3

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672300 | 05/24/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
## ** UNPAID **

Please show Invoice No. and Remit to:
P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY
TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:SEE BELOW       Ship Date:05/18/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ITEM 13 | 1 REEL | | | | | | | | | | |
| 1215 | WIRE | | SOUTHWIRE 95505499  500MCM 5KV 1/C | | 1215 | 8.35 | E | N | 10,145.25 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-PF01-1-A | 125 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF01-2-A | 125 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF01-3-A | 125 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF02-1-A | 150 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF02-2-A | 150 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF02-3-A | 150 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF03-1-A | 130 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF03-2-A | 130 FT | 500/1C 5KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

E CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

MERCHANDISE:           42,022.45
TAX:     0.00 %
SHIPPING CHARGE:           0.00

Net payment is Due by the 15th of the month
following purchase

TOTAL DUE          $ 42,022.45

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 2 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-672300 | 05/24/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:SEE BELOW

Ship Date:05/18/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M-PF03-3-A | 130 FT | 500/1C 5KV | | | | | | | | | |
| | ITEM 23 | 4 REELS | | | | | | | | | | |
| | REEL 2 | | | | | | | | | | | |
| 1070 | WIRE | | SOUTHWIRE 89064099   4/0 3/C 5KV CLX | | 1070 | 20.96 | E | N | 22,427.20 | 0.0 % | N | D |
| | MUST BE TAGGED M-D10-2   1070 FT   4/0 3/C 5KV CLX | | | | | | | | | | | |
| | ITEM 28 | 1 REEL | | | | | | | | | | |
| 2070 | WIRE | | 2/0 XHHW   (2070 = 9X230) | | 2070 | 1.95 | E | N | 4,036.50 | 0.0 % | N | D |

| | | |
|---|---|---|
| MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER. | CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES. | MERCHANDISE:   42,022.45 |
| NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART. | B -   BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL. | TAX:   0.00 %   0.00 |
| CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS. | C -   CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY. | SHIPPING CHARGE:   0.00 |
| ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE. | Net payment is Due by the 15th of the month following purchase | TOTAL DUE   $ 42,022.45 |

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 3 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-672300 | 05/24/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:SEE BELOW

Ship Date:05/18/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ITEM 29 | 1 REEL | | | | | | | | | | |
| 790 | WIRE | | 1/0 XHHW   (790 = 2X130, 2X135, 2X130) | | 790 | 1.55 | E | N | 1,224.50 | 0.0 % | N | D |
| 1 | WIRE | | CUT CHARGE | | 1 | 35.00 | E | N | 35.00 | 0.0 % | N | D |
| | ITEM 30 | 1 REEL | | | | | | | | | | |
| 2680 | WIRE | | 1/0 XHHW   (2680 = 1X1000,1X1050,3X210) | | 2680 | 1.55 | E | N | 4,154.00 | 0.0 % | N | D |

| | | |
|---|---|---|
| MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER. | CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES. | MERCHANDISE:   42,022.45 |
| NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART. | B -   BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL. | TAX:   0.00 %   0.00 |
| CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS. | C -   CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY. | SHIPPING CHARGE:   0.00 |
| ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE. | Net payment is Due by the 15th of the month following purchase | TOTAL DUE   $ 42,022.45 |

**Page 1 of 2**

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672302 | 05/24/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
### ** UNPAID **

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:ROYAL TRUC          Ship Date:05/23/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ITEM 3 | 1 REEL | | | | | | | | | | |
| 2070 | WIRE | SOUTHWIRE 644623 | 500MCM 1/C | | 2070 | 11.58 | E | N | 23,970.60 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-FDR1-1-C | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR1-2-C | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR1-3-C | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR2-1-C | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR2-2-C | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR2-3-C | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR3-1-C | 230 FT | 500/1C 35KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 27,676.90 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 27,676.90 |
|---|---|

---

**Page 2 of 2**

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672302 | 05/24/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
### ** UNPAID **

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:ROYAL TRUC          Ship Date:05/23/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M-FDR3-2-C | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR3-3-C | 230 FT | 500/1C 35KV | | | | | | | | | |
| | ITEM 31 | 1 REEL | | | | | | | | | | |
| 405 | WIRE | 250 XHHW | (405 = 1X125,1X150,1X130) | | 405 | 3.56 | E | N | 1,441.80 | 0.0 % | N | D |
| 1 | WIRE | CUT CHARGE | | | 1 | 35.00 | E | N | 35.00 | 0.0 % | N | D |
| | ITEM 32 | 1 REEL | | | | | | | | | | |
| 330 | WIRE | 500 XHHW | (330 = 1X140,1X110,1X80) | | 330 | 6.65 | E | N | 2,194.50 | 0.0 % | N | D |
| 1 | WIRE | CUT CHARGE | | | 1 | 35.00 | E | N | 35.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 27,676.90 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 27,676.90 |
|---|---|

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672303 | 05/24/18 |

**\*\* CERTIFIED \*\***
**\*\* ORIGINAL INVOICE COPY \*\***

**\*\* UNPAID \*\***

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386

Customer Order No:J1711-223

sperson:ANDY ERICKSON

Shipping Information:COLLECT

ob Name:

Ship Via:W C

Ship Date:05/19/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ITEM 1 - 1 REEL | | | | | | | | | | | |
| 2070 | WIRE | SOUTHWIRE 644623 | 500MCM 1/C | | 2070 | 11.58 | E | N | 23,970.60 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS: | | | | | | | | | | | |
| | M-FDR1-1-A | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR1-2-A | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR1-3-A | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR2-1-1 | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR2-2-A | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR2-3-A | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR3-1-A | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR3-2-A | 230 FT | 500/1C 35 KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 175,568.40 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**

**$ 175,568.40**

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672303 | 05/24/18 |

**\*\* CERTIFIED \*\***
**\*\* ORIGINAL INVOICE COPY \*\***

**\*\* UNPAID \*\***

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386

Customer Order No:J1711-223

sperson:ANDY ERICKSON

Shipping Information:COLLECT

ob Name:

Ship Via:W C

Ship Date:05/19/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M-FDR3-3-A | 230 FT | 500/1C 35KV | | | | | | | | | |
| | ITEM 2 - 1 REEL | | | | | | | | | | | |
| 2070 | WIRE | SOUTHWIRE 644623 | 500MCM 1/C | | 2070 | 11.58 | E | N | 23,970.60 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-FDR1-1-B | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR1-2-B | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR1-3-B | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR2-1-B | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR2-2-B | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR2-3-B | 230 FT | 500/1C 35KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 175,568.40 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**

**$ 175,568.40**

Page 3 of 7

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672303 | 05/24/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
b Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:W C

Ship Date:05/19/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M-FDR3-1-B | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR3-2-B | 230 FT | 500/1C 35KV | | | | | | | | | |
| | M-FDR3-3-B | 230 FT | 500/1C 35KV | | | | | | | | | |
| | ITEM 4 | 1 REEL | | | | | | | | | | |
| 790 | WIRE | SOUTH WIRE 95731699 | 750MCM 35KV 1/C | | 790 | 14.54 | E | N | 11,486.60 | 0.0 % | N | D |
| 1 | WIRE | CUT CHG | | | 1 | 35.00 | E | N | 35.00 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-TR21-PRI-1-A | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR21-PRI-2-A | 130 FT | 750/1C 35KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 175,568.40 |
|---|---|
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 175,568.40 |
|---|---|

---

Page 4 of 7

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672303 | 05/24/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
b Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:W C

Ship Date:05/19/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M-TR22-PRI-1-A | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR22-PRI-2-A | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR23-PRI-1-A | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR23-PRI-2-A | 130 FT | 750/1C 35KV | | | | | | | | | |
| | ITEM 5 | 1 REEL | | | | | | | | | | |
| 790 | WIRE | SOUTHWIRE 95731699 | 750MCM 35KV 1/C | | 790 | 14.54 | E | N | 11,486.60 | 0.0 % | N | D |
| 1 | WIRE | CUT CHG | | | 1 | 35.00 | E | N | 35.00 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-TR21-PRI-1-B | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR21-PRI-2-B | 130 FT | 750/1C 35KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 175,568.40 |
|---|---|
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 175,568.40 |
|---|---|

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 5 of 7

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-672303 | 05/24/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:W C

Ship Date:05/19/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M-TR22-PRI-1-B | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR23-PRI-1-B | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR23-PRI-2-B | 130 FT | 750/1C 35KV | | | | | | | | | |
| | * | | | | | | | | | | | |
| | ITEM 6 | 1 REEL | | | | | | | | | | |
| 790 | WIRE | SOUTHWIRE 95731699 | 750MCM 35KV 1/C | | 790 | 14.54 | E | N | 11,486.60 | 0.0 % | N | D |
| 1 | WIRE | CUT CHG | | | 1 | 35.00 | E | N | 35.00 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-TR21-PRI-1-C | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR21-PRI-2-C | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR22-PRI-1-C | 130 FT | 750/1C 35KV | | | | | | | | | |

) MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 175,568.40 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

TOTAL DUE

$ 175,568.40

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 6 of 7

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-672303 | 05/24/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:W C

Ship Date:05/19/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M-TR22-PRI-2-C | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR23-PRI-1-C | 130 FT | 750/1C 35KV | | | | | | | | | |
| | M-TR23-PRI-2-C | 130 FT | 750/1C 35KV | | | | | | | | | |
| | * | | | | | | | | | | | |
| | ITEM 23 | 4 REELS | | | | | | | | | | |
| | REEL 1 | | | | | | | | | | | |
| 1070 | WIRE | SOUTHWIRE 89084099 | 4/0 3/C 5KV CLX | | 1070 | 20.96 | E | N | 22,427.20 | 0.0 % | N | D |
| | MUST BE TAGGED M-D10-1 | 1070 FT | 4/0 3/C 5KV CLX | | | | | | | | | |
| | REEL 3 | | | | | | | | | | | |
| 1110 | WIRE | SOUTHWIRE 89084099 | 4/0 3/C 5KV CLX | | 1110 | 20.96 | E | N | 23,265.60 | 0.0 % | N | D |
| | MUST BE TAGGED M-D11-1 | 1110 FT | 4/0 3/C 5KV CLX | | | | | | | | | |

) MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 175,568.40 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

TOTAL DUE

$ 175,568.40

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 45 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 7 of 7

| Invoice No. | Invoice Date |
|---|---|
| 4310-672303 | 05/24/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:W C

Ship Date:05/19/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REEL 4 | | | | | | | | | | | |
| 1110 | WIRE | | SOUTHWIRE 89064099   4/0 3/C 5KV CLX | | 1110 | 20.96 | E | N | 23,265.60 | 0.0 % | N | D |
| | | | MUST BE TAGGED M-D11-2   1110 FT   4/0 3/C 5KV CLX | | | | | | | | | |
| | ITEM 24   2 REELS | | | | | | | | | | | |
| | REEL 1 | | | | | | | | | | | |
| 1150 | WIRE | | SOUTHWIRE 89064099   4/0 3/C 5KV CLX | | 1150 | 20.96 | E | N | 24,104.00 | 0.0 % | N | D |
| | | | MUST BE TAGGED M-D12-1   1150 FT   4/0 3/C 5KV CLX | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

RENDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 175,568.40 |
|---|---|
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**   **$ 175,568.40**

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672351 | 05/25/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-193/2
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-193/2
Shipping Information:PREPAID
Ship Via:UPS

Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CHE | VMV5L2TW/UNV1 | 120-227V LT FX | | 4 | 344.56 | E | N | 1,378.24 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

RENDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C -   CANCELLED, NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,378.24 |
|---|---|
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**   **$ 1,378.24**

Page 1 of 2

**STATE ELECTRIC**
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671809 | 05/29/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
    5555 OLD JACKSONVILLE HWY

    TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PREPAID
Ship Via:TMS

Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | FIT | NIPGAL-3/4XCL | #3854    GALV NIP | | 100 | 0.51 | E | N | 51.00 | 0.0 % | N | S |
| 100 | FIT | NIPGAL1XCL | #3955    GALV NIP | | 100 | 0.77 | E | N | 77.00 | 0.0 % | N | S |
| 100 | FIT | NIPGAL1-1/2XCL | GALV NIP | | 100 | 1.21 | E | N | 121.00 | 0.0 % | N | S |
| 1000 | WIRE | SDT/TC10/3 | 10/3 SDT/TD CONTROL CABLE | | 1000 | 0.65 | E | Y | 650.00 | 2.0 % | N | S |
| | | 1 X 1000 | | | | | | | | | | |
| 80 | 3M | 33+SUPER-3/4X66FT | 33PLUS PLASTIC TAPE | | 80 | 3.73 | E | Y | 298.40 | 2.0 % | N | S |
| 40 | 3M | 35BN-3/4X66 | CODING TAPE | | 40 | 3.47 | E | N | 138.80 | 0.0 % | N | S |
| 40 | 3M | 35OE-3/4X66 | CODING TAPE | | 40 | 3.47 | E | N | 138.80 | 0.0 % | N | S |
| 60 | 3M | 35YW-3/4X66 | CODING TAPE | | 60 | 3.47 | E | N | 208.20 | 0.0 % | N | S |
| 40 | 3M | 35RD-3/4X66 | CODING TAPE | | 40 | 3.47 | E | N | 138.80 | 0.0 % | N | S |
| 40 | 3M | 35BE-3/4X66 | CODING TAPE | | 40 | 3.47 | E | N | 138.80 | 0.0 % | N | S |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

HANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| | |
|---|---|
| MERCHANDISE: | 2,307.80 |
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 18.97 off Total Due (Including Sales Tax)
If paid by the 10th of the month following purchase

**TOTAL DUE**     $ 2,307.80

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 47 of 150

---

Page 2 of 2

**STATE ELECTRIC**
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671809 | 05/29/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
    5555 OLD JACKSONVILLE HWY

    TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PREPAID
Ship Via:TMS

Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 3M | 35GN-3/4X66 | CODING TAPE | | 60 | 3.47 | E | N | 208.20 | 0.0 % | N | S |
| 40 | 3M | 35WE-3/4X66 | CODING TAPE | | 40 | 3.47 | E | N | 138.80 | 0.0 % | N | S |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

HANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| | |
|---|---|
| MERCHANDISE: | 2,307.80 |
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 18.97 off Total Due (Including Sales Tax)
If paid by the 10th of the month following purchase

**TOTAL DUE**     $ 2,307.80

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 48 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 49 of 150

Page 1 of 3

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671810 | 05/29/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-225
Shipping Information: PREPAID
Ship Via: TMS          Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 300 | TB | 5334GR | 1-IN INS L/T GRND CONN | B | 0 | 8.07 | E | Y | 0.00 | 2.0 % | N | X |
| 100 | TB | 5344GR | 1-IN INS L/T GRND CONN | B | 0 | 18.84 | E | Y | 0.00 | 2.0 % | N | X |
| 100 | TB | 5354GR | 1-IN INS L/T GRND CONN | | 100 | 20.30 | E | Y | 2,030.00 | 2.0 % | N | X |
| 150 | TB | 5336GR | 1-1/2 INS L/T GRND CONN | | 150 | 24.53 | E | Y | 3,679.50 | 2.0 % | N | X |
| 150 | TB | 5346GR | 1-1/2 INS L/T GRND CONN | B | 0 | 29.04 | E | Y | 0.00 | 2.0 % | N | X |
| 30 | TB | 5356GR | 1-1/2 INS L/T GRND CONN | | 30 | 32.17 | E | Y | 965.10 | 2.0 % | N | X |
| 40 | TB | 5337GR | 2-IN INS L/T GRND CONN | | 40 | 32.08 | E | Y | 1,283.20 | 2.0 % | N | X |
| 40 | TB | 5347GR | 2-IN INS L/T GRND CONN | | 40 | 40.66 | E | Y | 1,626.40 | 2.0 % | N | X |
| 86 | TB | 5340GR | 4-IN INS L/T GRND CONN | B | 0 | 179.83 | E | Y | 0.00 | 2.0 % | N | X |
| 500 | TB | RB1414F | 18-14 INS SPADE TERM | | 500 | 0.49 | E | Y | 245.00 | 2.0 % | N | X |
| 500 | TB | RB1414F | 18-14 INS SPADE TERM | | 500 | 0.49 | E | Y | 245.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE:   TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -     BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -     CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 10,931.20 |
|---|---|
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 218.62 off Total Due (Including Sales Tax)
if paid by the 10th of the month following purchase

**TOTAL DUE**          **$ 10,931.20**

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 50 of 150

Page 2 of 3

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671810 | 05/29/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-225
Shipping Information: PREPAID
Ship Via: TMS          Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | TB | RB14516 | 18-14 INS RING TERM | B | 0 | 0.49 | E | Y | 0.00 | 2.0 % | N | X |
| 200 | TB | RB14516 | 18-14 INS RING TERM | B | 0 | 0.49 | E | Y | 0.00 | 2.0 % | N | X |
| 500 | TB | RC1163 | 12-10 FORK TERM BULK | | 500 | 0.25 | E | Y | 125.00 | 2.0 % | N | X |
| 100 | TB | RC1014 | 12-10 INS RING TERM | | 100 | 0.51 | E | Y | 51.00 | 2.0 % | N | X |
| 1000 | TB | RC713 | 12-10 RING TERM BULK | B | 0 | 0.20 | E | Y | 0.00 | 2.0 % | N | X |
| 100 | TB | RC1038 | 12-10 INS RING TERM | | 100 | 0.48 | E | Y | 48.00 | 2.0 % | N | X |
| 100 | TB | RC1012 | 12-10 INS RING TERM | | 100 | 1.15 | E | Y | 115.00 | 2.0 % | N | X |
| 50 | PAN | LCA814L | 8AWG 1HOLE LUG | | 50 | 1.60 | E | Y | 80.00 | 2.0 % | N | X |
| 50 | PAN | LCA638L | 6AWG 1HOLE LUG | | 50 | 1.76 | E | Y | 88.00 | 2.0 % | N | X |
| 100 | PAN | HL1315 | CAST CU MECH CONN | B | 0 | 20.56 | E | Y | 0.00 | 2.0 % | N | X |
| 1000 | TB | TC345A | 4WAY ADHSV MTG BASE-BULK | B | 0 | 0.30 | E | Y | 0.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE:   TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -     BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -     CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 10,931.20 |
|---|---|
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 218.62 off Total Due (Including Sales Tax)
if paid by the 10th of the month following purchase

**TOTAL DUE**          **$ 10,931.20**

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 51 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 3 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-671810 | 05/29/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
Salesperson:ANDY ERICKSON
Job Name:

Customer Order No:J1711-225
Shipping Information:PREPAID
Ship Via:TMS                Ship Date:05/24/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | TB | TY28MX | LOCKING CABLE TIE-BULK | | 1000 | 30.00 | C | Y | 300.00 | 2.0 % | N | X |
| 1000 | TB | TY24MX | 5.50" NYL BLK CABLE TIE | | 1000 | 0.05 | E | Y | 50.00 | 2.0 % | N | X |
| 1 | PAN | | FREIGHT INCOMING | | 1 | 0.00 | E | N | 0.00 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 10,931.20 |
|---|---|
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 218.62 off Total Due (Including Sales Tax) if paid by the 10th of the month following purchase

**TOTAL DUE** $ 10,931.20

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 52 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 8

| Invoice No. | Invoice Date |
|---|---|
| 4310-671817 | 05/29/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
Salesperson:ANDY ERICKSON
Job Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:TMS                Ship Date:05/24/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Shipping | | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | |
| 600 | CHE | RE32 | 1X3/4 REDUCER | | 600 | 0.70 | E | Y | 420.00 | 2.0 % | N | X |
| 500 | CHE | RE31 | 1X1/2 REDUCER | B | 0 | 0.70 | E | Y | 0.00 | 2.0 % | N | X |
| 100 | CHE | RE43 | 1-1/4X1 REDUCER | | 100 | 1.18 | E | Y | 118.00 | 2.0 % | N | X |
| 500 | CHE | RE53 | 1-1/2X1 REDUCER | | 500 | 2.02 | E | Y | 1,010.00 | 2.0 % | N | X |
| 500 | CHE | RE52 | 1-1/2X3/4 REDUCER | | 500 | 2.02 | E | Y | 1,010.00 | 2.0 % | N | X |
| 400 | CHE | RE51 | 1-1/2X1/2 REDUCER | B | 0 | 2.02 | E | Y | 0.00 | 2.0 % | N | X |
| 200 | CHE | RE63 | 2X1 REDUCER | | 200 | 3.49 | E | Y | 698.00 | 2.0 % | N | X |
| 200 | CHE | RE65 | 2X1-1/2 REDUCER | | 200 | 3.49 | E | Y | 698.00 | 2.0 % | N | X |
| 200 | CHE | RE62 | 2X3/4 REDUCER | | 200 | 3.49 | E | Y | 698.00 | 2.0 % | N | X |
| 200 | CHE | RE61 | 2X1/2 REDUCER | | 200 | 3.49 | E | Y | 698.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 79,898.58 |
|---|---|
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 2180.00 |

Cash Disc 1597.98 off Total Due (Including Sales Tax) if paid by the 10th of the month following purchase

**TOTAL DUE** $ 82,078.58

Page 2 of 8

| Invoice No. | Invoice Date |
|---|---|
| 4310-671817 | 05/29/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:TMS                     Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | CHE | RE106 | 4X2-IN REDUCER | | 50 | 13.23 | E | Y | 661.50 | 2.0 % | N | X |
| 50 | CHE | RE81 | 2X1/2 REDUCER | | 50 | 3.49 | E | Y | 174.50 | 2.0 % | N | X |
| 2000 | CHE | CD1 | 1/2 ML THRD COND DRAIN | B | 0 | 7.86 | E | Y | 0.00 | 2.0 % | N | X |
| 500 | CHE | LTB50 | 1/2 STR L/T CONN | | 500 | 1.72 | E | Y | 860.00 | 2.0 % | N | X |
| 500 | CHE | LTB5045 | 1/2 45D L/T CONN | | 500 | 2.85 | E | Y | 1,425.00 | 2.0 % | N | X |
| 200 | CHE | LTB5090 | 1/2 90D L/T CONN | | 200 | 2.85 | E | Y | 570.00 | 2.0 % | N | X |
| 300 | CHE | PLG2 | 3/4 RECESSED PLUG | | 300 | 0.76 | E | Y | 228.00 | 2.0 % | N | X |
| 300 | CHE | PLG3 | 1-IN RECESSED PLUG | B | 0 | 0.92 | E | Y | 0.00 | 2.0 % | N | X |
| 100 | CHE | PLG5 | 1-1/2 RECESSED PLUG | | 100 | 1.43 | E | Y | 143.00 | 2.0 % | N | X |
| 50 | CHE | PLG6 | 2-IN RECESSED PLUG | | 50 | 13.13 | E | Y | 656.50 | 2.0 % | N | X |
| 550 | CHE | TB27 | 3/4 TB CONDUIT BODY | | 550 | 4.11 | E | Y | 2,260.50 | 2.0 % | N | X |

| I MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.<br><br>NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED, A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.<br><br>CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.<br><br>ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE. | CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.<br><br>B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.<br><br>C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY. | MERCHANDISE: | 79,898.58 |
|---|---|---|---|
| | | TAX: 0.00 % | 0.00 |
| | | SHIPPING CHARGE: | 2180.00 |
| | Cash Disc 1597.98 off Total Due (including Sales Tax) if paid by the 10th of the month following purchase | TOTAL DUE | $ 82,078.58 |

---

Page 3 of 8

| Invoice No. | Invoice Date |
|---|---|
| 4310-671817 | 05/29/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:TMS                     Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 250 | CHE | T27 | 3/4 T CONDUIT BODY | | 250 | 3.70 | E | Y | 925.00 | 2.0 % | N | X |
| 550 | CHE | LB27 | 3/4 LB CONDUIT BODY | | 550 | 2.94 | E | Y | 1,617.00 | 2.0 % | N | X |
| 250 | CHE | LL27 | 3/4 LL CONDUIT BODY | | 250 | 2.94 | E | Y | 735.00 | 2.0 % | N | X |
| 250 | CHE | LR27 | 3/4 LR COND BODY | | 250 | 2.94 | E | Y | 735.00 | 2.0 % | N | X |
| 500 | CHE | TB37 | 1-IN TB CONDUIT BODY | | 500 | 5.82 | E | Y | 2,910.00 | 2.0 % | N | X |
| 250 | CHE | T37 | 1-IN T CONDUIT BODY | | 250 | 5.60 | E | Y | 1,400.00 | 2.0 % | N | X |
| 500 | CHE | LB37 | 1-IN LB CONDUIT BODY | | 500 | 4.44 | E | Y | 2,220.00 | 2.0 % | N | X |
| 250 | CHE | LL37 | 1-IN LL CONDUIT BODY | | 250 | 4.44 | E | Y | 1,110.00 | 2.0 % | N | X |
| 250 | CHE | LR37 | 1-IN LR CONDUIT BODY | B | 0 | 4.44 | E | Y | 0.00 | 2.0 % | N | X |
| 500 | CHE | TB57 | 1-1/2 TB CONDUIT BODY | B | 0 | 11.48 | E | Y | 0.00 | 2.0 % | N | X |
| 250 | CHE | T57 | 1-1/2 T COND BODY | | 250 | 10.85 | E | Y | 2,712.50 | 2.0 % | N | X |

| I MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.<br><br>NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.<br><br>CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.<br><br>ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE. | CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.<br><br>B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.<br><br>C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY. | MERCHANDISE: | 79,898.58 |
|---|---|---|---|
| | | TAX: 0.00 % | 0.00 |
| | | SHIPPING CHARGE: | 2180.00 |
| | Cash Disc 1597.98 off Total Due (including Sales Tax) if paid by the 10th of the month following purchase | TOTAL DUE | $ 82,078.58 |

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 55 of 150

Page 4 of 8

| Invoice No. | Invoice Date |
|---|---|
| 4310-671817 | 05/29/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:TMS                Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 600 | CHE | LB57 | 1-1/2 LB CONDUIT BODY | | 600 | 9.11 | E | Y | 4,666.00 | 2.0 % | N | X |
| 100 | CHE | LL57 | 1-1/2 LL CONDUIT BODY | B | 0 | 9.11 | E | Y | 0.00 | 2.0 % | N | X |
| 100 | CHE | LR57 | 1-1/2 LR CONDUIT BODY | | 100 | 9.11 | E | Y | 911.00 | 2.0 % | N | X |
| 50 | CHE | C57 | 1-1/2 C CONDUIT BOD | | 50 | 9.11 | E | Y | 455.50 | 2.0 % | N | X |
| 350 | CHE | TB67 | 2-IN TB CONDUIT BODY | B | 0 | 17.98 | E | Y | 0.00 | 2.0 % | N | X |
| 200 | CHE | T87 | 2-IN T CONDUIT BODY | B | 0 | 16.75 | E | Y | 0.00 | 2.0 % | N | X |
| 175 | CHE | LB87 | 2-IN LB CONDUIT BODY | | 175 | 15.03 | E | Y | 2,630.25 | 2.0 % | N | X |
| 50 | CHE | LL87 | 2-IN LL CONDUIT BODY | B | 0 | 15.03 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | LR67 | 2-IN LR CONDUIT BODY | B | 0 | 15.03 | E | Y | 0.00 | 2.0 % | N | X |
| 1750 | CHE | 270 | 3/4 STL COND BODY COVER | | 1750 | 0.90 | E | Y | 1,575.00 | 2.0 % | N | X |
| 1750 | CHE | 370 | 1-IN STL COND BODY COVER | | 1750 | 1.25 | E | Y | 2,187.50 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

HANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| | |
|---|---|
| MERCHANDISE: | 79,898.58 |
| TAX:  0.00 % | 0.00 |
| SHIPPING CHARGE: | 2180.00 |

Cash Disc 1597.98 off Total Due (including Sales Tax) if paid by the 10th of the month following purchase

**TOTAL DUE**          $ 82,078.58

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 56 of 150

Page 5 of 8

| Invoice No. | Invoice Date |
|---|---|
| 4310-671817 | 05/29/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:TMS                Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1450 | CHE | 570 | 1-1/2 STL COND BODY COVER | | 1450 | 1.49 | E | Y | 2,160.50 | 2.0 % | N | X |
| 825 | CHE | 670 | 2-IN STL COND BODY COVER | | 825 | 2.63 | E | Y | 2,169.75 | 2.0 % | N | X |
| 1750 | CHE | GASK572 | 3/4 NEO BODY GASKET | | 1750 | 0.12 | E | Y | 210.00 | 2.0 % | N | X |
| 1750 | CHE | GASK573 | 1-IN NEO BODY GASKET | | 1750 | 0.16 | E | Y | 280.00 | 2.0 % | N | X |
| 1450 | CHE | GASK575 | 1-1/2 NEO BODY GASKET | | 1450 | 0.20 | E | Y | 290.00 | 2.0 % | N | X |
| 825 | CHE | GASK576 | 2-IN NEO BODY GASKET | | 825 | 0.26 | E | Y | 214.50 | 2.0 % | N | X |
| 60 | CHE | BUB3 | 1-IN BUB CONDUIT BODY | | 60 | 34.17 | E | Y | 2,050.20 | 2.0 % | N | X |
| 60 | CHE | BU48 | 1TO 1-1/4 BODY CVR&GSKT | | 60 | 0.00 | E | Y | 0.00 | 2.0 % | N | X |
| 330 | CHE | BUB5 | 1-1/2 BUB CONDUIT BODY | B | 0 | 62.86 | E | Y | 0.00 | 2.0 % | N | X |
| 330 | CHE | BG56 | 1-1/2TO 2 BODY CVR&GSKT | | 330 | 0.00 | E | Y | 0.00 | 2.0 % | N | X |
| 100 | CHE | BUB6 | 2-IN BUB CONDUIT BODY | B | 94 | 70.22 | E | Y | 6,600.68 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

HANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| | |
|---|---|
| MERCHANDISE: | 79,898.58 |
| TAX:  0.00 % | 0.00 |
| SHIPPING CHARGE: | 2180.00 |

Cash Disc 1597.98 off Total Due (including Sales Tax) if paid by the 10th of the month following purchase

**TOTAL DUE**          $ 82,078.58

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App    Page 57 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 6 of 8

| Invoice No. | Invoice Date |
|---|---|
| 4310-671817 | 05/29/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*

38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:TMS

Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | CHE | BG68 | 1-1/2TO 2 BODY CVR&GSKT | | 100 | 0.00 | E | Y | 0.00 | 2.0 % | N | X |
| 250 | CHE | STG2 | 3/4 ZINC INS GRD HUB | | 250 | 6.37 | E | Y | 1,592.50 | 2.0 % | N | X |
| 250 | CHE | STG3 | 1-IN ZINC INS GRD HUB | | 250 | 7.03 | E | Y | 1,757.50 | 2.0 % | N | X |
| 150 | CHE | STG5 | 1/2 ZINC INS GRD HUB | | 150 | 11.29 | E | Y | 1,693.50 | 2.0 % | N | X |
| 100 | CHE | STG6 | 2-IN ZINC INS GRD HUB | | 100 | 11.29 | E | Y | 1,129.00 | 2.0 % | N | X |
| 100 | CHE | UNY205 | 3/4 MALE UNION | | 100 | 4.85 | E | Y | 485.00 | 2.0 % | N | X |
| 100 | CHE | UNF205 | 3/4 FEMALE UNION | | 100 | 4.33 | E | Y | 433.00 | 2.0 % | N | X |
| 50 | CHE | UNY305 | 1-IN MALE UNION | | 50 | 8.28 | E | Y | 414.00 | 2.0 % | N | X |
| 50 | CHE | UNF305 | 1-IN FEMALE UNION | | 50 | 7.82 | E | Y | 391.00 | 2.0 % | N | X |
| 50 | CHE | UNY505 | 1-1/2 MALE UNION | B | 0 | 18.46 | E | Y | 0.00 | 2.0 % | N | X |
| 25 | CHE | UNF505 | 1-1/2 FEMALE UNION | B | 15 | 15.11 | E | Y | 226.65 | 2.0 % | N | X |

) MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 79,898.58 |
|---|---|
| TAX:      0.00 % | 0.00 |
| SHIPPING CHARGE: | 2180.00 |

Cash Disc 1597.98 off Total Due (including Sales Tax) if paid by the 10th of the month following purchase

| TOTAL DUE | $ 82,078.58 |
|---|---|

---

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App    Page 58 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 7 of 8

| Invoice No. | Invoice Date |
|---|---|
| 4310-671817 | 05/29/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*

38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:TMS

Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | CHE | UNY505 | 2-IN MALE UNION | | 25 | 21.22 | E | Y | 530.50 | 2.0 % | N | X |
| 25 | CHE | UNF505 | 2-IN FEMALE UNION | | 25 | 19.41 | E | Y | 485.25 | 2.0 % | N | X |
| 80 | CHE | UNL125 | 1/2M TO 3/4P 90D ELL | | 80 | 9.56 | E | Y | 764.80 | 2.0 % | N | X |
| 80 | CHE | EYS11 | 1/2 FEM COND SEAL | | 80 | 6.15 | E | Y | 492.00 | 2.0 % | N | X |
| 50 | CHE | EYD21 | 3/4 FEM DRAIN SEAL | B | 0 | 49.77 | E | Y | 0.00 | 2.0 % | N | X |
| 150 | CHE | EYS21 | 3/4 FEM COND SEAL | | 150 | 7.21 | E | Y | 1,081.50 | 2.0 % | N | X |
| 50 | CHE | EYD31 | 1-IN FEMMALE DRAINSEAL | B | 0 | 49.93 | E | Y | 0.00 | 2.0 % | N | X |
| 150 | CHE | EYS31 | 1-IN FEM COND SEAL | | 150 | 9.30 | E | Y | 1,395.00 | 2.0 % | N | X |
| 50 | CHE | EYD51 | 1-1/2 FEM DRAIN SEAL | B | 0 | 78.47 | E | Y | 0.00 | 2.0 % | N | X |
| 150 | CHE | EYS51 | 1-1/2 FEM COND SEAL | | 150 | 31.54 | E | Y | 4,731.00 | 2.0 % | N | X |
| 50 | CHE | EYD61 | 2-IN FEM DRAIN SEAL | B | 0 | 79.12 | E | Y | 0.00 | 2.0 % | N | X |

) MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 79,898.58 |
|---|---|
| TAX:      0.00 % | 0.00 |
| SHIPPING CHARGE: | 2180.00 |

Cash Disc 1597.98 off Total Due (including Sales Tax) if paid by the 10th of the month following purchase

| TOTAL DUE | $ 82,078.58 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App - Page 59 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 8 of 8

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-671817 | 05/29/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No: L292386
person: ANDY ERICKSON
ob Name:

Customer Order No: J1711-225
Shipping Information: PRECHAR
Ship Via: TMS

Ship Date: 05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | CHE | EY881 | 2-IN FEM COND SEAL | | 150 | 38.15 | E | Y | 5,722.50 | 2.0 % | N | X |
| 300 | CHE | GLL2 | 3/4 INS GRND BUSH | | 300 | 1.73 | E | Y | 519.00 | 2.0 % | N | X |
| 300 | CHE | GLL3 | 1-IN INS GRND BUSH | | 300 | 1.95 | E | Y | 585.00 | 2.0 % | N | X |
| 300 | CHE | GLL5 | 1-1/2 INS GRND BUSH | | 300 | 2.65 | E | Y | 795.00 | 2.0 % | N | X |
| 150 | CHE | GLL8 | 2-IN INS GRND BUSH | | 150 | 3.53 | E | Y | 529.50 | 2.0 % | N | X |
| IVE | CHE | GLL10 | 4-IN INS GRND BUSH | | 100 | 11.82 | E | Y | 1,162.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 79,898.58 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 2180.00 |

Cash Disc 1597.98 off Total Due (Including Sales Tax) if paid by the 10th of the month following purchase

TOTAL DUE   $ 82,078.58

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App - Page 60 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-672094 | 05/29/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No: L292386
person: ANDY ERICKSON
ob Name: JOHNSON

Customer Order No: J1711-236
Shipping Information: PREPAID
Ship Via: TMS

Ship Date: 05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | SPEC | KATY INSTRUMENT | 420-5 | | 4 | 268.00 | E | N | 1,072.00 | 0.0 % | N | X |
| 1 | SPEC | FREIGHT INCOMING | | | 1 | 0.00 | E | N | 0.00 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,072.00 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

TOTAL DUE   $ 1,072.00

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 61 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671477 | 05/29/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-222
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-222
Shipping Information:PREPAID
Ship Via:TMS                    Ship Date:05/24/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CHE | EF5215 | MANUAL MOTOR STRT SW | | 5 | 139.63 | E | Y | 698.15 | 2.0 % | N | X |
| 103 | CHE | EDS271 | 1G DEAD END ENCL IRON | | 103 | 25.86 | E | Y | 2,663.58 | 2.0 % | N | X |
| 103 | CHE | DSD926S635 | COVER | B | 0 | 144.77 | E | N | 0.00 | 0.0 % | N | X |
| 103 | CHE | DL139 | HOA LEGEND PLATE | | 103 | 2.90 | E | N | 298.70 | 0.0 % | N | X |
| 6 | CHE | EF52184 | MANUAL MOTOR STRT SW | B | 0 | 118.63 | E | Y | 0.00 | 2.0 % | N | X |
| 15 | CHE | EDS2129 | 1G ENCL W/1P SW | | 15 | 155.07 | E | Y | 2,326.05 | 2.0 % | N | X |
| 45 | CHE | ENR5201 | 20A-125V RCPT | | 45 | 173.51 | E | Y | 7,807.95 | 2.0 % | N | X |
| 45 | CHE | EDS271 | 1G DEAD END ENCL IRON | | 45 | 29.77 | E | Y | 1,339.65 | 2.0 % | N | X |
| 10 | CHE | ENP5201 | 20A-125V PLUG | | 10 | 69.21 | E | Y | 692.10 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

HANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 15,826.18 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Cash Disc 310.54 off Total Due (Including Sales Tax)
if paid by the 10th of the month following purchase

| TOTAL DUE | $ 15,826.18 |
|---|---|

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 62 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-671362 | 05/31/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-219
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-219
Shipping Information:PREPAID
Ship Via:ANDY                    Ship Date:05/30/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | SPEC | 2515161XX | SCHWEITZER | | 2 | 850.00 | E | N | 1,700.00 | 0.0 % | N | X |
| 6 | PHOEN | 2320115 | QUINT-PS/24DC/12DC | | 6 | 320.00 | E | N | 1,920.00 | 0.0 % | N | 8 |
| 3 | PHOEN | 2866747 | QNT-PS/1AC/24DC/3 | | 3 | 195.10 | E | N | 585.30 | 0.0 % | N | 8 |
| 1 | PHOEN | FREIGHT INCOMING | | | 1 | 0.00 | E | N | 0.00 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

HANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 4,205.30 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 4,205.30 |
|---|---|

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-671960 | 05/31/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:JOHNSON

Customer Order No:J1711-226
Shipping Information:PREPAID
Ship Via:FEDEX TRK          Ship Date:05/30/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | CHE | TMC247 | | | 76 | 81.50 | E | N | 6,194.00 | 0.0 % | N | X |
| 40 | CHE | TMC8302 | 3-IN CORD GRIPS | | 40 | 103.80 | E | Y | 4,152.00 | 2.0 % | N | X |
| 76 | BPT | 167G | 2-1/2 GRDG LOCKNUT | | 76 | 10.34 | E | Y | 785.84 | 2.0 % | N | X |
| 40 | BPT | 168G | 3IN GRDG LOCKNUT | | 40 | 13.50 | E | Y | 540.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
|---|---|
| MERCHANDISE: | 11,671.84 |
| TAX:           0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 109.56 off Total Due (including Sales Tax)
if paid by the 10th of the month following purchase

| TOTAL DUE | $ 11,671.84 |
|---|---|

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 2

| Invoice No. | Invoice Date |
|---|---|
| 4310-672279 | 05/31/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX TRK          Ship Date:05/30/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shipping | | | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | |
| 500 | CHE | RE31 | 1X1/2 REDUCER | | 500 | 0.70 | E | Y | 350.00 | 2.0 % | N | X |
| 400 | CHE | RE51 | 1-1/2X1/2 REDUCER | | 400 | 2.02 | E | Y | 808.00 | 2.0 % | N | X |
| 2000 | CHE | CD1 | 1/2 ML THRD COND DRAIN | B | 1750 | 7.86 | E | Y | 13,755.00 | 2.0 % | N | X |
| 300 | CHE | PLG3 | 1-IN RECESSED PLUG | B | 0 | 0.92 | E | Y | 0.00 | 2.0 % | N | X |
| 250 | CHE | LR37 | 1-IN LR CONDUIT BODY | | 250 | 4.44 | E | Y | 1,110.00 | 2.0 % | N | X |
| 500 | CHE | TB57 | 1-1/2 TB CONDUIT BODY | B | 0 | 11.48 | E | Y | 0.00 | 2.0 % | N | X |
| 100 | CHE | LL57 | 1-1/2 LL CONDUIT BODY | B | 0 | 9.11 | E | Y | 0.00 | 2.0 % | N | X |
| 350 | CHE | TB67 | 2-IN TB CONDUIT BODY | B | 0 | 17.98 | E | Y | 0.00 | 2.0 % | N | X |
| 200 | CHE | T67 | 2-IN T CONDUIT BODY | | 200 | 16.75 | E | Y | 3,350.00 | 2.0 % | N | X |
| 50 | CHE | LL67 | 2-IN LL CONDUIT BODY | | 50 | 15.03 | E | Y | 751.50 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
|---|---|
| MERCHANDISE: | 20,876.00 |
| TAX:           0.00 % | 0.00 |
| SHIPPING CHARGE: | 379.58 |

Cash Disc 417.52 off Total Due (including Sales Tax)
if paid by the 10th of the month following purchase

| TOTAL DUE | $ 21,255.58 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 65 of 150

Page 2 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672279 | 05/31/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via: FEDEX TRK          Ship Date:05/30/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | CHE | LR67 | 2-IN LR CONDUIT BODY | | 50 | 15.03 | E | Y | 751.50 | 2.0 % | N | X |
| 330 | CHE | BUB5 | 1-1/2 BUB CONDUIT BODY | B | 0 | 62.86 | E | Y | 0.00 | 2.0 % | N | X |
| 6 | CHE | BUB6 | 2-IN BUB CONDUIT BODY | B | 0 | 70.22 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | UNY505 | 1-1/2 MALE UNION | B | 0 | 16.46 | E | Y | 0.00 | 2.0 % | N | X |
| 10 | CHE | UNF505 | 1-1/2 FEMALE UNION | B | 0 | 15.11 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD21 | 3/4 FEM DRAIN SEAL | B | 0 | 49.77 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD31 | 1-IN FEM/MALE DRAINSEAL | B | 0 | 49.93 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD61 | 1-1/2 FEM DRAIN SEAL | B | 0 | 78.47 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD61 | 2-IN FEM DRAIN SEAL | B | 0 | 79.12 | E | Y | 0.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

RKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -  BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -  CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 20,876.00 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 379.58 |

Cash Disc 417.52 off Total Due (Including Sales Tax)
if paid by the 10th of the month following purchase

| TOTAL DUE | $ 21,255.58 |
|---|---|

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 66 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672280 | 05/31/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PREPAID
Ship Via: FEDEX TRK          Ship Date:05/30/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 300 | TB | 5334GR | 1-IN INS L/T GRND CONN | | 300 | 8.07 | E | Y | 2,421.00 | 2.0 % | N | X |
| 100 | TB | 5344GR | 1-IN INS L/T GRND CONN | B | 80 | 16.84 | E | Y | 1,347.20 | 2.0 % | N | X |
| 150 | TB | 5346GR | 1-1/2 INS L/T GRND CONN | B | 0 | 29.04 | E | Y | 0.00 | 2.0 % | N | X |
| 86 | TB | 5340GR | 4-IN INS L/T GRND CONN | | 86 | 179.83 | E | Y | 15,465.38 | 2.0 % | N | X |
| 200 | TB | RB14516 | 16-14 INS RING TERM | B | 0 | 0.49 | E | Y | 0.00 | 2.0 % | N | X |
| 200 | TB | RB14516 | 18-14 INS RING TERM | | 0 | 0.49 | E | Y | 0.00 | 2.0 % | N | X |
| 1000 | TB | RC713 | 12-10 RING TERM BULK | | 1000 | 0.20 | E | Y | 200.00 | 2.0 % | N | X |
| 100 | PAN | HL1315 | CAST CU MECH CONN | B | 0 | 20.56 | E | Y | 0.00 | 2.0 % | N | X |
| 1000 | TB | TC345A | 4WAY ADHSV MTG BASE-BULK | B | 0 | 0.30 | E | Y | 0.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

RKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -  BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -  CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 19,433.58 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 388.67 off Total Due (including Sales Tax)
if paid by the 10th of the month following purchase

| TOTAL DUE | $ 19,433.58 |
|---|---|

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-672358 | 05/31/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
         5555 OLD JACKSONVILLE HWY

         TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
         *
         38001 FM 1379 UNIT B
         MIDLAND, TX 79706-0000

count No:L292386                        Customer Order No:J1711-225
person: ANDY ERICKSON              Shipping Information: PREPAID
ob Name:                                   Ship Via: FEDEX TRK        Ship Date:05/30/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | BLINE | N225ZN1/2 | 1/2 PLTD SPRING NUT | | 200 | 0.50 | E | N | 100.00 | 0.0 % | N | S |
| 200 | SPEC | 1/2X1-1/2 HHCS | | | 200 | 0.26 | E | N | 52.00 | 0.0 % | N | X |
| 200 | DOT | LW12 | LOCK WASHER | | 200 | 0.09 | E | Y | 18.00 | 1.0 % | N | S |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 170.00 |
|---|---|
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 0.18 off Total Due (Including Sales Tax) if
paid by the 10th of the month following purchase

| TOTAL DUE | $ 170.00 |
|---|---|

---

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-672645 | 05/31/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
         5555 OLD JACKSONVILLE HWY

         TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
         PO # J1711-193/4
         38001 FM 1379 UNIT B
         MIDLAND, TX 79706-0000

count No:L292386                        Customer Order No:J1711-193/4
person: ANDY ERICKSON              Shipping Information: PREPAID
ob Name:                                   Ship Via: UPS        Ship Date:05/29/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CHE | VMV5L2A/UNV1 | 120-227V LT FX | | 3 | 326.64 | E | N | 979.92 | 0.0 % | N | D |
| | ITEM 16 | | | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 979.92 |
|---|---|
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 979.92 |
|---|---|

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672646 | 05/31/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-237
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-237
Shipping Information:PREPAID
Ship Via:UPSN

Ship Date:05/27/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 3M | 5300 | MTR LEAD PIGTAIL SPLICE KIT | | 35 | 20.09 | E | N | 703.15 | 0.0 % | N | D |
| 50 | 3M | 5301 | MTR LEAD PIGTAIL SPLICE KIT | | 50 | 31.60 | E | N | 1,580.00 | 0.0 % | N | D |
| 45 | 3M | 5302 | MTR LEAD PIGTAIL SPLICE KIT | | 45 | 38.65 | E | N | 1,739.25 | 0.0 % | N | D |
| 15 | 3M | 5303 | MTR LEAD PIGTAIL SPLICE KIT | | 15 | 50.30 | E | N | 754.50 | 0.0 % | N | D |
| 7 | 3M | 5304 | MTR LEAD PIGTAIL SPLICE KIT | | 7 | 62.99 | E | N | 440.93 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED, NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 5,217.83 |
|---|---|
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE** | **$ 5,217.83**

---

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672779 | 06/04/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:TARGA JOHNSON

Customer Order No:J1711-231
Shipping Information:PREPAID
Ship Via:UPS

Ship Date:06/01/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | BLINE | 9A-6007 | 7" MID SPAN SPLICE PLATE | | 36 | 41.74 | E | N | 1,502.64 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED, NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,502.64 |
|---|---|
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE** | **$ 1,502.64**

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672780 | 06/04/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:TARGA JOHNSON

Customer Order No:J1711-231
Shipping Information:PREPAID
Ship Via:EASTERN EX          Ship Date:06/01/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | BLINE | H47A09-12-240 | H47A09-12-240 ST SC | | 75 | 319.28 | E | N | 23,946.00 | 0.0 % | N | D |
| 17 | BLINE | 7A-12-90VO36 | 7A-12-90VO36 | | 17 | 237.45 | E | N | 4,036.65 | 0.0 % | N | D |
| 17 | BLINE | 7A-12-90VI36 | 7A-12-90VI36 | | 17 | 237.46 | E | N | 4,036.82 | 0.0 % | N | D |
| 12 | BLINE | 7A-12-90HB36 | 7A-12-90HB36 | | 12 | 126.95 | E | N | 1,523.40 | 0.0 % | N | D |
| 120 | BLINE | 9A-1205 | 9A-1205 COMBINATION | | 120 | 1.36 | E | N | 163.20 | 0.0 % | N | D |
| 2 | BLINE | 7A-24-90VO36 | 7A-24-90VO36 | | 2 | 249.68 | E | N | 499.36 | 0.0 % | N | D |
| 2 | BLINE | 7A-24-90VI36 | 7A-24-90VI36 | | 2 | 249.68 | E | N | 499.36 | 0.0 % | N | D |
| 4 | BLINE | H47A09-24-240 | H47A09-24-240 ST SC | | 4 | 321.20 | E | N | 1,284.80 | 0.0 % | N | D |
| 5 | BLINE | 7A-24-12-HT36 | 7A-24-12-HT36 HRZ RED T | | 5 | 295.16 | E | N | 1,475.80 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
       USED ON OUR INVOICES.
B -    BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
       INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| | | |
|---|---|---|
| MERCHANDISE: | | 37,465.39 |
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 37,465.39 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices
and Credit App.   Page 71 of 150

---

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672781 | 06/04/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PREPAID
Ship Via:UPS          Ship Date:05/31/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500 | BLINE | B2302-1HDG | | | 500 | 0.62 | E | N | 310.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
       USED ON OUR INVOICES.
B -    BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
       INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| | | |
|---|---|---|
| MERCHANDISE: | | 310.00 |
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 310.00 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices
and Credit App.   Page 72 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672793 | 06/04/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No: L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-225
Shipping Information: PRECHAR
Ship Via: FED X 2 DA          Ship Date: 05/30/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | TB | R8723 | 18-14 RING TERM BULK | | 1000 | 0.49 | E | N | 490.00 | 0.0 % | N | D |
| | ITEMS 112 AND 113 | | | | | | | | | | | |
| 1 | TB | FRT | | | 1 | 29.57 | E | N | 29.57 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
       USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
       INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 519.57 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 519.57 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 73 of 150

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672833 | 06/05/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No: L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-225
Shipping Information: PREPAID
Ship Via:          Ship Date: 06/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ORIGINAL INVOICE(S): 671817 | | | | | | | | | | | |
| -50 | CHE | PLG6 | 2-IN RECESSED PLUG | | -50 | -10.70 | E | N | -535.00 | 0.0 % | N | X |
| -150 | CHE | STG5 | 1-1/2 ZINC INS GRD HUB | | -150 | -0.68 | E | N | -102.00 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
       USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
       INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | -637.00 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | -$ 637.00 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 74 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672914 | 06/06/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:UPS

Ship Date:06/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | BLINE | 9A-1205 | TRAY CLIPS | | 200 | 2.25 | E | N | 450.00 | 0.0 % | N | D |
| 1 | BLINE | FREIGHT CHG | UPS | | 1 | 12.26 | E | N | 12.26 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 462.26 |
|---|---|
| TAX:  0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   $ 462.26

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672915 | 06/06/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-222/1
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-222/1
Shipping Information:PREPAID
Ship Via:UPS

Ship Date:06/04/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | CHE | GUAC18SA | 1/2 AL BDY&CVR | | 70 | 41.33 | E | N | 2,893.10 | 0.0 % | N | D |
| 30 | CHE | GUAT14 | 1/2 GUAT COND BDY&CVR | | 30 | 31.35 | E | N | 940.50 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 3,833.60 |
|---|---|
| TAX:  0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   $ 3,833.60

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672916 | 06/06/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-193/4
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-193/4
Shipping Information:PREPAID
Ship Via:UPS              Ship Date:05/31/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CHE ITEM 16 | MLL4A/UHV1TF | LT FX | | 2 | 402.27 | E | N | 804.54 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 804.54 |
|---|---|
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**     $ 804.54

---

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672917 | 06/06/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-249
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-249
Shipping Information:PREPAID
Ship Via:FEDEX              Ship Date:06/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | ILSCO | ALNN700/75012134 | AL LUG | | 150 | 37.53 | E | N | 5,629.50 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 5,629.50 |
|---|---|
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**     $ 5,629.50

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 79 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
| --- | --- |
| 4310-672078 | 06/07/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-200
Shipping Information:PREPAID
Ship Via:FEDEX                Ship Date:05/31/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | CHE | SDR50 | STATIC DISHCHARGE REEL | | 1 | 406.00 | E | Y | 406.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT/DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
| --- | --- |
| MERCHANDISE: | 406.00 |
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 8.12 off Total Due (including Sales Tax) if paid by the 10th of the month following purchase

**TOTAL DUE**        $ 406.00

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 80 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
| --- | --- |
| 4310-672093 | 06/07/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:JOHNSON

Customer Order No:J1711-235
Shipping Information:PREPAID
Ship Via:FEDEX                Ship Date:05/31/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | SQD | 2510FR2 | MANUAL STARTER 277VAC | | 2 | 313.00 | E | Y | 626.00 | 1.0 % | N | X |
| 2 | SQD | A11.0 | THERMAL UNIT | | 2 | 20.87 | E | Y | 41.74 | 1.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT/DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
| --- | --- |
| MERCHANDISE: | 667.74 |
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 6.68 off Total Due (including Sales Tax) if paid by the 10th of the month following purchase

**TOTAL DUE**        $ 667.74

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 81 of 150

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672272 | 06/07/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

**\*\* CERTIFIED \*\***
**\*\* ORIGINAL INVOICE COPY \*\***

**\*\* UNPAID \*\***

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
\*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-237
Shipping Information:PRECHAR
Ship Via:FEDEX          Ship Date:05/31/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | BUR | YAV10BOX | 12-10 RING LUG | | 150 | 0.47 | E | Y | 70.50 | 2.0 % | N | X |
| 50 | BUR | YA8CLBOX | 8AWG ALCU 1H LUG | | 50 | 0.54 | E | Y | 27.00 | 2.0 % | N | S |
| 50 | BUR | YA6CLBOX | 6AWG COP 1H LUG | | 50 | 0.83 | E | N | 41.50 | 0.0 % | N | S |
| 75 | BUR | YA4CLBOX | 4AWG COP 1H LUG | | 75 | 0.76 | E | N | 57.00 | 0.0 % | N | S |
| 125 | BUR | YA2CLBOX | 2AWG COP 1H LUG | | 125 | 1.35 | E | N | 168.75 | 0.0 % | N | S |
| 25 | BUR | YA1CLBOX | 1AWG COP 1H LUG | | 25 | 2.73 | E | Y | 68.25 | 2.0 % | N | X |
| 75 | BUR | YA28L4BOX | 4/0AWG 1H LUG | | 75 | 4.49 | E | N | 336.75 | 2.0 % | N | S |
| 15 | BUR | YA25L4BOX | 1/0AWG 1H LUG | | 15 | 1.37 | E | Y | 20.55 | 2.0 % | N | S |

| | |
|---|---|
| MERCHANDISE: | 790.30 |
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

Cash Disc 3.73 off Total Due (including Sales Tax) if
paid by the 10th of the month following purchase

**TOTAL DUE**     **$ 790.30**

---

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672281 | 06/07/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

**\*\* CERTIFIED \*\***
**\*\* ORIGINAL INVOICE COPY \*\***

**\*\* UNPAID \*\***

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-222
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-222
Shipping Information:PRECHAR
Ship Via:FEDEX          Ship Date:05/31/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | CHE | DSD9265635 | COVER | | 103 | 144.77 | E | N | 14,911.31 | 0.0 % | N | X |
| 5 | CHE | EFS2184 | MANUAL MOTOR STRT SW | | 5 | 118.63 | E | Y | 593.15 | 2.0 % | N | X |

| | |
|---|---|
| MERCHANDISE: | 15,504.46 |
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

Cash Disc 11.86 off Total Due (including Sales Tax)
if paid by the 10th of the month following purchase

**TOTAL DUE**     **$ 15,504.46**

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 82 of 150

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App    Page 83 of 150

**Page 1 of 2**

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672583 | 06/07/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

 count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX TRK

Ship Date:05/31/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shipping | | | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | X |
| 250 | CHE | CD1 | 1/2 ML THRD COND DRAIN | B | 0 | 7.86 | E | Y | 0.00 | 2.0 % | N | X |
| 300 | CHE | PLG3 | 1-IN RECESSED PLUG | B | 0 | 0.92 | E | Y | 0.00 | 2.0 % | N | X |
| 500 | CHE | TB57 | 1-1/2 TB CONDUIT BODY | B | 500 | 11.48 | E | Y | 5,740.00 | 2.0 % | N | X |
| 100 | CHE | LL57 | 1-1/2 LL CONDUIT BODY | B | 0 | 9.11 | E | Y | 0.00 | 2.0 % | N | X |
| 350 | CHE | TB67 | 2-IN TB CONDUIT BODY | B | 0 | 17.98 | E | Y | 0.00 | 2.0 % | N | X |
| 330 | CHE | BUB5 | 1-1/2 BUB CONDUIT BODY | B | 0 | 62.86 | E | Y | 0.00 | 2.0 % | N | X |
| 6 | CHE | BUB6 | 2-IN BUB CONDUIT BODY | B | 0 | 70.22 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | UNY505 | 1-1/2 MALE UNION | B | 0 | 16.46 | E | Y | 0.00 | 2.0 % | N | X |
| 10 | CHE | UNF505 | 1-1/2 FEMALE UNION | B | 0 | 15.11 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD21 | 3/4 FEM DRAIN SEAL | B | 0 | 49.77 | E | Y | 0.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 5,740.00 |
|---|---|
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 280.63 |

Cash Disc 114.80 off Total Due (Including Sales Tax)
if paid by the 10th of the month following purchase

**TOTAL DUE**      $ 6,020.63

---

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App    Page 84 of 150

**Page 2 of 2**

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672583 | 06/07/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX TRK

Ship Date:05/31/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | CHE | EYD31 | 1-IN FEM/MALE DRAINSEAL | B | 0 | 49.93 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD51 | 1-1/2 FEM DRAIN SEAL | B | 0 | 76.47 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD51 | 2-IN FEM DRAIN SEAL | B | 0 | 79.12 | E | Y | 0.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 5,740.00 |
|---|---|
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 280.63 |

Cash Disc 114.80 off Total Due (including Sales Tax)
If paid by the 10th of the month following purchase

**TOTAL DUE**      $ 6,020.63

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672584 | 06/07/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

**Please show Invoice No. and Remit to:**

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX

Ship Date:05/31/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | TB | 5344GR | 1-IN INS L/T GRND CONN | | 20 | 16.84 | E | Y | 336.80 | 2.0 % | N | X |
| 150 | TB | 5346GR | 1-1/2 INS L/T GRND CONN | | 150 | 29.04 | E | Y | 4,356.00 | 2.0 % | N | X |
| 100 | TB | 31009 | 1-2/0 1BOLT COP LUG | | 100 | 20.56 | E | Y | 2,056.00 | 2.0 % | N | X |
| 1000 | TB | TC345A | 4WAY ADHSV MTG BASE-BULK | B | 0 | 0.30 | E | Y | 0.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 6,748.80 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

**Cash Disc 134.98 off Total Due (including Sales Tax)
if paid by the 10th of the month following purchase**

**TOTAL DUE**    **$ 6,748.80**

---

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672679 | 06/07/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

**Please show Invoice No. and Remit to:**

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-222/1
Shipping Information:PRECHAR
Ship Via:FEDEX

Ship Date:06/04/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | WEID | 0273920000 | MK 3/3 TERMINAL STRIP | | 100 | 2.40 | E | N | 240.00 | 0.0 % | N | X |
| 1 | WEID | | FREIGHT INCOMING | | 1 | 35.00 | E | N | 35.00 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 275.00 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

**Net payment is Due by the 15th of the month
following purchase**

**TOTAL DUE**    **$ 275.00**

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App    Page 67 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672703 | 06/07/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ccount No:L292386
Salesperson:ANDY ERICKSON
Job Name:

Customer Order No:J1711-219
Shipping Information:PRECHAR
Ship Via:FEDEX

Ship Date:06/04/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PHOEN | 2868747 | QNT-PS/1AC/24DC/3 | | 2 | 195.10 | E | N | 390.20 | 0.0 % | N | S |
| 2 | PHOEN | 2865514 | | | 2 | 120.67 | E | N | 241.34 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 631.54 |
|---|---|
| TAX:  0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment Is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 631.54 |
|---|---|

---

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App    Page 88 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 2

| Invoice No. | Invoice Date |
|---|---|
| 4310-672737 | 06/07/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ccount No:L292386
Salesperson:ANDY ERICKSON
Job Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX TRK

Ship Date:06/04/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Shipping | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | |
| 250 | CHE | CD1 | 1/2 ML THRD COND DRAIN | | 250 | 7.86 | E | Y | 1,965.00 | 2.0 % | N | X |
| 300 | CHE | PLG3 | 1-IN RECESSED PLUG | B | 0 | 0.92 | E | Y | 0.00 | 2.0 % | N | X |
| 100 | CHE | LL57 | 1-1/2 LL CONDUIT BODY | | 100 | 9.11 | E | Y | 911.00 | 2.0 % | N | X |
| 350 | CHE | T867 | 2-IN TB CONDUIT BODY | B | 0 | 17.98 | E | Y | 0.00 | 2.0 % | N | X |
| 330 | CHE | BUB5 | 1-1/2 BUB CONDUIT BODY | B | 0 | 52.86 | E | Y | 0.00 | 2.0 % | N | X |
| 6 | CHE | BUB6 | 2-IN BUB CONDUIT BODY | B | 0 | 70.22 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | UNY505 | 1-1/2 MALE UNION | | 50 | 16.46 | E | Y | 823.00 | 2.0 % | N | X |
| 10 | CHE | UNF505 | 1-1/2 FEMALE UNION | B | 0 | 15.11 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD21 | 3/4 FEM DRAIN SEAL | B | 0 | 49.77 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD31 | 1-IN FEM/MALE DRAINSEAL | B | 0 | 49.93 | E | Y | 0.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 3,699.00 |
|---|---|
| TAX:  0.00 % | 0.00 |
| SHIPPING CHARGE: | 219.88 |

Cash Disc 73.98 off Total Due (including Sales Tax)
if paid by the 10th of the month following purchase

| TOTAL DUE | $ 3,918.88 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 89 of 150

Page 2 of 2

| Invoice No. | Invoice Date |
|---|---|
| 4310-672737 | 06/07/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
         5555 OLD JACKSONVILLE HWY

         TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
         *
         38001 FM 1379 UNIT B
         MIDLAND, TX 79706-0000

count No:L292386                    Customer Order No:J1711-225
sperson:ANDY ERICKSON              Shipping Information:PRECHAR
ob Name:                                 Ship Via:FEDEX TRK          Ship Date:06/04/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | CHE | EYD51 | 1-1/2 FEM DRAIN SEAL | B | 0 | 76.47 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD61 | 2-IN FEM DRAIN SEAL | B | 0 | 79.12 | E | Y | 0.00 | 2.0 % | N | X |

| | |
|---|---|
| MERCHANDISE: | 3,699.00 |
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 219.88 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

Cash Disc 73.98 off Total Due (Including Sales Tax)
if paid by the 10th of the month following purchase

**TOTAL DUE**       **$ 3,918.88**

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 90 of 150

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-672867 | 06/07/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
         5555 OLD JACKSONVILLE HWY

         TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
         *
         38001 FM 1379 UNIT B
         MIDLAND, TX 79706-0000

count No:L292386                    Customer Order No:J1711-225
sperson:ANDY ERICKSON              Shipping Information:PRECHAR
ob Name:                                 Ship Via:FEDEX TRK          Ship Date:06/06/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shipping | | | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | |
| 300 | CHE | PLG3 | 1-IN RECESSED PLUG | B | 0 | 0.92 | E | Y | 0.00 | 2.0 % | N | X |
| 350 | CHE | TB67 | 2-IN TB CONDUIT BODY | | 350 | 17.98 | E | Y | 6,293.00 | 2.0 % | N | X |
| 200 | CHE | BUB5 | 1-1/2 BUB CONDUIT BODY | | 200 | 62.86 | E | Y | 12,572.00 | 2.0 % | N | X |
| 130 - CHE  BUB5 - BACKORDERED REG#672936 | | | | | | | | | | | | |
| 6 | CHE | BUB6 | 2-IN BUB CONDUIT BODY | | 6 | 70.22 | E | Y | 421.32 | 2.0 % | N | X |
| 10 | CHE | UNF505 | 1-1/2 FEMALE UNION | | 10 | 15.11 | E | Y | 151.10 | 2.0 % | N | X |
| 50 | CHE | EYD21 | 3/4 FEM DRAIN SEAL | B | 0 | 49.77 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD31 | 1-IN FEM/MALE DRAINSEAL | B | 0 | 49.93 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD51 | 1-1/2 FEM DRAIN SEAL | B | 0 | 76.47 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD61 | 2-IN FEM DRAIN SEAL | B | 0 | 79.12 | E | Y | 0.00 | 2.0 % | N | X |

| | |
|---|---|
| MERCHANDISE: | 19,437.42 |
| TAX:    0.00 % | 0.00 |
| SHIPPING CHARGE: | 314.63 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

Cash Disc 388.75 off Total Due (Including Sales Tax)
if paid by the 10th of the month following purchase

**TOTAL DUE**       **$ 19,752.05**

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672738 | 06/12/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
        5555 OLD JACKSONVILLE HWY

        TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
         *
         38001 FM 1379 UNIT B
         MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX TRK                    Ship Date:06/11/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | TB | TC345A | 4WAY ADHSV MTG BASE-BULK | | 1000 | 0.30 | E | Y | 300.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -   BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
      INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 300.00 |
|---|---|---|
| TAX:        0.00 % | | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Cash Disc 6.00 off Total Due (including Sales Tax) If
paid by the 10th of the month following purchase

TOTAL DUE        $ 300.00

---

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-672938 | 06/12/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
        5555 OLD JACKSONVILLE HWY

        TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
         *
         38001 FM 1379 UNIT B
         MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX TRK                    Ship Date:06/11/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shipping | | | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | |
| 300 | CHE | PLG3 | 1-IN RECESSED PLUG | B | 0 | 0.92 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD21 | 3/4 FEM DRAIN SEAL | B | 0 | 49.77 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD31 | 1-IN FEM/MALE DRAINSEAL | | 50 | 49.93 | E | Y | 2,496.50 | 2.0 % | N | X |
| 50 | CHE | EYD51 | 1-1/2 FEM DRAIN SEAL | | 0 | 78.47 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD61 | 2-IN FEM DRAIN SEAL | B | 0 | 79.12 | E | Y | 0.00 | 2.0 % | N | X |
| 130 | CHE | BUB5 | 1-1/2 BUB CONDUIT BODY | | 130 | 62.86 | E | Y | 8,171.80 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -   BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
      INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 10,668.30 |
|---|---|---|
| TAX:        0.00 % | | 0.00 |
| SHIPPING CHARGE: | | 111.15 |

Cash Disc 213.37 off Total Due (including Sales Tax)
if paid by the 10th of the month following purchase

TOTAL DUE        $ 10,779.45

Page 1 of 6

| Invoice No. | Invoice Date |
|---|---|
| 4310-673113 | 06/12/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

OLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY       Ship Date:06/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 840 | WIRE | OKONITE 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 | 750MCM 5/8KV 1/C | | 840 | 13.77 | E | N | 11,566.80 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | MTR21-SC-1-A | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-2-A | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-3A | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-4A | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-5A | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-6A | 140 FT | 750/1C 5/8 KV | | | | | | | | | |
| 693 | WIRE | OKONITE 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 | 750MCM 5/8KV 1/C | | 693 | 13.77 | E | N | 9,542.61 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 64,636.38 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 64,636.38 |
|---|---|

---

Page 2 of 6

| Invoice No. | Invoice Date |
|---|---|
| 4310-673113 | 06/12/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

OLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY       Ship Date:06/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | MTR22-SC-1A | 110 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR22-SC-2A | 110 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR22-SC-3A | 110 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR22-SC-4A | 110 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR22-SC-5A | 110 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR22-SC-6A | 110 FT | 750/1C 5/8KV | | | | | | | | | |
| 488 | WIRE | OKONITE 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 | 750MCM 5/8KV 1/C | | 488 | 13.77 | E | N | 6,719.76 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | MTR23-SC-1A | 80 FT | 750/1C 5/8KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 64,636.38 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 64,636.38 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices   and Credit App   Page 93 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices   and Credit App   Page 94 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 3 of 6

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-673113 | 06/12/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
esperson: ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY            Ship Date:06/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MTR23-SC-2A | 80 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-3A | 80 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-4A | 80 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-5A | 80 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-6A | 80 FT | 750/1C 5/8KV | | | | | | | | |
| | * | | | | | | | | | | |
| 1980 | WIRE | OKONITE 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 | 750MCM 5/8KV 1/C | | 1980 | 13.77 | E | N | 27,264.60 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | |
| | MTR21-SC-1-B | 140 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR21-SC-2-B | 140 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR21-SC-3-B | 140 FT | 750/1C 5/8KV | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 64,636.38 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 64,636.38 |
|---|---|

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 4 of 6

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-673113 | 06/12/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
esperson: ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY            Ship Date:06/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MTR21-SC-4-B | 140 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR21-SC-5-B | 140 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR21-SC-6-B | 140 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR22-SC-1-B | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR22-SC-2-B | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR22-SC-3-B | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR22-SC-4-B | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR22-SC-5-B | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR22-SC-6-B | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-1-B | 80 FT | 750/1C 5/8KV | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 64,636.38 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 64,636.38 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 97 of 150

Page 5 of 6

| Invoice No. | Invoice Date |
|---|---|
| 4310-673113 | 06/12/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

**\*\* CERTIFIED \*\***
**\*\* ORIGINAL INVOICE COPY \*\***

**\*\* UNPAID \*\***

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information: PREPAID
Ship Via:BEST-WAY                Ship Date:06/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MTR23-SC-3-B | 80 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-4-B | 80 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-5-B | 80 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-6-B | 80 FT | 750/1C 5/8KV | | | | | | | | |
| 693 | WIRE | OKONITE 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 | 750MCM 5/8KV 1/C | | 693 | 13.77 | E | N | 9,542.61 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | |
| | MTR22-SC-1-C | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR22-SC-2-C | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-3-C | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR23-SC-4-C | 110 FT | 750/1C 5/8KV | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

E CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 64,636.38 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| **TOTAL DUE** | **$ 64,636.38** |
|---|---|

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 98 of 150

Page 6 of 6

| Invoice No. | Invoice Date |
|---|---|
| 4310-673113 | 06/12/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

**\*\* CERTIFIED \*\***
**\*\* ORIGINAL INVOICE COPY \*\***

**\*\* UNPAID \*\***

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information: PREPAID
Ship Via:BEST-WAY                Ship Date:06/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MTR22-SC-5-C | 110 FT | 750/1C 5/8KV | | | | | | | | |
| | MTR22-SC-6-C | 110 FT | 750/1C 5/8KV | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

E CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 64,636.38 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| **TOTAL DUE** | **$ 64,636.38** |
|---|---|

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673091 | 06/12/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
    5555 OLD JACKSONVILLE HWY

    TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-247/1
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No: L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-247/1
Shipping Information: PRECHAR
Ship Via: FED X

Ship Date: 06/06/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1200 | BLINE | 9A-1205 | | | 1200 | 2.25 | E | N | 2,700.00 | 0.0 % | N | D |
| 1 | BLINE | FREIGHT CHG | FEDEX | | 1 | 155.00 | E | N | 155.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
|---|---|
| MERCHANDISE: | 2,855.00 |
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**    $ 2,855.00

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673093 | 06/12/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
    5555 OLD JACKSONVILLE HWY

    TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No: L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-225
Shipping Information: PREPAID
Ship Via: YELLOW

Ship Date: 06/06/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | BLINE | B11A-120HDG | | | 50 | 17.50 | E | N | 875.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
|---|---|
| MERCHANDISE: | 875.00 |
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**    $ 875.00

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 2

| Invoice No. | Invoice Date |
|---|---|
| 4310-673094 | 06/12/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 101 of 150

OLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:ROYAL  TRU

Ship Date:05/30/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700 | WIRE | SOUTHWIRE 96745699 | 4/0 3/C 5KV | | 1700 | 14.92 | E | N | 25,364.00 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-C201-M4501 | 840 FT | 4/0 3/C 5KV | | | | | | | | | |
| | M-C202-M4501 | 860 FT | 4/0 3/C 5KV | | | | | | | | | |
| | REEL 2 | | | | | | | | | | | |
| 1795 | WIRE | SOUTHWIRE 96745699 | 4/0 3/C 5KV | | 1795 | 14.92 | E | N | 26,781.40 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-C203-M4501 | 885 FT | 4/0 3/C 5KV | | | | | | | | | |
| | M-C204-M4501 | 910 FT | 4/0 3/C 5KV | | | | | | | | | |
| | * | | | | | | | | | | | |
| | ITEM 23 | 4 REELS | | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
       INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 52,145.00 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 52,145.40 |
|---|---|

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 2 of 2

| Invoice No. | Invoice Date |
|---|---|
| 4310-673094 | 06/12/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 102 of 150

OLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:ROYAL  TRU

Ship Date:05/30/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REEL 1 | | | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
       INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 52,145.40 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 52,145.40 |
|---|---|

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 2

| Invoice No. | Invoice Date |
|---|---|
| 4310-673191 | 06/14/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-247
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
person:ANDY ERICKSON
ob Name:

Customer Order No:J1711-247
Shipping Information:PREPAID
Ship Via:PRIME          Ship Date:06/12/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLINE | 7A-06-90VO24 | | | 1 | 190.74 | E | N | 190.74 | 0.0 % | N | D |
| 1 | BLINE | 7A-06-90VI24 | | | 1 | 190.74 | E | N | 190.74 | 0.0 % | N | D |
| 5 | BLINE | 7A-12-90VO36 | | | 5 | 279.26 | E | N | 1,396.30 | 0.0 % | N | D |
| 4 | BLINE | 7A-12-90VO36 | | | 4 | 279.26 | E | N | 1,117.04 | 0.0 % | N | D |
| 13 | BLINE | 7A-12-90HB36 | | | 13 | 133.09 | E | N | 1,730.17 | 0.0 % | N | D |
| 2 | BLINE | 7A-12-45HB36 | | | 2 | 77.17 | E | N | 154.34 | 0.0 % | N | D |
| 1 | BLINE | 7A-24-90VI24 | | | 1 | 205.97 | E | N | 205.97 | 0.0 % | N | D |
| 1 | BLINE | 7A-24-90VO24 | | | 1 | 205.97 | E | N | 205.97 | 0.0 % | N | D |
| 2 | BLINE | 7A-12-12-HT36 | | | 2 | 272.72 | E | N | 545.44 | 0.0 % | N | D |
| 4 | BLINE | 7A-18-90VI24 | | | 4 | 201.34 | E | N | 805.36 | 0.0 % | N | D |
| 2 | BLINE | 7A-18-90VO24 | | | 2 | 201.34 | E | N | 402.68 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 11,256.16 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 11,256.16 |
|---|---|

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 2 of 2

| Invoice No. | Invoice Date |
|---|---|
| 4310-673191 | 06/14/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-247
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
person:ANDY ERICKSON
ob Name:

Customer Order No:J1711-247
Shipping Information:PREPAID
Ship Via:PRIME          Ship Date:06/12/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLINE | 7A-30-90VO24 | | | 1 | 215.70 | E | N | 215.70 | 0.0 % | N | D |
| 1 | BLINE | 7A-30-90VO24 | | | 1 | 215.70 | E | N | 215.70 | 0.0 % | N | D |
| 6 | BLINE | 7A-36-90VI24 | | | 6 | 223.30 | E | N | 1,339.80 | 0.0 % | N | D |
| 6 | BLINE | 7A-36-90VO24 | | | 6 | 223.30 | E | N | 1,339.80 | 0.0 % | N | D |
| 4 | BLINE | 7A-36-90HB36 | | | 4 | 222.07 | E | N | 888.28 | 0.0 % | N | D |
| 1 | BLINE | 7A-36-90VO36 | | | 1 | 312.13 | E | N | 312.13 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 11,256.16 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 11,256.16 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 105 of 150

Page 1 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-673192 | 06/14/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY                Ship Date:06/11/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1890 | WIRE | OKONITE 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 | 1/0 1/C 5KV | | 1890 | 2.71 | E | N | 5,121.90 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | MTR-28-PRI-1-A | 210 FT | 1/0 1/C 5KV | | | | | | | | | |
| | MTR-27-PRI-1-A | 210 FT | 1/0 1/C 5KV | | | | | | | | | |
| | MTR-28-PRI-1-A | 210 FT | 1/0 1/C 5KV | | | | | | | | | |
| | MTR-26-PRI-1-B | 210 FT | 1/0 1/C 5KV | | | | | | | | | |
| | MTR-27-PRI-1-B | 210 FT | 1/0 1/C 5KV | | | | | | | | | |
| | MTR-28-PRI-1-B | 210 FT | 1/0 1/C 5KV | | | | | | | | | |
| | MTR-26-PRI-1-C | 210 FT | 1/0 1/C 5KV | | | | | | | | | |
| | MTR-27-PRI-1C | 210 FT | 1/0 1/C 5KV | | | | | | | | | |
| | MTR-28-PRI-1C | 210 FT | 1/0 1/C 5KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 17,267.04 |
|---|---|
| TAX:   0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 17,267.04 |
|---|---|

---

Page 2 of 2

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-673192 | 06/14/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY                Ship Date:06/11/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 882 | WIRE | OKONITE 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 | 750MCM 5/8KV 1/C | | 882 | 13.77 | E | N | 12,145.14 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | MTR21-SC-1-C | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-2-C | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-3-C | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-4-C | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-5-C | 140 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR21-SC-6-C | 140 FT | 750/1C 5/8KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 17,267.04 |
|---|---|
| TAX:   0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 17,267.04 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 106 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 107 of 150

Page 1 of 3

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-673194 | 06/14/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:SEFL

Ship Date:06/12/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ITEM 14 | 1 REEL | | | | | | | | | | |
| 1215 | WIRE | SOUTHWIRE 95505499 | 500MCM 5KV 1/C | | 1215 | 8.35 | E | N | 10,145.25 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-PF01-1-B | 125 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF01-2-B | 125 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF01-3-B | 125 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF02-1-B | 150 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF02-2-B | 150 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF02-3-B | 150 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF03-1-B | 130 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF03-2-B | 130 FT | 500/1C 5KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 20,290.50 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE** $ 20,290.50

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 108 of 150

Page 2 of 3

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-673194 | 06/14/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:SEFL

Ship Date:06/12/18

| ORDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M-PF03-3-B | 130 FT | 500/1C 5KV | | | | | | | | | |
| | ITEM 15 | 1 REEL | | | | | | | | | | |
| 1215 | WIRE | SOUTHWIRE 95505499 | 500MCM 5KV 1/C | | 1215 | 8.35 | E | N | 10,145.25 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | M-PF01-1-C | 125 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF01-2-C | 125 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF01-3-C | 125 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF02-1-C | 150 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF02-2-C | 150 FT | 500/1C 5KV | | | | | | | | | |
| | M-PD02-3-C | 150 FT | 500/1C 5KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 20,290.50 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE** $ 20,290.50

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 109 of 150

**Page 3 of 3**

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-673194 | 06/14/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
person:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:SEFL

Ship Date:06/12/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M-PF03-1-C | 130 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF03-2-C | 130 FT | 500/1C 5KV | | | | | | | | | |
| | M-PF03-3-C | 130 FT | 500/1C 5KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 20,290.50 |
|---|---|
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**     **$ 20,290.50**

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 110 of 150

**Page 1 of 3**

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-673337 | 06/19/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
person:ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY

Ship Date:06/14/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1110 | WIRE | OKONITE 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 | 350MCM 3/C 5KV CLX | | 1110 | 23.98 | E | N | 26,617.80 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | MC409-1 | 555 FT | 350/3C 5KV CLX | | | | | | | | | |
| | MC409-2 | 555 FT | 350/3C 5KV CLX | | | | | | | | | |
| 1350 | WIRE | OKONITE 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 | 350MCM 3/C 600V CLX | | 1350 | 20.67 | E | N | 27,904.50 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | PP102-A-1 | 450 FT | 350/3C 600V CLX | | | | | | | | | |
| | PP102-A-2 | 450 FT | 350/3C 600V CLX | | | | | | | | | |
| | PP102-A-3 | 450 FT | 350/3C 600V CLX | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -   BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 151,257.90 |
|---|---|
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**     **$ 151,257.90**

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 111 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 2 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-673337 | 06/19/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ccount No:L292386
Salesperson:ANDY ERICKSON
Job Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY

Ship Date:06/14/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1290 | WIRE | OKONITE 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 | 350MCM 3/C 600V CLX | | 1290 | 20.67 | E | N | 26,664.30 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | PP102-B-1 | 430 FT | 350/3C 600V CLX | | | | | | | | | |
| | PP102-B-2 | 430 FT | 350/3C 600V CLX | | | | | | | | | |
| | PP102-B-3 | 430 FT | 350/3C 600V CLX | | | | | | | | | |
| 820 | WIRE | OKONITE 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 | 350MCM 3/C 600V CLX | | 820 | 20.67 | E | N | 16,949.40 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | PP102-C-1 | 410 FT | 350/3C 600V CLX | | | | | | | | | |
| | PP102-C-2 | 410 FT | 350/3C 600V CLX | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 151,257.90 |
|---|---|
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**    $ 151,257.90

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 112 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 3 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-673337 | 06/19/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ccount No:L292386
Salesperson:ANDY ERICKSON
Job Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY

Ship Date:06/14/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 410 | WIRE | OKONITE 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 | 350MCM 3/C 600V CLX | | 410 | 20.67 | E | N | 8,474.70 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | PP102-C-3 | 410 FT | 350/3C 600V CLX | | | | | | | | | |
| 2160 | WIRE | OKONITE 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 | 350MCM 3/C 600V CLX | | 2160 | 20.67 | E | N | 44,647.20 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| | PP501-A-1 | 720 FT | 350/3C 600V CLX | | | | | | | | | |
| | PP501-A-2 | 720 FT | 350/3C 600V CLX | | | | | | | | | |
| | PP501-A-3 | 720 FT | 350/3C 600V CLX | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 151,257.90 |
|---|---|
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**    $ 151,257.90

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 3

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-673340 | 06/19/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY          Ship Date:06/13/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1483 | WIRE | OKONITE 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 | 350MCM 3/C 5KV CLX | | 1483 | 23.98 | E | N | 35,562.34 | 0.0 % | N | D |
| | | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | |
| | MC405-1 | 715 FT | 350/3C 5KV CLX | | | | | | | | | |
| | MC405-2 | 715 FT | 350/3C 5KV CLX | | | | | | | | | |
| 1270 | WIRE | OKONITE 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 | 350MCM 3/C 5KV CLX | | 1270 | 23.98 | E | N | 30,454.60 | 0.0 % | N | D |
| | | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | |
| | MC407-1 | 635 FT | 350/3C 5KV CLX | | | | | | | | | |
| | MC407-2 | 635 FT | 350/3C 5KV CLX | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 167,068.48 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 167,068.48 |
|---|---|

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 2 of 3

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-673340 | 06/19/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY          Ship Date:06/13/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1190 | WIRE | OKONITE 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 | 350MCM 3/C 5KV CLX | | 1190 | 23.98 | E | N | 28,536.20 | 0.0 % | N | D |
| | | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | |
| | MC408-1 | 595 FT | 350/3C 5KV CLX | | | | | | | | | |
| | MC408-2 | 595 FT | 350/3C 5KV CLX | | | | | | | | | |
| 1188 | WIRE | OKONITE 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 | 350MCM 3/C 5KV CLX | | 1188 | 23.98 | E | N | 28,488.24 | 0.0 % | N | D |
| | | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | |
| | MC701-1 | 590 FT | 350/3C 5KV CLX | | | | | | | | | |
| | MC701-2 | 590 FT | 350/3C 5KV CLX | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 167,068.48 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 167,068.48 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App - Page 113 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App - Page 114 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 115 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 3 of 3

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-673340 | 06/19/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY

Ship Date:06/13/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2130 | WIRE | OKONITE 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 | 350MCM 3/C 600V CLX | | 2130 | 20.67 | E | N | 44,027.10 | 0.0 % | N | D |
| | | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | |
| | PP501-B-1 | 710 FT | 350/3C 600V CLX | | | | | | | | | |
| | PP501-B-2 | 710 FT | 350/3C 600V CLX | | | | | | | | | |
| | PP501-B-3 | 710 FT | 350/3C 600V CLX | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 167,068.48 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   **$ 167,068.48**

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 116 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 3

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-673342 | 06/19/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY

Ship Date:06/13/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 484 | WIRE | OKONITE 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 | 750MCM 5/8KV 1/C | | 484 | 13.77 | E | N | 6,664.68 | 0.0 % | N | D |
| | | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | |
| | MTR23-SC-1-C | 80 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR23-SC-2-C | 80 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR23-SC-3-C | 80 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR23-SC-4-C | 80 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR23-SC-5-C | 80 FT | 750/1C 5/8KV | | | | | | | | | |
| | MTR23-SC-6-C | 80 FT | 750/1C 5/8KV | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 142,727.20 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   **$ 142,727.20**

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App    Page 117 of 150

Page 2 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-673342 | 06/19/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY

Ship Date:06/13/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1350 | WIRE | OKONITE 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 | 350MCM 3/C 5KV CLX | | 1350 | 23.98 | E | N | 32,373.00 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| MC408-1 | 675 FT | 350/3C 5KV CLX | | | | | | | | | | |
| MC408-2 | 675 FT | 350/3C 5KV CLX | | | | | | | | | | |
| 1300 | WIRE | OKONITE 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 | 350MCM 3/C 5KV CLX | | 1300 | 23.98 | E | N | 31,174.00 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| MC702-1 | 650 FT | 350/3C 5KV CLX | | | | | | | | | | |
| MC702-2 | 650 FT | 350/3C 5KV CLX | | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

DISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 142,727.20 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**    **$ 142,727.20**

---

Case 19-34698    Claim 58-1 Part 2    Filed 01/13/20    Desc Exhibit Statement Invoices and Credit App    Page 118 of 150

Page 3 of 3

| Invoice No. | Invoice Date |
|---|---|
| 4310-673342 | 06/19/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:J1711 CABLE

Customer Order No:J1711-223
Shipping Information:PREPAID
Ship Via:BEST-WAY

Ship Date:06/13/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1470 | WIRE | OKONITE 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 | 350MCM 3/C 5KV CLX | | 1470 | 23.98 | E | N | 35,250.60 | 0.0 % | N | D |
| | MUST BE TAGGES AS FOLLOWS | | | | | | | | | | | |
| MC703-1 | 700 FT | 350/3C 5KV CLX | | | | | | | | | | |
| MC703-2 | 700 FT | 350/3C 5KV CLX | | | | | | | | | | |
| 1554 | WIRE | OKONITE 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 | 350MCM 3/C 5KV CLX | | 1554 | 23.98 | E | N | 37,264.92 | 0.0 % | N | D |
| | MUST BE TAGGED AS FOLLOWS | | | | | | | | | | | |
| MC704-1 | 740 FT | 350/3C 5KV CLX | | | | | | | | | | |
| MC704-2 | 740 FT | 350/3C 5KV CLX | | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

DISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

| MERCHANDISE: | 142,727.20 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**    **$ 142,727.20**

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673343 | 06/19/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-193/4
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-193/4
Shipping Information: PREPAID
Ship Via:UPS

Ship Date:06/18/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CHE ITEM 17 | VMV5L2TW/UNV1 | 120-227V LT FX | | 2 | 344.56 | E | N | 689.12 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 689.12 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE** $ 689.12

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673362 | 06/21/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-219/2
Shipping Information: PREPAID
Ship Via:ANDY

Ship Date:06/20/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PHOEN | 2866747 | QNT-PS/1AC/24DC/3 | | 1 | 195.10 | E | N | 195.10 | 0.0 % | N | S |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 195.10 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE** $ 195.10

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App - Page 119 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App - Page 120 of 150

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673075 | 06/21/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
esperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX

Ship Date:06/15/18

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 121 of 150

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shipping | | | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | |
| 300 | CHE | PLG3 | 1-IN RECESSED PLUG | | 300 | 0.92 | E | Y | 276.00 | 2.0 % | N | X |
| 50 | CHE | EYD21 | 3/4 FEM DRAIN SEAL | B | 0 | 49.77 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD51 | 1-1/2 FEM DRAIN SEAL | B | 0 | 76.47 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD61 | 2-IN FEM DRAIN SEAL | B | 0 | 79.12 | E | Y | 0.00 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 276.00 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 14.75 |

Cash Disc 5.52 off Total Due (Including Sales Tax) if paid by the 10th of the month following purchase

| TOTAL DUE | $ 290.75 |
|---|---|

---

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673566 | 06/25/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
esperson:ANDY ERICKSON
ob Name:J1711  CABLE

Customer Order No:J1711-223
Shipping Information:PRECHAR
Ship Via:TRUCK

Ship Date:05/31/18

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 122 of 150

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WRE | FREIGHT CHG | FEDEX | | 1 | 1,739.41 | E | N | 1,739.41 | 0.0 % | N | X |

REFERENCE INVOICE#4310-673113 DATED 6/12/18

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,739.41 |
|---|---|
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

| TOTAL DUE | $ 1,739.41 |
|---|---|

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
| --- | --- |
| 4310-673562 | 06/26/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PREPAID
Ship Via:                    Ship Date:06/26/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ORIGINAL INVOICE(S): 671810 | | | | | | | | | |
| -1000 | TB | TY28MX | LOCKING CABLE TIE-BULK | | -1000 | -0.17 | E | N | -170.00 | 0.0 % | N | X |
| | | | ITEM 123 ON KPE PO QUOTED $ .13/EA  BILLED $ .30/EA BILLED ON 4310-671810 | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 ½% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
| --- | --- |
| MERCHANDISE: | -170.00 |
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**   -$ 170.00

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App—Page 123 of 150

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
| --- | --- |
| 4310-673590 | 06/26/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PREPAID
Ship Via:TENNESSEE                    Ship Date:06/25/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 450 | BLINE | B11A-120HDG | | | 450 | 18.48 | E | N | 8,316.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 ½% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
| --- | --- |
| MERCHANDISE: | 8,316.00 |
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**   $ 8,316.00

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App—Page 124 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices   and Credit App   Page 125 of 150

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673591 | 06/26/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-249
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-249
Shipping Information:PREPAID
Ship Via:CNWY        Ship Date:06/22/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 35 KV | | | | | | | | | | | |
| 10 | 3M | 7696-T-150-18NLVX | INDOOR TERM KIT FOR 750 | | 10 | 642.95 | E | N | 6,429.50 | 0.0 % | N | D |
| 4 | 3M | 7693-T-150-9VX | INDOOR TERM KIT FOR 1/0 | | 4 | 411.42 | E | N | 1,645.68 | 0.0 % | N | D |
| | 25 KV | | | | | | | | | | | |
| 9 | 3M | 7695-T-150-17HHX | INDOOR TERM KIT FOR 500 | | 9 | 484.57 | E | N | 4,361.13 | 0.0 % | N | D |
| 9 | 3M | 7695-S4-17HHX | OUTDOOR TERM KIT FOR 500 | | 9 | 849.93 | E | N | 7,649.37 | 0.0 % | N | D |
| | 5/8 KV | | | | | | | | | | | |
| 36 | 3M | 7625-T-110-18NLGX | INDOOR TERM KIT FOR 750 | | 36 | 321.47 | E | N | 11,572.92 | 0.0 % | N | D |
| 18 | 3M | 7624-T-110-17GX | INDOOR TERM KIT FOR 500 | | 18 | 271.04 | E | N | 4,878.72 | 0.0 % | N | D |
| | W/1-ROLL OF RJS | | | | | | | | | | | |
| 6 | 3M | 7621-T-95-9GX | INDOOR TERM KIT FOR 1/0 | | 6 | 209.40 | E | N | 1,256.40 | 0.0 % | N | D |

| | | |
|---|---|---|
| MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER. | CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES. | MERCHANDISE: 37,793.72 |
| NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE ON THRU ERROR ON OUR PART. | B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL. | TAX: 0.00 % 0.00 |
| CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS. | C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY. | SHIPPING CHARGE: 0.00 |
| NDARD TERMS AND CONDITIONS APPLY TO THIS SALE. | Net payment is Due by the 15th of the month following purchase | TOTAL DUE   $ 37,793.72 |

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices   and Credit App   Page 126 of 150

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673620 | 06/26/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-219/3
38003 FM 1379
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-219/3
Shipping Information:PREPAID
Ship Via:UPSG        Ship Date:06/21/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | FRZ | MPDB69331 | 1P AL PWR DIST BLOK | | 10 | 107.64 | E | N | 1,076.40 | 0.0 % | N | D |

| | | |
|---|---|---|
| MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER. | CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES. | MERCHANDISE: 1,076.40 |
| NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE ON THRU ERROR ON OUR PART. | B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL. | TAX: 0.00 % 0.00 |
| CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS. | C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY. | SHIPPING CHARGE: 0.00 |
| NDARD TERMS AND CONDITIONS APPLY TO THIS SALE. | Net payment is Due by the 15th of the month following purchase | TOTAL DUE   $ 1,076.40 |

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 127 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-673621 | 06/26/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-219/3
38003 FM 1379
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-219/3
Shipping Information:PREPAID
Ship Via:UPSG

Ship Date:06/21/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | FRZ | MPDB89331 | 1P AL PWR DIST BLOK | | 2 | 107.64 | E | N | 215.28 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 215.28 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month following purchase

| TOTAL DUE | $ 215.28 |
|---|---|

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 128 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
|---|---|
| 4310-673622 | 06/26/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-219/3
38003 FM 1379
MIDLAND, TX 79706-0000

count No:L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-219/3
Shipping Information:PREPAID
Ship Via:UPSG

Ship Date:06/21/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | FRZ | MPDB89331 | 1P AL PWR DIST BLOK | | 3 | 107.64 | E | N | 322.92 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | | 322.92 |
|---|---|---|
| TAX: | 0.00 % | 0.00 |
| SHIPPING CHARGE: | | 0.00 |

Net payment is Due by the 15th of the month following purchase

| TOTAL DUE | $ 322.92 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 129 of 150

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-673968 | 07/02/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-225
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

 count No: L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-225
Shipping Information: PREPAID
Ship Via: UPS                    Ship Date: 06/28/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | BLINE | B2302-3/4HDG | | | 2000 | 0.56 | E | N | 1,120.00 | 0.0 % | N | D |

N MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,120.00 |
|---|---|
| TAX:       0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 1,120.00 |
|---|---|

---

Page 1 of 1

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

| Invoice No. | Invoice Date |
|---|---|
| 4310-673969 | 07/02/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-249
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No: L292386
sperson: ANDY ERICKSON
ob Name:

Customer Order No: J1711-249
Shipping Information: PREPAID
Ship Via: UPSN                   Ship Date: 06/26/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 3M | 7622-T-95-1BOK-12GX | INDOOR TERM KIT FOR 4/0 | | 4 | 103.95 | E | N | 415.80 | 0.0 % | N | D |
| | | W/1-ROLL OF RJS | | | | | | | | | | |

N MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 415.80 |
|---|---|
| TAX:       0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

| TOTAL DUE | $ 415.80 |
|---|---|

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 130 of 150

**STATE ELECTRIC**
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|-------------|--------------|
| 4310-673970 | 07/02/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
    5555 OLD JACKSONVILLE HWY

    TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-249
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-249
Shipping Information:PREPAID
Ship Via:UPSN

Ship Date:06/27/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 3M | 7623-T-95-2RJS-12GM<br>W/2-ROLL OF RJS | INDOOR TERM KIT FOR 4/0 | | 6 | 356.43 | E | N | 2,138.58 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT<br>AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A<br>KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS<br>IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST<br>LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE<br>PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS<br>USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS<br>INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 2,138.58 |
|---|---|
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month<br>following purchase

| TOTAL DUE | $ 2,138.58 |
|---|---|

---

**STATE ELECTRIC**
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|-------------|--------------|
| 4310-673972 | 07/02/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
    5555 OLD JACKSONVILLE HWY

    TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-249
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-249
Shipping Information:PREPAID
Ship Via:UPSN

Ship Date:06/29/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3M | 7696-T-150-18NLVX | INDOOR TERM KIT FOR 750 | | 2 | 642.95 | E | N | 1,285.90 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT<br>AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A<br>KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS<br>IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST<br>LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE<br>PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS<br>USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS<br>INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,285.90 |
|---|---|
| TAX:     0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month<br>following purchase

| TOTAL DUE | $ 1,285.90 |
|---|---|

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673973 | 07/02/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-249
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
esperson:ANDY ERICKSON
Job Name:

Customer Order No:J1711-249
Shipping Information:PREPAID
Ship Via:UPSN

Ship Date:06/26/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 3M | 7622-T-95-1BOK-12GM<br>W/1-ROLL OF RJS | INDOOR MOTOR TERM KIT FOR 4/0 | | 4 | 103.95 | E | N | 415.80 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

E CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

MERCHANDISE: 415.80
TAX: 0.00 % 0.00
SHIPPING CHARGE: 0.00

Net payment is Due by the 15th of the month
following purchase

TOTAL DUE     $ 415.80

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673976 | 07/02/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

GOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
PO # J1711-249
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
esperson:ANDY ERICKSON
Job Name:

Customer Order No:J1711-249
Shipping Information:PREPAID
Ship Via:CNWY

Ship Date:06/27/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 3M | 7623-T-95-1RJS-15GX<br>W/1-ROLL OF RJS | INDOOR TERM KIT FOR 350 | | 18 | 297.64 | E | N | 5,357.52 | 0.0 % | N | D |
| 18 | 3M | 7623-T-95-2RJS-15GM<br>W/2-ROLL OF RJS | INDOOR TERM KIT FOR 350 | | 18 | 361.69 | E | N | 6,510.42 | 0.0 % | N | D |
| 6 | 3M | 7623-T-95-1RJS-12GX<br>W/1-ROLL OF RJS | INDOOR TERM KIT FOR 4/0 | | 6 | 292.37 | E | N | 1,754.22 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

E CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

MERCHANDISE: 13,622.16
TAX: 0.00 % 0.00
SHIPPING CHARGE: 0.00

Net payment is Due by the 15th of the month
following purchase

TOTAL DUE     $ 13,622.16

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-673381 | 07/06/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

OLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX

Ship Date:07/05/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shipping | | | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | |
| 50 | CHE | EYD21 | 3/4 FEM DRAIN SEAL | | 50 | 49.77 | E | Y | 2,488.50 | 2.0 % | N | X |
| 50 | CHE | EYD51 | 1-1/2 FEM DRAIN SEAL | B | 0 | 76.47 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD61 | 2-IN FEM DRAIN SEAL | B | 0 | 79.12 | E | Y | 0.00 | 2.0 % | N | X |

| | |
|---|---|
| MERCHANDISE: | 2,488.50 |
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 32.08 |

Cash Disc 49.77 off Total Due (Including Sales Tax)
if paid by the 10th of the month following purchase

**TOTAL DUE**   **$ 2,520.58**

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-674247 | 07/11/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

## ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

OLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-247/2
38003 FM 1379
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-247/2
Shipping Information:PRECHAR
Ship Via:COYOTE

Ship Date:07/09/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | BLINE | 7A-30-45HB24 | 30' 45S W/ 24"R | | 2 | 135.97 | E | N | 271.94 | 0.0 % | N | D |
| 1 | BLINE | FREIGHT CHG | COYOTE | | 1 | 525.00 | E | N | 525.00 | 0.0 % | N | D |

| | |
|---|---|
| MERCHANDISE: | 796.94 |
| TAX: 0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   **$ 796.94**

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-674249 | 07/11/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
## ** UNPAID **

Please show Invoice No. and Remit to:
P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-219/3
38003 FM 1379
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-219/3
Shipping Information:PREPAID
Ship Via:UPSG

Ship Date:07/09/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | FRZ | MPDB89331 | 1P AL PWR DIST BLOK | | 15 | 107.64 | E | N | 1,614.60 | 0.0 % | N | D |

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,614.60 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.
NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.
CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.
NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

Net payment is Due by the 15th of the month following purchase

| TOTAL DUE | $ 1,614.60 |
|---|---|

---

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-674089 | 07/18/18 |

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **
## ** UNPAID **

Please show Invoice No. and Remit to:
P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX TRK

Ship Date:07/17/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shipping | | | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | |
| 50 | CHE | EYD51 | 1-1/2 FEM DRAIN SEAL | B | 0 | 78.47 | E | Y | 0.00 | 2.0 % | N | X |
| 50 | CHE | EYD61 | 2-IN FEM DRAIN SEAL | | 50 | 79.12 | E | Y | 3,956.00 | 2.0 % | N | X |

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 3,956.00 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 87.88 |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.
NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS VE OR THRU ERROR ON OUR PART.
CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.
NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

Cash Disc 79.12 off Total Due (including Sales Tax) if paid by the 10th of the month following purchase

| TOTAL DUE | $ 4,043.88 |
|---|---|

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
| --- | --- |
| 4310-674484 | 07/18/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
STUART MCMILLIAN
5555 OLD JACKSONVILLE HWY
TYLER, TX 75703-0000

count No:L292386
esperson: ANDY ERICKSON
ob Name:STUART

Customer Order No:J1711-236/2
Shipping Information:PREPAID
Ship Via:                     Ship Date:07/18/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | SQD | QO370 | MINIATURE CIRCUIT BREAKER | | 1 | 248.22 | E | Y | 248.22 | 1.0 % | N | S |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
| --- | --- |
| MERCHANDISE: | 248.22 |
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Cash Disc 2.48 off Total Due (including Sales Tax) If
paid by the 10th of the month following purchase

TOTAL DUE     $ 248.22

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

| Invoice No. | Invoice Date |
| --- | --- |
| 4310-674486 | 07/18/18 |

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223/2  ATTN: CODY MORRIS
38003 FM 1379
MIDLAND, TX 79706-0000

count No:L292386
esperson: ANDY ERICKSON
ob Name:

Customer Order No:J1711-223/2
Shipping Information:PRECHAR
Ship Via:BEST-WAY           Ship Date:07/11/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 375 | WIRE | HW15101007 | 10/7 | | 375 | 1.74 | E | N | 652.50 | 0.0 % | N | D |
| | 1 X 375 | | | | | | | | | | | |
| 200 | WIRE | HW15410103 | 1/0 3/C | | 200 | 7.45 | E | N | 1,490.00 | 0.0 % | N | D |
| | 1 X 200 | | | | | | | | | | | |
| 80 | WIRE | HW00140101 | 4/0 1/C | | 80 | 3.98 | E | N | 318.40 | 0.0 % | N | D |
| | 1 X 80 | | | | | | | | | | | |
| 120 | WIRE | HW25440101 | 4/0 DLO | | 120 | 5.59 | E | N | 670.80 | 0.0 % | N | D |
| | 1 X 120 | | | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
VE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.
B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.
C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
| --- | --- |
| MERCHANDISE: | 3,131.70 |
| TAX:          0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

TOTAL DUE     $ 3,131.70

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-674487 | 07/18/18 |

**\*\* CERTIFIED \*\***
**\*\* ORIGINAL INVOICE COPY \*\***

**\*\* UNPAID \*\***

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223-3 ATTN: CODY MORRIS
38003 FM 1379
MIDLAND, TX 79706-0000

ount No: L292386
person: ANDY ERICKSON
ob Name: MIKE

Customer Order No: J1711-223-3
Shipping Information: PRECHAR
Ship Via: FED X FRT
Ship Date: 07/12/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | WIRE 1 X 200 ITEM 23 | HW15400404 | 4/4 W/GRD TC | | 200 | 5.39 | E | N | 1,078.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,078.00 |
|---|---|
| TAX:      0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE** | **$ 1,078.00**

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-674771 | 07/25/18 |

**\*\* CERTIFIED \*\***
**\*\* ORIGINAL INVOICE COPY \*\***

**\*\* UNPAID \*\***

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-236/2
38003 FM 1379
MIDLAND, TX 79706-0000

ount No: L292386
person: ANDY ERICKSON
ob Name:

Customer Order No: J1711-236/2
Shipping Information: PREPAID
Ship Via: BW
Ship Date: 07/13/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | CH | 4719A91G15 | | | 12 | 74.92 | E | N | 899.04 | 0.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 899.04 |
|---|---|
| TAX:      0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE** | **$ 899.04**

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 141 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 142 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-674780 | 07/25/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
         5555 OLD JACKSONVILLE HWY

         TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
         J1711-223/2
         38003 FM 1379
         MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223/2
Shipping Information:PREPAID
Ship Via:                    Ship Date:07/11/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WIRE | FREIGHT CHG | FEDEX | | 1 | 100.45 | E | N | 100.45 | 0.0 % | N | X |
| | | REFERENCE INVOICE # 4310-674486 DATED 7-18-18 | | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 100.45 |
|---|---|
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**    $ 100.45

---

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-674781 | 07/25/18 |

** CERTIFIED **
** ORIGINAL INVOICE COPY **

** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
         5555 OLD JACKSONVILLE HWY

         TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
         J1711-223-3
         38003 FM 1379
         MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223-3
Shipping Information:PREPAID
Ship Via:                    Ship Date:07/12/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WIRE | FREIGHT CHG | FEDEX | | 1 | 88.96 | E | N | 88.96 | 0.0 % | N | X |
| | | REFERENCE INVOICE# 4310-674487 DATED 7-18-18 | | | | | | | | | | |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

NDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE PAST DUE ACCOUNTS.

NDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.
B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 88.96 |
|---|---|
| TAX:         0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month following purchase

**TOTAL DUE**    $ 88.96

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-675151 | 08/01/18 |

**STATE ELECTRIC**
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-219/3
38003 FM 1379
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:JOHNSON

Customer Order No:J1711-213 / 2
Shipping Information:PRECHAR
Ship Via:UPS RED          Ship Date:07/30/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CH | CBGFEP2030 | UPS RED | | 4 | 328.50 | E | N | 1,314.00 | 0.0 % | N | D |
| 1 | CH | FREIGHT CHG | | | 1 | 78.06 | E | N | 78.06 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,392.06 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**     **$ 1,392.06**

---

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-675359 | 08/06/18 |

**STATE ELECTRIC**
V. Cotton Street
ew, TX 75604

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-213/2
38003 FM 1379
MIDLAND, TX 79706-0000

count No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-213/2
Shipping Information:PRECHAR
Ship Via:BEST-WAY          Ship Date:08/02/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HOFF | A60H36CLP | 10-IN DEEP NMA4 ENC | | 1 | 1,439.00 | E | N | 1,439.00 | 0.0 % | N | D |
| 1 | HOFF | A60P36 | PANEL ONLY | | 1 | 292.90 | E | N | 292.90 | 0.0 % | N | D |
| 1 | HOFF | FREIGHT CHG | | | 1 | 133.49 | E | N | 133.49 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE:  TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -    BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -    CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE: | 1,865.39 |
|---|---|
| TAX:        0.00 % | 0.00 |
| SHIPPING CHARGE: | 0.00 |

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**     **$ 1,865.39**

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 145 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App.   Page 146 of 150

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 147 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-675361 | 08/06/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
J1711-223
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-223
Shipping Information:COLLECT
Ship Via:RYTO                    Ship Date:08/02/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1150 | WIRE | SOUTHWIRE 89084099   4/0 3/C 5KV CLX<br>MUST BE TAGGED M-D12-2   1150 FT   4/0 3/C 5KV CLX | | 1150 | 20.96 | E | N | 24,104.00 | 0.0 % | N | D |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -   BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

MERCHANDISE: 24,104.00
TAX:        0.00 %    0.00
SHIPPING CHARGE:      0.00

Net payment is Due by the 15th of the month
following purchase

**TOTAL DUE**   $ 24,104.00

---

Case 19-34698   Claim 58-1 Part 2   Filed 01/13/20   Desc Exhibit Statement Invoices and Credit App   Page 148 of 150

STATE ELECTRIC
V. Cotton Street
ew, TX 75604

Page 1 of 1

| Invoice No. | Invoice Date |
|---|---|
| 4310-674474 | 08/10/18 |

## ** CERTIFIED **
## ** ORIGINAL INVOICE COPY **

### ** UNPAID **

Please show Invoice No. and Remit to:

P.O. Box 206562
Dallas, TX 75320-6562

SOLD TO: KP ENGINEERING
5555 OLD JACKSONVILLE HWY

TYLER, TX 75703-0000

SHIP TO: KP ENGINEERING
*
38001 FM 1379 UNIT B
MIDLAND, TX 79706-0000

ount No:L292386
sperson:ANDY ERICKSON
ob Name:

Customer Order No:J1711-225
Shipping Information:PRECHAR
Ship Via:FEDEX PRI                Ship Date:08/07/18

| RDER QTY | PRODUCT | CODE | DESCRIPTION | CODE | SHIP QTY | PRICE | PER | DISC | EXTENSION | C/D | TAX | TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Shipping | | 0 | 0.00 | | N | 0.00 | 0.0 % | N | |
| 50 | CHE | EYD51 | 1-1/2 FEM DRAIN SEAL | | 50 | 76.47 | E | Y | 3,823.50 | 2.0 % | N | X |

MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT
AGED MERCHANDISE SHOULD BE MADE TO CARRIER.

ANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A
KING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS
IVE OR THRU ERROR ON OUR PART.

CE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST
LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE
PAST DUE ACCOUNTS.

ANDARD TERMS AND CONDITIONS APPLY TO THIS SALE.

CODE: TO ADVISE YOU PROPERLY CONCERNING YOUR ORDER, THIS CODE IS
USED ON OUR INVOICES.

B -   BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS
INSTRUCTED TO CANCEL.

C -   CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

MERCHANDISE: 3,823.50
TAX:        0.00 %    0.00
SHIPPING CHARGE:     88.96

Cash Disc 76.47 off Total Due (Including Sales Tax)
if paid by the 10th of the month following purchase

**TOTAL DUE**   $ 3,912.46

# EXHIBIT "A-3"

| | | | |
|---|---|---|---|
| 1. KP Engineering, LP | | | 1/05-21-11 |
| BUSINESS STREET ADDRESS 2. 5555 Old Jacksonville Hwy | BILLING ADDRESS: STREET OR P.O. BOX Same | | |
| CITY 3. Tyler | STATE TX | ZIP 75703 | CITY / STATE / ZIP |
| BUSINESS TELEPHONE NO. 4. 903-534-9155 | FAX NO. 903-534-9133 | E-MAIL cwerner@kpe.com | YEAR BUSINESS WAS ESTABLISHED 2004 / NO. OF EMPLOYEES 85 |
| WE ARE ENGAGED IN THE BUSINESS OF: 5. EPC | MONTHLY STATEMENT OF ACCOUNT REQUIRED? ☐ YES ☑ NO | ☐ SOLE PROPRIETOR ☑ PARTNERSHIP | ☐ CORPORATION ☐ LLC |
| CONTRACTOR'S LICENSE NO. 6. | STATE ISSUED | A/P CONTACT NAME Mary Andrus FAX # / EMAIL mandrus@kpe.com | BUSINESS BUILDING IS ☑ OWNED ☐ RENTED |

## OWNERS (IF APPLICANT IS A SOLE PROPRIETOR OR PARTNERSHIP) OFFICERS (IF A CORPORATION)

| NAME | TITLE | HOME ADDRESS | HOME PHONE NO. |
|---|---|---|---|
| 7. See Attached sheet | | | |
| 8. | | | |
| 9. | | | |

## BANK OR SAVINGS AND LOAN ASSOCIATION:

| NAME | BRANCH ADDRESS | ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|
| 10. See attached sheet | | | |
| 11. | | | |

## APPLICANT'S PRINCIPAL CREDIT REFERENCES (LIST AT LEAST THREE)

| NAME | ADDRESS, CITY, STATE & ZIP | PHONE NUMBER | AMOUNT OWING |
|---|---|---|---|
| 12. See attached sheet | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |

16. Has Applicant or any of its Owners, Principals, Partners, Officers, or Directors ever filed a voluntary petition in bankruptcy, been adjudged bankrupt, or made an assignment for the benefit of creditors? WRITE ANSWERS YES OR NO No

17. Are taxes owed by Applicant to any taxing authority past due? No — Has a tax lien or civil suit been filed against Applicant or any of its Owners, Principals, Partners, Officers, or Directors within the past six years? no

18. Is Applicant or any of its Owners, Principals, Partners, Officers, or Directors, a guarantor or endorser of debts or notes owed by others? No

19. Does Applicant now have a merchandise order pending with CAIN ELECTRICAL SUPPLY? — If yes, what is the approximate amount of the order? $

**APPLICANT: 1) Please complete and sign the reverse side of this form, 2) Please attach a current financial statement, 3) If a contractor, please include a copy of your registration surety bond.**

## SPACES BELOW ARE FOR CAIN ELECTRICAL SUPPLY USE ONLY

| P.C. NO. | P.C. MGR APPROVAL | 1035 | SALES TAX | D & B RATING | CREDIT APPROVAL | APPROVAL DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

FORM 1005 (08/09)

## AGREEMENT

In consideration of Consolidated Electrical Distributors, Inc. d.b.a. Cain Electrical Supply, and all assumed or fictitious names under which it does business, and all of its affiliates, parents, subsidiaries, and related companies, (hereinafter collectively Seller) extending credit to the Applicant, Applicant agrees to pay for all items delivered to or at the request of the Applicant by the 15th of the month following purchase. The applicable cash discount may be taken if Seller's invoice is paid not later than the 10th of the month following purchase. All accounts are due and payable at the remittance address shown on the Seller invoice. Applicant acknowledges that a monthly service charge may be issued on all sums due to Seller, which have not been paid within thirty (30) days from the invoice date, and Applicant agrees to promptly pay said service charge. The service charge shall be 1½ % per month, but not to exceed the highest amount lawfully allowed by contract in the state in which this application is executed; it shall be issued on the thirty-first (31st) day after the original invoice date; and an additional service charge, computed on the same basis, shall be made every thirty (30) days thereafter. Waiver of any one or more service charges shall not be deemed to be a waiver of future service charges. Applicant further agrees with regard to such service charges, Applicant and Seller are parties to a written contract. Applicant agrees to notify Seller in writing of any changes in ownership or status of ownership and further agrees that, notwithstanding any change in ownership, status of ownership, business form or entity, all charges incurred will remain the responsibility of Applicant unless agreed to by Seller in writing.

By his signature hereon, Applicant agrees that each of the terms and conditions of sale stated on the front and back of the Seller's invoice shall be a term of the contract of each sale from Seller to Applicant.

In case of any default in relation to any transactions made pursuant to this Application, Applicant shall pay Seller's reasonable attorneys' and collection fees and costs, whether or not any action is filed, including without limitation such fees and costs related to collection, arbitration, trial and on any appeal, review or reconsideration thereof, and any such fees or costs incurred after any award or judgment is entered. Jurisdiction and venue for any legal action shall be in the state and county of: (a) where this agreement is signed, (b) where the materials at issue were purchased, (c) where the materials were incorporated, and (d) as otherwise provided by law, with Seller having sole right to choose among those jurisdictions and venues for any particular dispute. This Application shall be governed by and construed in accordance with the law of the jurisdiction in which Seller elects to bring an action without resort to principles of conflicts of law. If any provision of this Agreement is held to be invalid, illegal, or unenforceable, the remainder of this agreement will continue in full force and effect. The undersigned warrants that the above agreement has been carefully read and the Applicant understands the same.

BY SIGNATURE BELOW, APPLICANT EXPRESSLY AGREES TO ALL THE TERMS OF THE APPLICATION AND TO THE FOLLOWING:

1. Applicant authorizes Seller to obtain credit and financial information concerning Applicant at any time and from any source for the purpose of evaluating Applicant's creditworthiness in connection with this Application.

2. **(Sole Proprietor or Partnership Only)** The undersigned expressly consent(s) to Seller obtaining credit and financial information concerning Applicant and/or a consumer credit report on ______________ (Sole Proprietor/Partner) at any time and from any source for the purpose of evaluating Applicant's creditworthiness in connection with this Application.

Signed by: *Charl. Wern* — Authorized Signature

Name: Charlie Werner
Title: Controller

Sole Proprietor/Partner ______________ Signature of individual named in #2 above.

Name: ______________
Address: ______________
SSN: ______________

## PERSONAL GUARANTY

The undersigned, jointly and severally, in consideration of the monthly billing privileges requested by the Applicant, do hereby unconditionally guarantee and promise to pay any and all obligations of said Applicant which have in the past or may in the future be owing to the Seller on open-account or otherwise, including without limitation service charges. The undersigned agree to all the terms of the aforementioned Sales Agreement. The undersigned waive any right to require Seller to proceed against Applicant or pursue any other remedy and any statute of limitations pertaining hereto; and the undersigned further waive all presentments, demands for performance, notices of non-performance, protests, notices of protest, notices of dishonor and notices of acceptance of this Guaranty and of the incurrence or modification of existing or additional indebtedness. No delay in the enforcement of this Guaranty shall affect the liability of any of the undersigned. In case Seller enforces the Guaranty, the undersigned, jointly and severally, shall pay Seller's reasonable attorneys' and collection fees and costs, whether or not any action is filed, including without limitation such fees and costs related to collection, arbitration, trial and on any appeal, review, or reconsideration thereof, and such fees and costs incurred after any award or judgment is entered. The undersigned, jointly and severally, agree to the same jurisdiction and venue for any legal action on this Guaranty as agreed to by Applicant above in the Agreement, with Seller having the sole right to choose among these jurisdictions and venues for any particular dispute. If any provision of this Guaranty is held to be invalid, illegal or unenforceable, the remainder of this Guaranty will continue in full force and effect.

The undersigned Guarantor(s) authorize Seller to obtain a consumer credit report on Guarantor(s) at any time and from any source for the purpose of evaluating their creditworthiness.

Signed by: ______________ Guarantor
Name: ______________
Address: ______________
SSN ______________

Signed by: ______________ Guarantor
Name: ______________
Address: ______________
SSN ______________

Debtor: KP Engineering, LP, et al.

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

Case Number: 19-34698

**FILED**

Claim No. 74

**January 10, 2020**

By Omni Claims Agent

For U.S. Bankruptcy Court

Southern District of Texas

Official Form 410

## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Carefully read instructions included with this Proof of Claim before completing.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

CSI Compressco LP

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

[X] No
[ ] Yes    From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

CSI Compressco LP c/o Zachary S. McKay

Dore, Rothberg McKay, P.C.

17171 Park Row, Suite 160

HOUSTON, TX 77084

Contact Phone   281-829-1555

Contact email   zmckay@dorelawgroup.net

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

Where should payments to the creditor be sent? (if different)

Contact Phone

Contact email

**4. Does this claim amend one already filed?**

[X] No
[ ] Yes    Claim Number on court claims registry (if known) _____    Filed On _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No
[ ] Yes    Who made the earlier filing?

EXHIBIT "4"

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.** Do you have any number you use to identify the debtor?

[X] No
[ ] Yes    Last 4 digits of the debtor's account or any number you use to identify the debtor:  _____

**7.** How much is the claim?    $ __2,407,623.14__

**Does this amount include interest or other charges?**

[ ] No
[X] Yes    Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information

Goods sold and services provided.

**9.** Is all or part of the claim secured?

[ ] No
[X] Yes    The claim is secured by a lien on property

**Nature of property:**

[ ] Real Estate    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*
[ ] Motor Vehicle
[X] Other    Describe:    All assets covered by recorded liens.

**Basis for perfection:**    Recorded liens.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

Value of Property:    $ _____
Amount of the claim that is secured:    $ __2,407,623.14__
Amount of the claim that is unsecured:    $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7).

Amount necessary to cure any default as of the date of the petition:    $ __2,407,623.14__

Annual Interest Rate:    (when case was filed)    __6.00__ %
[X] Fixed
[ ] Variable

**10.** Is this claim based on a lease?

[X] No
[ ] Yes    Amount necessary to cure any default as of the date of the petition.    $ _____

**11.** Is this claim subject to a right of setoff?

[X] No
[ ] Yes    Identify the property:    _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No
☐ Yes    *Check all that apply*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use.  11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier.  11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5).

$ _____

☐ Other.  Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$ _____

*   Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it.**

**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am the guarantor, surety, endorser, or other codebtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    1/10/2020
                    MM / DD / YYYY

Kristy Woolsey
Signature

Print the name of the person who is completing and signing this claim:

Name        Kristy Woolsey
            First Name          Middle Name          Last Name

Title       Director of Credit

Company     CSI Compressco LLC
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     24955 Interstate 45

            The Woodlands, TX 77380

Contact Phone   281-364-5069        Email    kwoolsey@tetratec.com

---

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

</div>

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **KP ENGINEERING, LP** | § | **Case No. 19-34698** |
| | § | |
| **DEBTOR.** | § | |

<div align="center">

**Addendum to Proof of Claim of CSI Compressco LP**

</div>

1.     Claimant expressly reserves all rights including, without limitation, the right to: (i) amend, modify or supplement in any respect this Proof of Claim including any exhibit, or to file an amended or supplemental Proof of Claim for the purpose of asserting additional claims, modifying or liquidating the extent of any lien claimed, the amount of any interest, fee, cost or expense accrued or incurred subsequent to the petition date, or to include any other amounts authorized by the contractual agreements, 11 U.S.C. §§ 365, 506, other provisions of Title 11 of the United States Code, or applicable state law; and (ii) supplement this claim with other documents evidencing the perfection of any lien or security interest, or amounts recoverable under 11 U.S.C. § 506(b).

2.     The time for filing Statement of Oil and Gas Lien has not expired.  If not attached, upon receipt of the recorded instrument, Claimant reserves the right to supplement its Proof of Claim to attach the final recorded Statement of Oil and Gas Lien.

3.     Claimant has incurred and continues to incur post-petition legal fees and expenses related to this claim against Debtor.  Claimant reserves the right to amend this proof of claim to include its attorneys' fees and expense amounts as and when incurred and related to Claimant's claims against Debtor to the extent authorized by applicable statute.  Such fees are allowed by the parties' contract, applicable state law and applicable federal law. *See* 11 U.S.C. §§ 502, 506.

**Midland County**
**Alison Haley**
**County Clerk**
**Midland, Texas 79702**



70 2018 00033192

**Instrument Number:  2018-33192**

As

**Recorded On: November 13, 2018**          **Recording after Aug 2005**

**Billable Pages: 30**

**Number of Pages: 31**

**Comment:  AFFIDAVIT**

( Parties listed above are for Clerks reference only )

**** Examined and Charged as Follows: ****

Recording after Aug 2005          142.00

**Total Recording:**          **142.00**

************ **DO NOT REMOVE. THIS PAGE IS PART OF THE INSTRUMENT** ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                    **Record and Return To:**

Document Number:  2018-33192

Receipt Number:  589859                    DORE LAW GROUP, P. C.

Recorded Date/Time:  November 13, 2018 03:20:37P          17171 PARK ROW, SUITE 160
                                            HOUSTON TX 77084

User / Station:  C Castaneda - cc202b



State of Texas
County of Midland
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly
RECORDED in the named RECORDS of Midland County, Texas as stamped hereon.

          County Clerk
                              Midland County, Texas

EXHIBIT A

AFTER RECORDING RETURN TO:
DORÉ LAW GROUP, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

33192

KP Engineering LP – Johnson Gas Plant Cryogenic Gas Processing Facility and System

## LIEN CLAIMANT'S AFFIDAVIT
## AGAINST OIL, GAS AND OTHER MINERAL PROPERTY

THE STATE OF TEXAS      §
                         §    KNOW ALL MEN BY THESE PRESENTS THAT:

COUNTY OF MIDLAND    §

     1.  The undersigned agent of **CSI COMPRESSCO LP** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

     2.  The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Unpaid<br>Work |
| --- | --- | --- |
| **$2,368,333.28** | **Invoice No.**<br>93007145RI, 93007223RI<br>93007224RI, 93007225RI<br>93008595RI, 93008596RI<br>93009054RI, 93009055RI<br>93009230RI, 93010395RI<br>93010396RI, 93010397RI<br>93010398RI, 93010399RI<br>93010400RI, 93010773RI<br>93009678RI, 244376RI | From<br>February 12, 2018<br>to<br>June 18, 2018 |

     3.  To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the  land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

TARGA PIPELINE MID-
CONTINENT WESTTEX LLC
1000 Louisiana Street, Suite 4300
Houston, Texas 77002

PIONEER NATURAL
RESOURCES USA INC.
5205 N O'Connor Blvd, Suite 200
Irving, TX 75039 USA

33192

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4.   The name of Claimant is **CSI COMPRESSCO LP**, whose address is 24955 I-45 N, Spring, Texas 77380.

5.   Claimant performed labor and/or furnished or hauled material at the request of **KP ENGINEERING LP**, whose address is 5555 Old Jacksonville Highway, Tyler, Texas 75703.

6.   A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land, including any pipeline and/or pipeline right-of-way, located in **MIDLAND** County, Texas, containing approximately **160.0** acres of land, more or less, located in the **SOUTHWEST QUARTER (SW/4)** of **SURVEY NO. 27, TOWNSHIP 4 SOUTH, BLOCK 37, T&P RR CO SURVEY, MIDLAND** County, Texas, and being more commonly known as the ***Johnson Cryogenic Gas Processing Facility and System***.

> Said property is commonly known as: **38001 FM 1379, Midland, Texas 79706**.

7.   The true and correct amount claimed by Claimant is **$2,368,333.28**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed.  Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code §56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

33192

DATED this, the _29_ day of _October_ , 2018.

33192

<div align="center">

**CSI COMPRESSCO LP**

By: _____

Doug Dunlap, Director of Credit

</div>

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Doug Dunlap, Director of Credit for CSI COMPRESSCO LP, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the _29_ day of _October_ , 2018.

STACI POLONSKI
Notary Public, State of Texas
Comm. Expires 11-12-2020
Notary ID 126722475

By: _____

Notary Public, the State of Texas

33192

 **COMPRESSCO LP™**

CSI COMPRESSCO SUB INC.

# INVOICE

| SOLD TO: | |
|---|---|
| KP ENGINEERING LP | |
| 5555 OLD JACKSONVILLE HIGHWAY | |
| TYLER TX 75703 | |

| | |
|---|---|
| **INVOICE #:** | **93007145RI** |
| **INVOICE DATE:** | **03/16/18** |
| **DUE DATE:** | **05/15/18** |
| **AMOUNT DUE:** | **681,144.30 USD** |

SHIPPED TO: TBD

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412852 | 45% - PAYMENT RECEIPT OF COMPRESSOR RESIDUE RECIPROCATING PACKAGE | 412852 | 45% | $ 1,513,654.00 | $ 681,144.30 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

| **Check Remittance:** | **ACH/Wire Information:** | Tax ID: ▮▮▮▮ |
|---|---|---|
| P.O. Box 843960 | Bank of America, NA | Account: ▮▮▮▮ |
| Dallas, TX 75284-3960 | 100 West 33rd Street | ACH ABA# ▮▮▮▮ |
| | New York, NY 10001 | Wire ABA# ▮▮▮▮ |
| | | Intl Swift Code: ▮▮▮▮ |

| | | |
|---|---|---|
| **SUBTOTAL:** | $ | 681,144.30 |
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | 684,144.30 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

33192

 **COMPRESSCO LP**

CSI COMPRESSCO SUB INC.

# INVOICE

**SOLD TO:**
KP ENGINEERING LP
5555 OLD JACKSONVILLE HIGHWAY
TYLER TX 75703

| | |
|---|---|
| **INVOICE #:** | **93007223RI** |
| **INVOICE DATE:** | **03/26/18** |
| **DUE DATE:** | **05/25/18** |
| **AMOUNT DUE:** | **12,569.80 USD** |

**SHIPPED TO:** TBD

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412844 412845 412846 412847 412848 | UNLOADER SOLENOID VALVES – CHANGE ORDER 003 | 412844 412845 412846 412847 412848 | 1 | $    12,569.80 | $    12,569.80 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH Information:**
Bank of America, NA
ABA#
Account::

**Wire Transfer Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

ABA#
Account:
Intl Swift Code:

| | | |
|---|---|---|
| **SUBTOTAL:** | $ | 12,569.80 |
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | 12,569.80 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com.

**PAGE 1 OF 1**

33192

 **COMPRESSCO LP** 　　　CSI COMPRESSCO SUB INC.

# INVOICE

| SOLD TO: | |
|---|---|
| KP ENGINEERING LP | |
| 5555 OLD JACKSONVILLE HIGHWAY | |
| TYLER TX 75703 | |

| INVOICE #: | 93007224RI |
|---|---|
| INVOICE DATE: | 03/26/18 |
| DUE DATE: | 05/25/18 |
| AMOUNT DUE: | 5,987.92 USD |

**SHIPPED TO: TBD**

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412849 | UNLOADER SOLENOID VALVES – | 412849 | 1 | $ 5,987.92 | $ 5,987.92 |
| 412850 | CHANGE ORDER 005 | 412850 | | | |
| 412851 | | 412851 | | | |
| 412852 | | 412852 | | | |

| | | |
|---|---|---|
| **SUBTOTAL:** | $ | 5,987.92 |
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | 5,987.92 USD |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH Information:**
Bank of America, NA
ABA# ████
Account:: ████

**Wire Transfer Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

ABA# ████
Account: ████
Intl Swift Code: ████

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com.

**PAGE 1 OF 1**

33192

 **COMPRESSCO LP**    CSI COMPRESSCO SUB INC.    # INVOICE

| SOLD TO: | | INVOICE #: | 93007225RI |
|---|---|---|---|
| KP ENGINEERING LP | | INVOICE DATE: | 03/26/18 |
| 5555 OLD JACKSONVILLE HIGHWAY | | DUE DATE: | 05/25/18 |
| TYLER TX 75703 | | AMOUNT DUE: | 76,998.75 USD |

| SHIPPED TO: TBD | CUSTOMER ID: 6879466<br>CUSTOMER PO: J1711-008<br>BILLING TYPE: PROGRESS BILLING | CONTACT: Jay LeBlanc |
|---|---|---|

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412844 | 5% - PAYMENT – READY TO SHIP UNIT<br>INTERMEDIATE INLET PRESSURE PACKAGE | 412844 | 5% | $ 1,539,975.00 | $     76,998.75 |

| | | | SUBTOTAL: | $ | 76,998.75 |
|---|---|---|---|---|---|
| | | | SALES TAX: | $ | |
| | | | AMOUNT DUE: | $ | 76,998.75 USD |

Please send remittance
or credit card (Visa,
Master Card or
American Express)
information to
remit@compressco.com
and remit payment in
USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH Information:**
Bank of America, NA
ABA#
Account:

**Wire Transfer Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

ABA#
Account
Intl Swift Code:

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com.

33192

 **COMPRESSCO LP™**          CSI COMPRESSCO SUB INC.          # INVOICE

| SOLD TO:<br>KP ENGINEERING LP<br>5555 OLD JACKSONVILLE HIGHWAY<br>TYLER TX 75703 | INVOICE #: | 93008595RI |
|---|---|---|
| | INVOICE DATE: | 04/27/18 |
| | DUE DATE: | 06/26/18 |
| | AMOUNT DUE: | 76,998.75 USD |

| SHIPPED TO: TBD | CUSTOMER ID: 6879466<br>CUSTOMER PO: J1711-008<br>BILLING TYPE: PROGRESS BILLING | CONTACT: Jay LeBlanc |
|---|---|---|

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412845 | 5% - PAYMENT – READY TO SHIP UNIT<br>INTERMEDIATE INLET PRESSURE PACKAGE | 412845 | 5% | $ 1,539,975.00 | $        76,998.75 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

| | | | | |
|---|---|---|---|---|
| **Check Remittance:** | **ACH/Wire Information:** | Tax ID: ▉▉▉ | **SUBTOTAL:** | $        76,998.75 |
| P.O. Box 843960 | Bank of America, NA | Account: ▉▉▉ | **SALES TAX:** | $ |
| Dallas, TX 75284-3960 | 100 West 33rd Street | ACH ABA# ▉▉▉ | **AMOUNT DUE:** | $   76,998.75 USD |
| | New York, NY 10001 | Wire ABA# ▉▉▉ | | |
| | | Intl Swift Code: ▉▉▉ | | |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

PAGE 1 OF 1

33192

 **COMPRESSCO LP™**      CSI COMPRESSCO SUB INC.      # INVOICE

| | |
|---|---|
| **SOLD TO:**<br>KP ENGINEERING LP<br>5555 OLD JACKSONVILLE HIGHWAY<br>TYLER TX 75703 | **INVOICE #:** 93008596RI<br>**INVOICE DATE:** 04/27/18<br>**DUE DATE:** 06/26/18<br>**AMOUNT DUE:** 76,998.75 USD |

**SHIPPED TO:** TBD

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412846 | 5% - PAYMENT – READY TO SHIP UNIT<br>INTERMEDIATE INLET PRESSURE PACKAGE | 412846 | 5% | $ 1,539,975.00 | $   76,998.75 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID: ███
Account: ███
ACH ABA# ███
Wire ABA# ███
Intl Swift Code: ███

| | | |
|---|---|---|
| **SUBTOTAL:** | $ | 76,998.75 |
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | 76,998.75 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

33192

 **COMPRESSCO LP™**    CSI COMPRESSCO SUB INC.    # INVOICE

| | |
|---|---|
| **SOLD TO:**<br>KP ENGINEERING LP<br>5555 OLD JACKSONVILLE HIGHWAY<br>TYLER TX 75703 | **INVOICE #:** 93009054RI<br>**INVOICE DATE:** 04/30/18<br>**DUE DATE:** 06/29/18<br>**AMOUNT DUE:** 76,998.75 USD |

| SHIPPED TO: TBD | **CUSTOMER ID:** 6879466<br>**CUSTOMER PO:** J1711-008<br>**BILLING TYPE:** PROGRESS BILLING | **CONTACT:** Jay LeBlanc |
|---|---|---|

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412847 | 5% - PAYMENT – READY TO SHIP UNIT<br>INTERMEDIATE INLET PRESSURE PACKAGE | 412847 | 5% | $ 1,539,975.00 | $ 76,998.75 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID:
Account:
ACH ABA#
Wire ABA#
Intl Swift Code:

| | | |
|---|---|---|
| **SUBTOTAL:** | $ | 76,998.75 |
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | 76,998.75 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

33192

 **COMPRESSCO LP™**          CSI COMPRESSCO SUB INC.                **INVOICE**

| SOLD TO:<br>KP ENGINEERING LP<br>5555 OLD JACKSONVILLE HIGHWAY<br>TYLER TX 75703 | | |
|---|---|---|
| **INVOICE #:** | **93009055RI** |
| **INVOICE DATE:** | **04/30/18** |
| **DUE DATE:** | **06/29/18** |
| **AMOUNT DUE:** | **76,998.75 USD** |

SHIPPED TO: TBD

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412848 | 5% - PAYMENT – READY TO SHIP UNIT<br>INTERMEDIATE INLET PRESSURE PACKAGE | 412848 | 5% | $ 1,539,975.00 | $ 76,998.75 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID: ▮▮▮▮
Account: ▮▮▮▮
ACH ABA# ▮▮▮▮
Wire ABA# ▮▮▮▮
Intl Swift Code: ▮▮▮▮

| SUBTOTAL: | $ | 76,998.75 |
|---|---|---|
| SALES TAX: | $ | |
| AMOUNT DUE: | $ | 76,998.75 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

PAGE 1 OF 1

33192

 **COMPRESSCO LP™**   CSI COMPRESSCO SUB INC.   # INVOICE

| SOLD TO: | |
|---|---|
| KP ENGINEERING LP | |
| 5555 OLD JACKSONVILLE HIGHWAY | |
| TYLER TX 75703 | |

| | |
|---|---|
| **INVOICE #:** | **93009230RI** |
| **INVOICE DATE:** | **05/11/2018** |
| **DUE DATE:** | **07/10/2018** |
| **AMOUNT DUE:** | **75,886.40 USD** |

SHIPPED TO: TBD

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412841 | 5% - PAYMENT READY TO SHIP<br>LOW PRESSURE INLET RECIPROCATING PACKAGE | 412841 | 5% | $ 1,517,728.00 | $ 75,886.40 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

| | | |
|---|---|---|
| **Check Remittance:** | **ACH/Wire Information:** | Tax ID: ▮ |
| P.O. Box 843960 | Bank of America, NA | Account: ▮ |
| Dallas, TX 75284-3960 | 100 West 33rd Street | ACH ABA# ▮ |
| | New York, NY 10001 | Wire ABA# ▮ |
| | | Intl Swift Code ▮ |

| | | |
|---|---|---|
| **SUBTOTAL:** | $ | 75,886.40 |
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | 75,886.40 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

33192

 **COMPRESSCO LP**™          CSI COMPRESSCO SUB INC.          # INVOICE

| SOLD TO:<br>KP ENGINEERING LP<br>5555 OLD JACKSONVILLE HIGHWAY<br>TYLER TX 75703 | | |
|---|---|---|
| **INVOICE #:** | **93010395RI** | |
| **INVOICE DATE:** | 06/07/18 | |
| **DUE DATE:** | 08/06/18 | |
| **AMOUNT DUE:** | 75,682.70 USD | |

| SHIPPED TO: TBD | **CUSTOMER ID:** 6879466<br>**CUSTOMER PO:** J1711-008<br>**BILLING TYPE:** PROGRESS BILLING | **CONTACT:** Jay LeBlanc |
|---|---|---|

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412849 | 5% - PAYMENT READY TO SHIP<br>RESIDUE RECIPROCATING PACKAGE | 412849 | 5% | $ 1,513,654.00 | $       75,682.70 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID ▇▇▇▇▇▇▇
Account: ▇▇▇▇▇▇
ACH ABA# ▇▇▇▇▇▇
Wire ABA# ▇▇▇▇▇
Intl Swift Code: ▇▇▇▇▇▇

| | | |
|---|---|---|
| **SUBTOTAL:** | $ | **75,682.70** |
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | **75,682.70 USD** |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

PAGE 1 OF 1

33192

 **COMPRESSCO LP**™

CSI COMPRESSCO SUB INC.

# INVOICE

| SOLD TO: | | |
|---|---|---|
| KP ENGINEERING LP | | |
| 5555 OLD JACKSONVILLE HIGHWAY | | |
| TYLER TX 75703 | | |

| INVOICE #: | 93010396RI |
|---|---|
| INVOICE DATE: | 06/07/18 |
| DUE DATE: | 08/06/18 |
| AMOUNT DUE: | 75,682.70 USD |

SHIPPED TO: TBD

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412850 | 5% - PAYMENT READY TO SHIP RESIDUE RECIPROCATING PACKAGE | 412850 | 5% | $ 1,513,654.00 | $ 75,682.70 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID#
Account:
ACH ABA#
Wire ABA#
Intl Swift Code

| SUBTOTAL: | $ | 75,682.70 |
|---|---|---|
| SALES TAX: | $ | |
| AMOUNT DUE: | $ | 75,682.70 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

PAGE 1 OF 1

33192

 **COMPRESSCO LP™**          CSI COMPRESSCO SUB INC.          # INVOICE

| SOLD TO: | |
|---|---|
| KP ENGINEERING LP | **INVOICE #:** 93010397RI |
| 5555 OLD JACKSONVILLE HIGHWAY | **INVOICE DATE:** 06/07/18 |
| TYLER TX 75703 | **DUE DATE:** 08/06/18 |
| | **AMOUNT DUE:** 75,682.70 USD |

| SHIPPED TO: TBD | **CUSTOMER ID:** 6879466 | **CONTACT:** Jay LeBlanc |
|---|---|---|
| | **CUSTOMER PO:** J1711-008 | |
| | **BILLING TYPE:** PROGRESS BILLING | |

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412851 | 5% - PAYMENT READY TO SHIP RESIDUE RECIPROCATING PACKAGE | 412851 | 5% | $ 1,513,654.00 | $ 75,682.70 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

| | | | |
|---|---|---|---|
| **Check Remittance:** | **ACH/Wire Information:** | Tax ID: ▮▮▮ | |
| P.O. Box 843960 | Bank of America, NA | Account: ▮▮▮ | |
| Dallas, TX 75284-3960 | 100 West 33rd Street | ACH ABA# ▮▮▮ | |
| | New York, NY 10001 | Wire ABA# ▮▮▮ | |
| | | Intl Swift Code: ▮▮▮ | |

| | | |
|---|---|---|
| **SUBTOTAL:** | $ | 75,682.70 |
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | 75,682.70 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

PAGE 1 OF 1

33192

 **COMPRESSCO LP™**    CSI COMPRESSCO SUB INC.    # INVOICE

| SOLD TO: | |
|---|---|
| KP ENGINEERING LP | |
| 5555 OLD JACKSONVILLE HIGHWAY | |
| TYLER TX 75703 | |

| INVOICE #: | 93010398RI |
|---|---|
| INVOICE DATE: | 06/07/18 |
| DUE DATE: | 08/06/18 |
| AMOUNT DUE: | 75,682.70 USD |

| SHIPPED TO: TBD |
|---|

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412852 | 5% - PAYMENT READY TO SHIP RESIDUE RECIPROCATING PACKAGE | 412852 | 5% | $ 1,513,654.00 | $ 75,682.70 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

| SUBTOTAL: | $ | 75,682.70 |
|---|---|---|
| SALES TAX: | $ | |
| AMOUNT DUE: | $ | 75,682.70 USD |

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID: 
Account:
ACH ABA#
Wire ABA#
Intl Swift Code

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

33192

 **COMPRESSCO LP™**   CSI COMPRESSCO SUB INC.   # INVOICE

| SOLD TO: | | INVOICE #: | **93010399RI** |
|---|---|---|---|
| KP ENGINEERING LP | | INVOICE DATE: | **06/07/2018** |
| 5555 OLD JACKSONVILLE HIGHWAY | | DUE DATE: | **08/06/2018** |
| TYLER TX 75703 | | AMOUNT DUE: | 75,886.40 USD |

SHIPPED TO: TBD

**CUSTOMER ID:** 6879466    **CONTACT:** Jay LeBlanc
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412842 | 5% - PAYMENT – READY TO SHIP<br>LOW PRESSURE INLET RECIPROCATING PACKAGE | 412842 | 5% | $ 1,517,728.00 | $    75,886.40 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

| | SUBTOTAL: | $ | 75,886.40 |
|---|---|---|---|
| | SALES TAX: | $ | |
| | AMOUNT DUE: | $ | 75,886.40 USD |

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID ▓▓▓▓▓
Account: ▓▓▓▓▓
ACH ABA# ▓▓▓▓▓
Wire ABA# ▓▓▓▓▓
Intl Swift Code ▓▓▓▓▓

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

33192

 **COMPRESSCO LP™**   CSI COMPRESSCO SUB INC.

# INVOICE

**SOLD TO:**
KP ENGINEERING LP
5555 OLD JACKSONVILLE HIGHWAY
TYLER TX 75703

| | |
|---|---|
| **INVOICE #:** | 93010400RI |
| **INVOICE DATE:** | 06/07/2018 |
| **DUE DATE:** | 08/06/2018 |
| **AMOUNT DUE:** | 75,886.40 USD |

**SHIPPED TO:** TBD

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412843 | 5% - PAYMENT – READY TO SHIP<br>LOW PRESSURE INLET RECIPROCATING PACKAGE | 412843 | 5% | $ 1,517,728.00 | $   75,886.40 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

| | | |
|---|---|---|
| **Check Remittance:** | **ACH/Wire Information:** | Tax ID: ███ |
| P.O. Box 843960 | Bank of America, NA | Account: ███ |
| Dallas, TX 75284-3960 | 100 West 33rd Street | ACH ABA# ███ |
| | New York, NY 10001 | Wire ABA# ███ |
| | | Intl Swift Code ███ |

| | | |
|---|---|---|
| **SUBTOTAL:** | $ | 75,886.40 |
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | 75,886.40 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

**PAGE 1 OF 1**

33192

 **COMPRESSCO LP**™    CSI COMPRESSCO SUB INC.

# INVOICE

**SOLD TO:**
KP ENGINEERING LP
5555 OLD JACKSONVILLE HIGHWAY
TYLER TX 75703

| | |
|---|---|
| **INVOICE NO:** | **93010773RI** |
| **INVOICE DATE:** | **06/18/18** |
| **DUE DATE:** | **08/17/18** |
| **AMOUNT DUE:** | **3,810.30 USD** |

**SHIPPED TO:**
MIDLAND DC
3809 SOUTH FM 1788
MIDLAND TX 79706

**CUSTOMER ID:** 6879466    **OUR ORDER NO:** 93008286SD
**CUSTOMER PO:** J1711-008 / 4
**DATE SHIPPED:** 06/18/18
**SHIPPED VIA:**
**FREIGHT TERMS:**

| ITEM # | QTY. | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| **G-24729-ARL**<br>TOOL KIT ASSY,C:D:F,W/110 IND | 2.000000 | EA | 1,103.25 | 2,206.50 |
| **A-0798-ARL**<br>TOOLBOX | 1.000000 | EA | 96.50 | 96.50 |
| **FREIGHT**<br>FREIGHT TBD | 1.000000 | EA | 1,507.30 | 1,507.30 |

Please send remittance or credit card (Visa, MasterCard or American Express) information to remit@csicompressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID:
Account:
ACH ABA#
Wire ABA#
Intl Swift Code

| | |
|---|---|
| **SUBTOTAL:** | **2,303.00** |
| **FREIGHT:** | **1,507.30** |
| **SALES TAX:** | |
| **AMOUNT DUE:** | **3,810.30 USD** |

Please direct inquiries regarding this invoice to invoiceinquiry@csicompressco.com.

PAGE 1 OF 1

33192

 **COMPRESSCO LP™**          CSI COMPRESSCO SUB INC.                     **INVOICE**

| SOLD TO: | |
|---|---|
| KP ENGINEERING LP | |

SOLD TO:
KP ENGINEERING LP
5555 OLD JACKSONVILLE HIGHWAY
TYLER TX 75703

| INVOICE #: | 93009678RI |
|---|---|
| INVOICE DATE: | 05/21/2018 |
| DUE DATE: | 07/20/2018 |
| AMOUNT DUE: | 682,977.60 USD |

SHIPPED TO: TBD

**CUSTOMER ID:** 6879466
**CUSTOMER PO:** J1711-008
**BILLING TYPE:** PROGRESS BILLING

**CONTACT:** Jay LeBlanc

| LINE – SCH | ITEM / DESCRIPTION | UNIT | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 412843 | 45% - PAYMENT - RECEIPT OF COMPRESSOR LOW PRESSURE INLET RECIPROCATING PACKAGE | 412843 | 45% | $ 1,517,728.00 | $    682,977.60 |

Please send remittance or credit card (Visa, Master Card or American Express) information to remit@compressco.com and remit payment in USD to:

| **Check Remittance:** | **ACH/Wire Information:** | |
|---|---|---|
| P.O. Box 843960 | Bank of America, NA | Tax ID ▮▮▮▮▮▮ |
| Dallas, TX 75284-3960 | 100 West 33rd Street | Account: ▮▮▮▮ |
| | New York, NY 10001 | ACH ABA# ▮▮▮▮ |
| | | Wire ABA# ▮▮▮▮ |
| | | Intl Swift Code: ▮▮▮▮ |

| **SUBTOTAL:** | $ | 682,977.60 |
|---|---|---|
| **SALES TAX:** | $ | |
| **AMOUNT DUE:** | $ | 682,977.60 USD |

Please direct inquiries regarding this invoice to invoiceinquiry@compressco.com

PAGE 1 OF 1

33192

 **COMPRESSCO LP™**   CSI COMPRESSCO SUB INC.   # INVOICE

| SOLD TO: | | | |
|---|---|---|---|
| KP ENGINEERING LP | | | |
| 5555 OLD JACKSONVILLE HIGHWAY | | | |
| TYLER TX 75703 | | | |

| INVOICE NO: | 244376RI |
|---|---|
| INVOICE DATE: | 09/18/18 |
| DUE DATE: | 11/17/18 |
| SERVICE DATE: | 06/05/18 |

**SHIPPED TO:**
KP ENGINEERING LP
JOHNSON INLET UNITS
TX

County: UPTON

**CUSTOMER ID:** 6879466     **OUR ORDER NO:** 92865
**CUSTOMER PO:** J1711-248
**UNIT:** JOHNSON INLET UNITS
**PROJECT:** COMMISIONING AND START UP ON MULTIPLE UNITS

| WO # | ITEM# | QTY | U/M | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 6332612 | UNIT 412841-COMM & SU | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | |
| | FC0173CKD<br>12PT,1/2-13X3-1/2X9/16G8 | 150.00 | EA | 28.38 | 4,257.00 |
| | MIL<br>MILEAGE | 460.00 | EA | 1.65 | 759.00 |
| | MISC<br>pre grout alignment | 1.00 | EA | 500.00 | 500.00 |
| | LF<br>Lbr-Service Tech (billable) | 17.08 | HR | 95.00 | 1,622.60 |
| | LFO<br>Lbr-Service Tech OT (billable) | 13.77 | HR | 142.50 | 1,962.23 |
| | SSM<br>Shop Supplies | 1.00 | HR | 125.47 | 125.47 |
| 6332621 | UNIT 412842 COMM & SU | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | |
| | MIL<br>MILEAGE | 160.00 | EA | 1.65 | 264.00 |

| | |
|---|---|
| **SUBTOTAL:** | |
| **SALES TAX:** | |
| **AMOUNT DUE:** | |

Continued

Please send remittance or credit card (Visa, MasterCard or American Express) information to remit@csicompressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID:
Account
ACH ABA#
Wire ABA
Int'l Swift Code:

Please direct inquiries regarding this invoice to invoiceinquiry@csicompressco.com.

33192

 **COMPRESSCO LP™**   CSI COMPRESSCO SUB INC.

# INVOICE

| SOLD TO: | | INVOICE NO: | 244376RI |
|---|---|---|---|
| KP ENGINEERING LP | | INVOICE DATE: | 09/18/18 |
| 5555 OLD JACKSONVILLE HIGHWAY | | DUE DATE: | 11/17/18 |
| TYLER TX 75703 | | SERVICE DATE: | 06/05/18 |

**SHIPPED TO:**
KP ENGINEERING LP
JOHNSON INLET UNITS
TX

County: UPTON

**CUSTOMER ID:** 6879466      **OUR ORDER NO:** 92865
**CUSTOMER PO:** J1711-248
**UNIT:** JOHNSON INLET UNITS
**PROJECT:** COMMISIONING AND START UP ON MULTIPLE UNITS

| WO # | ITEM# | QTY | U/M | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| | **MISC** | 1.00 | EA | 500.00 | 500.00 |
| | pre grout alignment | | | | |
| | **LF** | 6.08 | HR | 95.00 | 577.60 |
| | Lbr-Service Tech (billable) | | | | |
| | **LFO** | 6.97 | HR | 142.50 | 993.23 |
| | Lbr-Service Tech OT (billable) | | | | |
| | **SSM** | 1.00 | HR | 54.98 | 54.98 |
| | Shop Supplies | | | | |
| 6332647 | UNIT 412843 COMM & SU | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | |
| | **MIL** | 120.00 | EA | 1.65 | 198.00 |
| | MILEAGE | | | | |
| | **MISC** | 1.00 | EA | 500.00 | 500.00 |
| | pre grout alignment | | | | |
| | **LF** | 5.46 | HR | 95.00 | 518.70 |
| | Lbr-Service Tech (billable) | | | | |
| | **LFO** | 9.90 | HR | 142.50 | 1,410.75 |
| | Lbr-Service Tech OT (billable) | | | | |

| | |
|---|---|
| **SUBTOTAL:** | |
| **SALES TAX:** | |
| **AMOUNT DUE:** | |

Please send remittance or credit card (Visa, MasterCard or American Express) information to remit@csicompressco.com and remit payment in USD to:

Continued

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID:
Account:
ACH ABA#
Wire ABA#
Int'l Swift Code:

Please direct inquiries regarding this invoice to invoiceinquiry@csicompressco.com.

33192

 **COMPRESSCO LP™**     CSI COMPRESSCO SUB INC.

# INVOICE

| SOLD TO: | | |
|---|---|---|
| KP ENGINEERING LP | | |
| 5555 OLD JACKSONVILLE HIGHWAY | | |
| TYLER TX 75703 | | |

| | |
|---|---|
| **INVOICE NO:** | **244376RI** |
| **INVOICE DATE:** | **09/18/18** |
| **DUE DATE:** | **11/17/18** |
| **SERVICE DATE:** | **06/05/18** |

**SHIPPED TO:**
KP ENGINEERING LP
JOHNSON INLET UNITS
TX

County: UPTON

**CUSTOMER ID:** 6879466          **OUR ORDER NO:** 92865
**CUSTOMER PO:** J1711-248
**UNIT:** JOHNSON INLET UNITS
**PROJECT:** COMMISIONING AND START UP ON MULTIPLE UNITS

| WO # | ITEM# | QTY | U/M | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| | **SSM** <br> Shop Supplies | 1.00 | HR | 67.53 | 67.53 |
| 6332655 | UNIT 412844 COMM & SU | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | |
| | **MIL** <br> MILEAGE | 260.00 | EA | 1.65 | 429.00 |
| | **MISC** <br> pre grout alignment/flatness | 2.00 | EA | 500.00 | 1,000.00 |
| | **MISC** <br> TP-RC7CS-SL-TL.8-ACE | 4.00 | EA | 115.39 | 461.56 |
| | **MISC** <br> ROTACHOCK MODEL SS1.75ASX2-ACE | 4.00 | EA | 101.54 | 406.16 |
| | **LF** <br> Lbr-Service Tech (billable) | 21.67 | HR | 95.00 | 2,058.65 |
| | **LFO** <br> Lbr-Service Tech OT (billable) | 13.77 | HR | 142.50 | 1,962.23 |
| | **SSM** <br> Shop Supplies | 1.00 | HR | 140.73 | 140.73 |
| 6332663 | UNIT 412845 COMM &SU | | | | |

| | |
|---|---|
| **SUBTOTAL:** | |
| **SALES TAX:** | |
| **AMOUNT DUE:** | |
| | Continued |

Please send remittance or credit card (Visa, MasterCard or American Express) information to remit@csicompressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID: ███
Account: ███
ACH ABA#: ███
Wire ABA#: ███
Int'l Swift Code: ███

Please direct inquiries regarding this invoice to invoiceinquiry@csicompressco.com.

33192

 **COMPRESSCO LP™**   CSI COMPRESSCO SUB INC.   **INVOICE**

| SOLD TO: | INVOICE NO: | 244376RI |
|---|---|---|
| KP ENGINEERING LP | INVOICE DATE: | 09/18/18 |
| 5555 OLD JACKSONVILLE HIGHWAY | DUE DATE: | 11/17/18 |
| TYLER TX 75703 | SERVICE DATE: | 06/05/18 |

**SHIPPED TO:**
KP ENGINEERING LP
JOHNSON INLET UNITS
TX

County: UPTON

**CUSTOMER ID:** 6879466       **OUR ORDER NO:** 92865
**CUSTOMER PO:** J1711-248
**UNIT:** JOHNSON INLET UNITS
**PROJECT:** COMMISIONING AND START UP ON MULTIPLE UNITS

| WO # | ITEM# | QTY | U/M | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | |
| | **MIL** MILEAGE | 60.00 | EA | 1.65 | 99.00 |
| | **MISC** Pre grout alignment/flatness | 2.00 | EA | 500.00 | 1,000.00 |
| | **LFO** Lbr-Service Tech OT (billable) | 27.49 | HR | 142.50 | 3,917.33 |
| | **SSM** Shop Supplies | 1.00 | HR | 137.11 | 137.11 |
| 6332671 | UNIT 412846 COMM & SU | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | |
| | **MIL** MILEAGE | 150.00 | EA | 1.65 | 247.50 |
| | **MISC** pre grout alignment/ flatness | 2.00 | EA | 500.00 | 1,000.00 |
| | **PX200** ELEMENT,CPLG,RUBBER,PARAFLEX | 4.00 | EA | 98.57 | 394.28 |
| | **LF** Lbr-Service Tech (billable) | 6.30 | HR | 95.00 | 598.50 |

| | |
|---|---|
| **SUBTOTAL:** | |
| **SALES TAX:** | |
| **AMOUNT DUE:** | |
| | Continued |

Please send remittance or credit card (Visa, MasterCard or American Express) information to remit@csicompressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID███████████
Account:███████
ACH ABA█████████
Wire ABA#██████████
Intl Swift Code:████████

Please direct inquiries regarding this invoice to invoiceinquiry@csicompressco.com.

33192

 **COMPRESSCO LP™**   CSI COMPRESSCO SUB INC.

# INVOICE

| | |
|---|---|
| **SOLD TO:** | |
| KP ENGINEERING LP | |
| 5555 OLD JACKSONVILLE HIGHWAY | |
| TYLER TX 75703 | |

| | |
|---|---|
| **INVOICE NO:** | **244376RI** |
| **INVOICE DATE:** | **09/18/18** |
| **DUE DATE:** | **11/17/18** |
| **SERVICE DATE:** | **06/05/18** |

**SHIPPED TO:**
KP ENGINEERING LP
JOHNSON INLET UNITS
TX

County: UPTON

**CUSTOMER ID:** 6879466      **OUR ORDER NO:** 92865
**CUSTOMER PO:** J1711-248
**UNIT:** JOHNSON INLET UNITS
**PROJECT:** COMMISIONING AND START UP ON MULTIPLE UNITS

| WO # | ITEM# | QTY | U/M | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| | **LFO** | 23.99 | HR | 142.50 | 3,418.58 |
| | Lbr-Service Tech OT (billable) | | | | |
| | **SSM** | 1.00 | HR | 140.60 | 140.60 |
| | Shop Supplies | | | | |
| 6332680 | UNIT 412847 COMM & SU | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | |
| | **MIL** | 360.00 | EA | 1.65 | 594.00 |
| | MILEAGE | | | | |
| | **MISC** | 2.00 | EA | 500.00 | 1,000.00 |
| | pre grout alignment/flatness | | | | |
| | **LF** | 2.15 | HR | 95.00 | 204.25 |
| | Lbr-Service Tech (billable) | | | | |
| | **LFO** | 25.72 | HR | 142.50 | 3,665.10 |
| | Lbr-Service Tech OT (billable) | | | | |
| | **SSM** | 1.00 | HR | 135.43 | 135.43 |
| | Shop Supplies | | | | |
| 6332698 | UNIT 412848 COMM & SU | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | |

| | |
|---|---|
| **SUBTOTAL:** | |
| **SALES TAX:** | |
| **AMOUNT DUE:** | |

Please send remittance or credit card (Visa, MasterCard or American Express)
information to remit@csicompressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID:
Account:
ACH ABA#
Wire ABA#
Int'l Swift Code:

Continued

Please direct inquiries regarding this invoice to invoiceinquiry@csicompressco.com.

33192

 **COMPRESSCO LP™**    CSI COMPRESSCO SUB INC.

# INVOICE

| SOLD TO:                       |                  |            |
|--------------------------------|------------------|------------|
| KP ENGINEERING LP              | **INVOICE NO:**  | **244376RI** |
| 5555 OLD JACKSONVILLE HIGHWAY  | **INVOICE DATE:** | **09/18/18** |
| TYLER TX 75703                 | **DUE DATE:**    | **11/17/18** |
|                                | **SERVICE DATE:** | **06/05/18** |

| SHIPPED TO:          | CUSTOMER ID: 6879466        OUR ORDER NO: 92865 |
|----------------------|-------------------------------------------------|
| KP ENGINEERING LP    | CUSTOMER PO: J1711-248                           |
| JOHNSON INLET UNITS  | UNIT: JOHNSON INLET UNITS                        |
| TX                   | PROJECT: COMMISIONING AND START UP ON MULTIPLE UNITS |
| County: UPTON        |                                                 |

| WO #    | ITEM#                                          | QTY    | U/M | UNIT PRICE | EXT. PRICE |
|---------|------------------------------------------------|--------|-----|------------|------------|
|         | **MIL** MILEAGE                                | 710.00 | EA  | 1.65       | 1,171.50   |
|         | **MISC** pre grout alignment/flatness          | 2.00   | EA  | 500.00     | 1,000.00   |
|         | **LF** Lbr-Service Tech (billable)             | 11.05  | HR  | 95.00      | 1,049.75   |
|         | **LFO** Lbr-Service Tech OT (billable)         | 20.76  | HR  | 142.50     | 2,958.30   |
|         | **SSM** Shop Supplies                          | 1.00   | HR  | 140.28     | 140.28     |
| 6332701 | UNIT 412849 COMM & SU                          |        |     |            |            |
|         | .COMMISSION AND START UP UNITS PO#J1711-248     |        |     |            |            |
|         | **MIL** MILEAGE                                | 470.00 | EA  | 1.65       | 775.50     |
|         | **MISC** pre grout alignment/flatness          | 2.00   | EA  | 500.00     | 1,000.00   |
|         | **LF** Lbr-Service Tech (billable)             | 12.46  | HR  | 95.00      | 1,183.70   |

| | |
|---|---|
| **SUBTOTAL:** | |
| **SALES TAX:** | |
| **AMOUNT DUE:** | |

Please send remittance or credit card (Visa, MasterCard or American Express) information to remit@csicompressco.com and remit payment in USD to:

Continued

| Check Remittance: | ACH/Wire Information: | Tax ID |
|-------------------|----------------------|--------|
| P.O. Box 843960   | Bank of America, NA  | Account |
| Dallas, TX 75284-3960 | 100 West 33rd Street | ACH ABA# |
|                   | New York, NY 10001   | Wire ABA# |
|                   |                      | Intl Swift Code: |



CSI COMPRESSCO SUB INC.

33192

# INVOICE

| SOLD TO: | | INVOICE NO: | 244376RI |
|---|---|---|---|
| KP ENGINEERING LP | | INVOICE DATE: | 09/18/18 |
| 5555 OLD JACKSONVILLE HIGHWAY | | DUE DATE: | 11/17/18 |
| TYLER TX 75703 | | SERVICE DATE: | 06/05/18 |

| SHIPPED TO: | CUSTOMER ID: 6879466 | OUR ORDER NO: 92865 |
|---|---|---|
| KP ENGINEERING LP | CUSTOMER PO: J1711-248 | |
| JOHNSON INLET UNITS | UNIT: JOHNSON INLET UNITS | |
| TX | PROJECT: COMMISIONING AND START UP ON MULTIPLE UNITS | |
| County: UPTON | | |

| WO # | ITEM# | | QTY | U/M | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| | **LFO** | Lbr-Service Tech OT (billable) | 19.70 | HR | 142.50 | 2,807.25 |
| | **SSM** | Shop Supplies | 1.00 | HR | 139.68 | 139.68 |
| 6332719 | UNIT 412850 COMM & SU | | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | | |
| | **MIL** | MILEAGE | 275.00 | EA | 1.65 | 453.75 |
| | **MISC** | pre grout alignment/flatness | 2.00 | EA | 500.00 | 1,000.00 |
| | **LF** | Lbr-Service Tech (billable) | 17.38 | HR | 95.00 | 1,651.10 |
| | **LFO** | Lbr-Service Tech OT (billable) | 16.48 | HR | 142.50 | 2,348.40 |
| | **SSM** | Shop Supplies | 1.00 | HR | 139.98 | 139.98 |
| 6332727 | UNIT 412851 COMM & SU | | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | | |

| | |
|---|---|
| SUBTOTAL: | |
| SALES TAX: | |
| AMOUNT DUE: | |

Please send remittance or credit card (Visa, MasterCard or American Express) information to remit@csicompressco.com and remit payment in USD to:

Continued

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID
Account
ACH ABA#
Wire ABA#
Intl Swift Code:

Please direct inquiries regarding this invoice to invoiceinquiry@csicompressco.com.

33192

 **COMPRESSCO LP™**

CSI COMPRESSCO SUB INC.

# INVOICE

| **SOLD TO:** | | |
|---|---|---|
| KP ENGINEERING LP | | |
| 5555 OLD JACKSONVILLE HIGHWAY | | |
| TYLER TX 75703 | | |

| | |
|---|---|
| **INVOICE NO:** | **244376RI** |
| **INVOICE DATE:** | **09/18/18** |
| **DUE DATE:** | **11/17/18** |
| **SERVICE DATE:** | **06/05/18** |

**SHIPPED TO:**
KP ENGINEERING LP
JOHNSON INLET UNITS
TX

County: UPTON

**CUSTOMER ID:** 6879466     **OUR ORDER NO:** 92865
**CUSTOMER PO:** J1711-248
**UNIT:** JOHNSON INLET UNITS
**PROJECT:** COMMISIONING AND START UP ON MULTIPLE UNITS

| WO # | ITEM# | QTY | U/M | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| | **MIL** <br> MILEAGE | 110.00 | EA | 1.65 | 181.50 |
| | **MISC** <br> pre grout alignment/flatness | 2.00 | EA | 500.00 | 1,000.00 |
| | **SS1-75ASX2-ACE** <br> ROTACHOCK MODEL SPHERICALWASHR | 4.00 | EA | 101.54 | 406.16 |
| | **LF** <br> Lbr-Service Tech (billable) | 11.64 | HR | 95.00 | 1,105.80 |
| | **LFO** <br> Lbr-Service Tech OT (billable) | 19.83 | HR | 142.50 | 2,825.78 |
| | **SSM** <br> Shop Supplies | 1.00 | HR | 137.61 | 137.61 |
| 6332735 | UNIT 412852 COMM & SU | | | | |
| | .COMMISSION AND START UP UNITS PO#J1711-248 | | | | |
| | **MIL** <br> MILEAGE | 370.00 | EA | 1.65 | 610.50 |
| | **MISC** <br> pregrout alignment/flatness | 2.00 | EA | 500.00 | 1,000.00 |

| | |
|---|---|
| **SUBTOTAL:** | |
| **SALES TAX:** | |
| **AMOUNT DUE:** | |

Please send remittance or credit card (Visa, MasterCard or American Express) information to remit@csicompressco.com and remit payment in USD to:

Continued

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID:
Account:
ACH ABA#
Wire ABA#
Int'l Swift Code:

Please direct inquiries regarding this invoice to invoiceinquiry@csicompressco.com.

33192

 **COMPRESSCO LP™**     CSI COMPRESSCO SUB INC.     # INVOICE

| SOLD TO: | | INVOICE NO: | **244376RI** |
|---|---|---|---|
| KP ENGINEERING LP | | INVOICE DATE: | **09/18/18** |
| 5555 OLD JACKSONVILLE HIGHWAY | | DUE DATE: | **11/17/18** |
| TYLER TX 75703 | | SERVICE DATE: | **06/05/18** |

**SHIPPED TO:**
KP ENGINEERING LP
JOHNSON INLET UNITS
TX

County: UPTON

**CUSTOMER ID:** 6879466          **OUR ORDER NO:** 92865
**CUSTOMER PO:** J1711-248
**UNIT:** JOHNSON INLET UNITS
**PROJECT:** COMMISIONING AND START UP ON MULTIPLE UNITS

| WO # | ITEM# | QTY | U/M | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| | **LF** <br> Lbr-Service Tech (billable) | 23.69 | HR | 95.00 | 2,250.55 |
| | **LFO** <br> Lbr-Service Tech OT (billable) | 11.68 | HR | 142.50 | 1,664.40 |
| | **SSM** <br> Shop Supplies | 1.00 | HR | 137.02 | 137.02 |

| | |
|---|---|
| **SUBTOTAL:** | **66,459.61** |
| **SALES TAX:** | |
| **AMOUNT DUE:** | **66,459.61  USD** |

Please send remittance or credit card (Visa, MasterCard or American Express) information to remit@csicompressco.com and remit payment in USD to:

**Check Remittance:**
P.O. Box 843960
Dallas, TX 75284-3960

**ACH/Wire Information:**
Bank of America, NA
100 West 33rd Street
New York, NY 10001

Tax ID:
Account
ACH ABA#
Wire ABA
Intl Swift Code:

Please direct inquiries regarding this invoice to invoiceinquiry@csicompressco.com.          PAGE 9 OF 9

# PROOF OF CLAIM EXHIBIT "B"

## BASIS FOR CSI COMPRESSCO LP'S CLAIM
### Through August 23, 2019

|  |  |
|---|---|
| **Amount of Secured Invoices:** | **$ 2,368,333.28** |
| **Attorney Fees and Expenses:** | **$      39,289.86** |
| **Total Amount of Claim:** | **$ 2,407,623.14** |

CSI Compressco LP ("<u>Compressco</u>"), provided goods and/or services to KP Engineering, LP ("<u>KPE</u>") in connection with the Debtors' oil and gas operations in Midland County, in the State of Texas, including without limitation, goods and services for the use in the wells listed below (the "<u>Mineral Property</u>"):

| **MINERAL PROPERTY** |
|---|
| All that certain leasehold interest, tract or parcel of land, including any pipeline and/or pipeline right-of-way, located in **MIDLAND** County, Texas, containing approximately <u>**160.0**</u> acres of land, more or less, located in the **SOUTHWEST QUARTER (SW/4)** of **SURVEY NO. 27, TOWNSHIP 4 SOUTH, BLOCK 37, T&P RR CO SURVEY, MIDLAND** County, Texas, and being more commonly known as the ***<u>Johnson Cryogenic Gas Processing Facility and System</u>***.<br><br>Said property is commonly known as: **38001 FM 1379, Midland, Texas 79706**. |

Compressco performed labor and/or provided materials to KPE as the operator and/or owner of the wells listed above. KPE directly benefited from the work performed by Compressco. Compressco submitted its invoices directly to KPE who failed to timely pay the invoices. Compressco timely filed its Lien Claimant's Affidavits Against Oil, Gas and Other Mineral Property (the "<u>Liens</u>") on the properties listed above with the corresponding County Clerk's Office in Midland County, in the State of Texas. The Lien attaches to the underlying leases and to KPE's interests in the Mineral Property. Claimant's Lien is attached as **Exhibit "A"** to the Proof of Claim.

To the extent that interest may be owed on this claim, Compressco applied the legal interest rate of 6% per annum beginning 60 days from the invoice date through the date of bankruptcy case filing.  Interest will continue to accrue at the rate of 6% per annum until paid. *See* 11 U.S.C. §§ 502, 506 and relevant state statutory lien law.

Compressco is entitled to attorney's fees incurred to seek the collection of amounts due. The legal basis for this recovery is pursuant to the parties' contract, applicable federal law and applicable state law.  *See* 11 U.S.C. §§ 502, 506 and relevant state statutory lien law.

Debtor: KP Engineering, LP, et al.

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

Case Number: 19-34698

**FILED**

Claim No. 56

**January 03, 2020**

By Omni Claims Agent
For U.S. Bankruptcy Court
Southern District of Texas

Official Form 410

**Proof of Claim**

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Carefully read instructions included with this Proof of Claim before completing.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Credos Industrial Supplies & Rentals LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor      dba, Credos Fabrications, LLC

**2. Has this claim been acquired from someone else?**

[X] No
[ ] Yes   From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Craig M. Daugherty

100 Independence Place, Ste 300

Tyler, TX 75703

Contact Phone   903-509-1100

Contact email   craigd@beardandharris.com

Where should payments to the creditor be sent? (if different)

Credos Fabrications, LLC

P O Box 199

Quitman, MS 39355

Contact Phone   251-751-7010

Contact email   sjohnson@credosfab.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

_____

**4. Does this claim amend one already filed?**

[X] No
[ ] Yes   Claim Number on court claims registry (if known) _____   Filed On _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No
[ ] Yes   Who made the earlier filing? _____

Official Form 410                        **Proof of Claim**                        Page 1

EXHIBIT "5"

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|-------------------------------------------------------------------|

**6.** **Do you have any number you use to identify the debtor?**
☒ No
☐ Yes   Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7.** **How much is the claim?**
$ 1,004,471.83

**Does this amount include interest or other charges?**
☐ No
☒ Yes   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information

Services performed

**9.** **Is all or part of the claim secured?**
☒ No
☐ Yes   The claim is secured by a lien on property

**Nature of property:**
☐ Real Estate   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*
☐ Motor Vehicle
☐ Other   Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

**Value of Property:** $ _____
**Amount of the claim that is secured:** $ _____
**Amount of the claim that is unsecured:** $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7).

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate:**   (when case was filed)   _____%
☒ Fixed
☐ Variable

**10.** **Is this claim based on a lease?**
☒ No
☐ Yes   **Amount necessary to cure any default as of the date of the petition.** $ _____

**11.** **Is this claim subject to a right of setoff?**
☒ No
☐ Yes   Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

[X] No

[ ] Yes    *Check all that apply*

**Amount entitled to priority**

[ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

[ ] Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

[ ] Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

[ ] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

[ ] Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5).

$ _____

[ ] Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$ _____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it.**
**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

[ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

[ ] I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   1/3/2020
                   MM / DD / YYYY

Craig M. Daugherty
Signature

**Print the name of the person who is completing and signing this claim:**

Name         Craig M. Daugherty
             First Name          Middle Name          Last Name

Title        

Company      Daugherty Law Firm
             Identify the corporate servicer as the company if the authorized agent is a servicer.
             100 Independence Place, Ste 300

Address      

             Tyler, TX 75703

Contact Phone   903-509-1100          Email    craigd@beardandharris.com

---

Official Form 410                    **Proof of Claim**                    Page 3

**Summary of Debt Owed**

**to Credos Fabrications, LLC as of 8/22/2019**

| Inv # | Inv Date | Date Due | Amount | Interest at 6% before date of filing |
|---|---|---|---|---|
| 200-2.17 | 7-10-18 | 8-9-18 | $184,473.25 | $11,068.40 |
| 200-2.18 | 7-17-18 | 8-16-18 | 225,864.25 | 13,551.86 |
| 200-2.19 | 7-24-18 | 8-23-18 | 206,542.01 | 11,359.81 |
| 200-2.21 | 8-7-18 | 9-6-18 | 102,090.25 | 5,614.96 |
| 200-2.20 | 7-31-18 | 8-30-18 | 182,448.00 | 10,034.64 |
| 200-3.1 | 7-31-18 | 8-30-18 | 20,360.00 | 1,119.80 |
| 200-3.2 | 7-31-18 | 8-30-18 | 1,212.00 | 66.66 |
| 200-3.3 | 7-31-18 | 8-30-18 | 675.00 | 37.13 |
| 200-3.4 | 7-31-18 | 8-30-18 | 838.00 | 46.09 |
| 200-3.5 | 7-31-18 | 8-30-18 | 1,105.00 | 60.78 |
| 200-3.6 | 7-31-18 | 8-30-18 | 1,782.50 | 98.04 |
| 200-3.7 | 7-31-18 | 8-30-18 | 647.50 | 35.61 |
| 200-3.8 | 8-7-18 | 9-6-18 | 2,470.00 | 135.85 |
| Total | | | $930,507.76 | $53,229.63 |
| 39 | Attorney fees | As of date of filing | $20,734.44 | |
| Totals | | | | $1,004,471.83 |

**Credos Statement 1**

**Credos Fabrications, LLC**
rjohnson@credosfab.com
PO Box 199
Quitman, MS  39355
USA

Voice:    251-751-7010
Fax:

# INVOICE

Invoice Number:  200-2.17
Invoice Date:    7/10/18
Page:            1

*Duplicate*

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX  75703-3379

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| J1711-192/2 | Net 30 Days | | 8/9/18 |

| Description | Amount |
|---|---|
| Week 7-2 to 7-8-18 | |
| 1 Project Manager @ 66 hrs | 7,110.00 |
| 1 Pipe Superintendent @ 42 hrs | 3,440.00 |
| 1 Pipe Fitter Foreman @ 43 hrs | 2,870.00 |
| 1 Foreman @ 65 hrs | 5,037.50 |
| 5 Welders @ 325 hrs | 19,375.00 |
| 3 Welder helpers @ 193.5 hrs | 8,519.25 |
| 4 Pipe Fitter @ 260 hrs | 17,050.00 |
| 1 Operator @ 53 hrs | 2,796.50 |
| 22 Skilled Laborers @ 1290.5 hrs | 68,310.00 |
| 1 Corporate Office Manager @ 12 hrs | 420.00 |
| 5 Welding trucks @ 325 hrs | 14,625.00 |
| 1 Tool trailer @ 6 days | 2,100.00 |
| 1- 1 ton truck @ 6 days | 1,500.00 |
| Per Diem x 216 | 31,320.00 |

Check/Credit Memo N

| | |
|---|---|
| Subtotal | 184,473.25 |
| Sales Tax | |
| Total Invoice Amount | 184,473.25 |
| Payment/Credit Applied | |
| **TOTAL** | **184,473.25** |

**Credos Statement 2**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS  39355
USA

Voice:    251-751-7010
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 200-2.18 |
| Invoice Date: | 7/17/18 |
| Page: | 1 |

*Duplicate*

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX  75703-3379

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| J1711-192/2 | Net 30 Days | | 8/16/18 |

| Description | Amount |
|---|---|
| Week 7-9 thru 7-15-18  Per Diem x 242 | 35,090.00 |
| 1 Project Manager @ 64 hrs | 6,840.00 |
| 1 Pipe Superintendent @ 64 hrs | 6,080.00 |
| 1 Pipe Fitter Foreman @ 57.5 hrs | 4,175.00 |
| 1 Welding Foreman @ 42 hrs | 2,980.00 |
| 2 Foremen @ 96 hrs | 7,345.00 |
| 6 Welders @ 301 hrs | 17,575.00 |
| 2 Welder's helpers @ 113.5 | 4,819.25 |
| 4 Pipe Fitters @ 196.5 hrs | 12,320.00 |
| 1 Operator @ 11 hrs | 517.00 |
| 29 Skilled Laborers @ 1569 hrs | 82,158.75 |
| 1 Corporate Office Manager @ 12 hrs | 420.00 |
| 6 Welding Trucks @ 301 hrs | 13,545.00 |
| 1 Tool Trailer @ 6 days | 2,100.00 |
| 1- 1 Ton Truck@ 6 days | 1,500.00 |
| F&R Inv 9691 welding Procedures | 3,105.00 |
| F&R Inv 9431 welding procedures | 17,531.75 |
| F&R Inv 9455 Welding procedures | 1,322.50 |
| F&R Inv 9471 Welding procedures | 2,817.50 |
| F&R Inv 9597 welding Procedures | 3,622.50 |

Check/Credit Memo N

| | |
|---|---|
| Subtotal | 225,864.25 |
| Sales Tax | |
| Total Invoice Amount | 225,864.25 |
| Payment/Credit Applied | |
| **TOTAL** | **225,864.25** |

**Credos Statement 3**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS  39355
USA

Voice:    251-751-7010
Fax:

# INVOICE

Invoice Number:  200-2.19
Invoice Date:      7/24/18
Page:                  1

*Duplicate*

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX  75703-3379

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| J1711-192/2 | Net 30 Days | | 8/23/18 |

| Description | Amount |
|---|---|
| Week 7-16 to 7-22-18 | |
| 1 Project manager @ 58 hrs | 6,030.00 |
| 1 Pipe Superintendent @ 47 hrs | 4,040.00 |
| 1 Pipe Fitter Foreman @ 58 hrs | 4,220.00 |
| 1 Welding Foreman @ 65 hrs | 4,850.00 |
| 2 Foremen @ 136 hrs | 10,660.00 |
| 4 Welders @ 242 hrs | 14,150.00 |
| 1 Welders Helpers @ 61 hrs | 2,645.50 |
| 2 Pipe Fitters @ 126 hrs | 8,195.00 |
| 29 Skilled Laborers @ 1826 hrs | 97,155.00 |
| 1 Corporate Office Manger @ 14 hrs | 490.00 |
| 4 Welding trucks @ 242 hrs | 10,890.00 |
| 1 Tool trailer @ 7 days | 2,450.00 |
| 1- 1 ton truck @ 7 days | 1,750.00 |
| 1- 1/2 ton truck @ 5 days | 1,000.00 |
| Per Diem x 261 | 37,845.00 |
| Ink- see attached receipt | 59.60 |
| Ink- see attached receipt | 62.03 |
| Fuel- see attached receipt | 49.88 |

| | | |
|---|---|---|
| | Subtotal | 206,542.01 |
| | Sales Tax | |
| | Total Invoice Amount | 206,542.01 |
| Check/Credit Memo N | Payment/Credit Applied | |
| | **TOTAL** | **206,542.01** |

**Credos Statement 4**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS  39355
USA

Voice:    251-751-7010
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 200-2.20 |
| Invoice Date: | 7/31/18 |
| Page: | 1 |

*Duplicate*

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX  75703-3379

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| J1711-192/2 | Net 30 Days | | 8/30/18 |

| Description | Amount |
|---|---|
| week 7-23 to 7-29-18 | |
| 1 Project Manager @ 58 hrs | 6,210.00 |
| 1 Pipe Superintendent @ 61 hrs | 5,720.00 |
| 1 Pipe Fitter Foreman @ 52 hrs | 3,680.00 |
| 2 Foremen @ 115 hrs | 8,612.50 |
| 1 Office Manager @ 35 hrs | 1,417.50 |
| 3 Welders @ 165 hrs | 9,925.00 |
| 2 Welder Helpers @ 116 hrs | 5,143.00 |
| 2 Pipe Fitters @ 89 hrs | 5,747.50 |
| 29 Skilled Laborers @ 1717 hrs | 90,472.50 |
| 1 Corporate Office Manager @ 12 hrs | 420.00 |
| 3 Welding Trucks @ 165 hrs | 7,425.00 |
| 1 Tool Trailer @ 6 days | 2,100.00 |
| 1- 1 ton truck @ 6 days | 1,500.00 |
| Per Diem x 235 | 34,075.00 |

| | | |
|---|---|---|
| | Subtotal | 182,448.00 |
| | Sales Tax | |
| | Total Invoice Amount | 182,448.00 |
| Check/Credit Memo N | Payment/Credit Applied | |
| | **TOTAL** | **182,448.00** |

**Credos Statement 5**

**Credos Fabrications, LLC**
rjohnson@credosfab.com
PO Box 199
Quitman, MS 39355
USA

Voice:    251-751-7010
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 200-2.21 |
| Invoice Date: | 8/7/18 |
| Page: | 1 |

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX 75703-3379

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| J-1711-192/2 | Net 30 Days | | 9/6/18 |

| Description | Amount |
|---|---|
| Week 7/30 to 8/5/18 | |
| 1 Project Manager @ 38.5 hrs | 3,465.00 |
| 1 Pipe Superintendent @ 27.5 hrs | 2,200.00 |
| 1 Pipe Fitter Foreman @ 38.5 hrs | 2,502.50 |
| 2 Foremen @ 66 hrs | 4,290.00 |
| 1 Office Manager @ 35 hrs | 1,225.00 |
| 3 Welders @ 102.5 hrs | 5,125.00 |
| 2 Welder Helpers @ 77 hrs | 2,849.00 |
| 2 Pipe Fitters @ 62.5 hrs | 3,437.50 |
| 29 Skilled Laborers @ 1018 hrs | 45,810.00 |
| 1 Corporate Office Manager @ 8 hrs | 280.00 |
| 3 Welding Trucks @ 102.5 hrs | 4,612.50 |
| 1 Tool Trailer @ 4.25 days | 1,487.50 |
| 1- 1ton truck @ 4.25 days | 1,062.50 |
| Per Diem x 163.75 | 23,743.75 |

Check/Credit Memo No

| | |
|---|---|
| Subtotal | 102,090.25 |
| Sales Tax | |
| Total Invoice Amount | 102,090.25 |
| Payment/Credit Applied | |
| **TOTAL** | **102,090.25** |

**Credos Statement 6**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS  39355
USA

Voice:    251-751-7010
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 200-3.1 |
| Invoice Date: | 7/31/18 |
| Page: | 1 |

*Duplicate*

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX  75703-3379

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 30 Days | | 8/30/18 |

| Description | Amount |
|---|---|
| TARGA/KPE DRiver Plant - week 7-23 to 7-29-18 | |
| 1 Welding Foreman @ 56 hrs | 4,040.00 |
| 1 Welder @ 63 hrs | 3,725.00 |
| 2 Skilled Laborers @ 104 hrs | 5,715.00 |
| 1 Welding Truck @ 63 hrs | 2,835.00 |
| 1 - 1/2 ton truck @ 5 days | 1,000.00 |
| Per Diem x 21 | 3,045.00 |

Check/Credit Memo N

| | |
|---|---|
| Subtotal | 20,360.00 |
| Sales Tax | |
| Total Invoice Amount | 20,360.00 |
| Payment/Credit Applied | |
| **TOTAL** | **20,360.00** |

**Credos Statement 7**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS 39355
USA

Voice:   251-751-7010
Fax:

# INVOICE

| | | |
|---|---|---|
| Invoice Number: | 200-3.2 |
| Invoice Date: | 7/31/18 |
| Page: | 1 |

*Duplicate*

| Bill To: |
|---|
| KPE
5555 Old Jacksonville HWY
Tylertown, TX 75703-3379 |

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 30 Days | | 8/30/18 |

| Description | Amount |
|---|---|
| RFI # 072  Date 7-24-18 | |
| 1 Project Manager @ 1 hr | 90.00 |
| 1 Welder @ 6 hrs | 300.00 |
| 1 Welder Helper @ 6 hrs | 222.00 |
| 1 Pipe Fitter @ 6 hrs | 330.00 |
| 1 Welding truck @ 6 hrs | 270.00 |

Check/Credit Memo No

| | |
|---|---|
| Subtotal | 1,212.00 |
| Sales Tax | |
| Total Invoice Amount | 1,212.00 |
| Payment/Credit Applied | |
| **TOTAL** | **1,212.00** |

**Credos Statement 8**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS  39355
USA

Voice:    251-751-7010
Fax:

# INVOICE

Invoice Number:  200-3.3
Invoice Date:     7/31/18
Page:             1

*Duplicate*

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX  75703-3379

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
|  | Net 30 Days |  | 8/30/18 |

| Description | Amount |
|---|---|
| RFI # 80  Date 7-23-18 |  |
| 1 Project Manager @ 1 hr | 90.00 |
| 1 Welder @ 3 hrs | 150.00 |
| 1 Pipe Fitter @ 3 hrs | 165.00 |
| 1 Skilled Laborer @ 3 hrs | 135.00 |
| 1 Welding Truck @ 3 hrs | 135.00 |

| | |
|---|---|
| Subtotal | 675.00 |
| Sales Tax | |
| Total Invoice Amount | 675.00 |
| Payment/Credit Applied | |
| **TOTAL** | **675.00** |

Check/Credit Memo N

**Credos Statement 9**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS 39355
USA

Voice: 251-751-7010
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 200-3.4 |
| Invoice Date: | 7/31/18 |
| Page: | 1 |

*Duplicate*

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX 75703-3379

Customer ID: KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 30 Days | | 8/30/18 |

| Description | Amount |
|---|---|
| RFI # 71   Date 7-25-18 | |
| 1 Project manager @ 1 hr | 90.00 |
| 1 Welder @ 4 hrs | 200.00 |
| 1 Welder Helper @ 4 hrs | 148.00 |
| 1 Pipe Fitter @ 4 hrs | 220.00 |
| 1 Welding Truck @ 4 hrs | 180.00 |

Check/Credit Memo N

| | |
|---|---|
| Subtotal | 838.00 |
| Sales Tax | |
| Total Invoice Amount | 838.00 |
| Payment/Credit Applied | |
| **TOTAL** | **838.00** |

**Credos Statement 10**

**Credos Fabrications, LLC**
rjohnson@credosfab.com
PO Box 199
Quitman, MS 39355
USA

Voice: 251-751-7010
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 200-3.5 |
| Invoice Date: | 7/31/18 |
| Page: | 1 |

*Duplicate*

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX 75703-3379

Customer ID: KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 30 Days | | 8/30/18 |

| Description | Amount |
|---|---|
| RFI # 49  Date 7-27-18 | |
| 1 Project manager @ 1 hr OT | 135.00 |
| 1 Welder @ 4 hrs  OT | 300.00 |
| 1 Pipe Fitter @ 4 hrs | 220.00 |
| 1 Skilled Laborer @ 4 hrs  OT | 270.00 |
| 1 Welding Truck @ 4 hrs | 180.00 |

| | | |
|---|---|---|
| | Subtotal | 1,105.00 |
| | Sales Tax | |
| | Total Invoice Amount | 1,105.00 |
| Check/Credit Memo N | Payment/Credit Applied | |
| | **TOTAL** | **1,105.00** |

**Credos Statement 11**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS  39355
USA

Voice:    251-751-7010
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 200-3.6 |
| Invoice Date: | 7/31/18 |
| Page: | 1 |

*Duplicate*

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX  75703-3379

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 30 Days | | 8/30/18 |

| Description | Amount |
|---|---|
| RFI # 30  Date 7-27-18 | |
| 1 Project manager @ 1 hr OT | 135.00 |
| 1 Welder @ 5 hrs  OT | 375.00 |
| 1 Pipe Fitter @ 5 hrs | 275.00 |
| 1 Skilled Laborer @ 5 hrs OT | 337.50 |
| 1 Welding Truck @ 5 hrs | 225.00 |
| Per Diem x 3 | 435.00 |

| | | |
|---|---|---|
| Check/Credit Memo N | Subtotal | 1,782.50 |
| | Sales Tax | |
| | Total Invoice Amount | 1,782.50 |
| | Payment/Credit Applied | |
| | **TOTAL** | **1,782.50** |

**Credos Statement 12**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS  39355
USA

# INVOICE

| | |
|---|---|
| Invoice Number: | 200-3.7 |
| Invoice Date: | 7/31/18 |
| Page: | 1 |

*Duplicate*

Voice:    251-751-7010
Fax:

| Bill To: |
|---|
| KPE |
| 5555 Old Jacksonville HWY |
| Tylertown, TX  75703-3379 |

Customer ID:  KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 30 Days | | 8/30/18 |

| Description | Amount |
|---|---|
| RFI # 84  Date 7-27-18 | |
| 1 Project manager @ 1 hr OT | 135.00 |
| 1 Welder @ 2 hrs OT | 150.00 |
| 1 Pipe Fitter 1 RT hr and 1 OT hr | 137.50 |
| 1 Skilled Laborer @ 2 hrs OT | 135.00 |
| 1 Welding Truck @ 2hrs | 90.00 |

Check/Credit Memo N

| | |
|---|---|
| Subtotal | 647.50 |
| Sales Tax | |
| Total Invoice Amount | 647.50 |
| Payment/Credit Applied | |
| **TOTAL** | **647.50** |

**Credos Statement 13**

# Credos Fabrications, LLC

rjohnson@credosfab.com
PO Box 199
Quitman, MS 39355
USA

Voice: 251-751-7010
Fax:

# INVOICE

| Invoice Number: | 200-3.8 |
|---|---|
| Invoice Date: | 8/7/18 |
| Page: | 1 |

**Bill To:**

KPE
5555 Old Jacksonville HWY
Tylertown, TX 75703-3379

Customer ID: KPE

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 30 Days | | 9/6/18 |

| Description | Amount |
|---|---|
| TARGA/KPE Driver Plant - Week 7/30 to 8/5/18 | |
| 1 Welder @ 11 hrs | 550.00 |
| 2 Skilled Laborers @ 22 hrs | 990.00 |
| 1 Welding Truck @ 11 hrs | 495.00 |
| Per Diem x 3 | 435.00 |

| | | |
|---|---|---|
| | Subtotal | 2,470.00 |
| | Sales Tax | |
| | Total Invoice Amount | 2,470.00 |
| Check/Credit Memo N | Payment/Credit Applied | |
| | **TOTAL** | **2,470.00** |

**Credos Statement 14**

# Daugherty Law Firm

Craig M. Daugherty
100 Independence Pl. #300
Tyler, TX 75703

Invoice submitted to:

Credos Fabrications, LLC
KP Eng. matter

1/2/2020

| Project | |
|---------|--|
| | |

| Invoice # |
|-----------|
| 39 |

Due Date

2/1/2020

| Date | Description | Rate | Time | Work by | Amount |
|------|-------------|------|------|---------|--------|
| 11/17/2018 | legal research; review of party pleadings; draft of answer and counter-claim; efile same | 300.00 | 3.5 | CD | 1,050.00 |
| 12/14/2018 | Review of KPE motion to serve additional third party defendants; draft of response; efile response; email to and from Targa counsel | 300.00 | 1.75 | CD | 525.00 |
| 12/15/2018 | Review of client documents; continued revision of discovery requests to KPE; preparation of discovery exhibit; emails from client with attachments; email to client; email from and to co-defendant counsel; email from efile system re error | 300.00 | 3 | CD | 900.00 |
| 12/16/2018 | Review of client documents and continued drafting of discovery requests to KPE | 300.00 | 1.8 | CD | 540.00 |
| 12/18/2018 | email to co-defendant counsel re date for hearing our motion; emails from co-defendant counsel; review of online court docket listing filings by other parties | 300.00 | 0.75 | CD | 225.00 |
| 12/19/2018 | phone conference with client; email to client re questions about invoices | 300.00 | 0.8 | CD | 240.00 |
| 12/21/2018 | review of client documents; revision of discovery requests to opposing parties; efile discovery | 300.00 | 2.75 | CD | 825.00 |
| | **Total** | | | | |
| | **Payments/Credits** | | | | |
| | **Balance Due** | | | | |

**Credos Statement 15**

# Daugherty Law Firm

Craig M. Daugherty
100 Independence Pl. #300
Tyler, TX 75703

Invoice submitted to:

Credos Fabrications, LLC
KP Eng. matter

1/2/2020

| Project |
|---------|
|         |

| Invoice # |
|-----------|
| 39        |

Due Date

2/1/2020

| Date | Description | Rate | Time | Work by | Amount |
|------|-------------|------|------|---------|--------|
| 1/3/2019 | email from Hancock attorney re setting hearing on Motion for Entry of Scheduling Order; return email; email to court coordinator re hearing on my motion; phone conference with Targa attorney about scheduling hearing on our objection to KPE's motion to add third parties; email to Targa attorney | 300.00 | 0.5 | CD | 150.00 |
| 1/3/2019 | receipt and review of Targa produced documents; emails from client; email to client | 300.00 | 0.75 | CD | 225.00 |
| 1/24/2019 | receipt and review of KPE responses to discovery; phone conference with Hancock attorney; email to client | 300.00 | 1 | CD | 300.00 |
| 1/29/2019 | phone conference with KPE attorney; phone conference with Hancock attorney | 300.00 | 0.8 | CD | 240.00 |
| 1/29/2019 | receipt and review of KPE's response to discovery; email to client | 300.00 | 0.75 | CD | 225.00 |
| 6/27/2019 | legal research; review other party's pleadings; review of client documents; draft motion for partial summary judgment; efile same; email to client | 300.00 | 4.25 | CD | 1,275.00 |
| 7/17/2019 | emails from and to counsel re filings and hearing in Midland | 300.00 | 0.3 | CD | 90.00 |
| 7/17/2019 | review file documents to prepare for mediation; emails from counsel and court coordinator re hearing on motion for summary judgment; emails to counsel and court coordinator re same; draft position statement to mediator | 300.00 | 2.75 | CD | 825.00 |
| | **Total** | | | | |
| | **Payments/Credits** | | | | |
| | **Balance Due** | | | | |

**Credos Statement 16**

# Daugherty Law Firm

Craig M. Daugherty
100 Independence Pl. #300
Tyler, TX 75703

Invoice submitted to:

Credos Fabrications, LLC
KP Eng. matter

1/2/2020

| Project |
| --- |
| |

| Invoice # |
| --- |
| 39 |

Due Date

2/1/2020

| Date | Description | Rate | Time | Work by | Amount |
| --- | --- | --- | --- | --- | --- |
| 7/22/2019 | review file documents and revise response to Targa request for discovery; emails from client; email to client | 300.00 | 2.75 | CD | 825.00 |
| 7/23/2019 | review file documents; preparation of document production to Targa; emails from client; phone conference with counsel for KPE; email from mediator; email to client | 300.00 | 2.3 | CD | 690.00 |
| 7/24/2019 | emails from client; review and revise response to Targa discovery requests; phone conference with client; email to client | 300.00 | 1.4 | CD | 420.00 |
| 8/22/2019 | emails from counsel; phone conferences with counsel; review of pleadings; preparation for summary judgment hearing | 300.00 | 1.5 | CD | 450.00 |
| 8/23/2019 | email from opposing counsel; review of bankruptcy petition; email to client | 300.00 | 0.4 | CD | |
| 9/12/2019 | attempt to call client; email to client | 300.00 | 0.25 | CD | |
| 11/7/2019 | Internet research re filings in KPE bankruptcy in Houston and Hancock's suit against KPE ; phone conference with bankruptcy trustee; emails from case counsel; draft forms for permission to enter cases; phone conference with client | 300.00 | 4.25 | CD | |
| 11/12/2019 | Internet research re admission to U.S. Western District Court; draft motion for permission to appear; mail to clerk; email to counsel of record | 300.00 | 0.4 | CD | |
| | **Total** | | | | |
| | **Payments/Credits** | | | | |
| | **Balance Due** | | | | |

**Credos Statement 17**

# Daugherty Law Firm

Craig M. Daugherty
100 Independence Pl. #300
Tyler, TX 75703

Invoice submitted to:

Credos Fabrications, LLC
KP Eng. matter

1/2/2020

| Project | |
|---|---|
| | |

| Invoice # |
|---|
| 39 |

Due Date

2/1/2020

| Date | Description | Rate | Time | Work by | Amount |
|---|---|---|---|---|---|
| 11/26/2019 | receipt and review of orders from Federal courts; draft motions to appear in Southern Dist. courts; Fedex motions; email to client | 300.00 | 0.75 | CD | |
| | | | | Reimb... | |
| 11/12/2019 | Application for Admission to US Western Dist Ct | 100.00 | | | |
| 11/14/2019 | Fedex motion to appear in Southern U.S. courts | 27.35 | | | |
| | Total Reimbursable Expenses | | | | |
| 7/19/2019 | conference call with case counsel | 300.00 | 0.5 | CD | 150.00 |
| 7/30/2019 | travel to Houston and attend mediation conference; return to Tyler | 300.00 | 12.5 | CD | 3,750.00 |
| 8/1/2019 | cumulative summary review of filings in Midland cases | 300.00 | 14.5 | CD | 4,350.00 |
| 11/19/2019 | conference call with case counsel | 300.00 | 0.5 | CD | 150.00 |
| | | | | Reimb... | |
| 7/16/2019 | AA flight to Midland for hearing (cancelled) | 219.82 | | | 219.82 |
| 7/30/2019 | mileage to Houston and return | 247.08 | | | 247.08 |
| | Total Reimbursable Expenses | | | | 466.90 |
| 8/1/2019 | summary review of filings in Midland cases | 85.00 | 23.5 | PM | 1,997.50 |

| | Total | $20,734.44 |
|---|---|---|
| | Payments/Credits | $0.00 |
| | Balance Due | $ |

**Credos Statement 18**

# United States Bankruptcy Court for the:

Fill in this information to identify the case:

Debtor 1    Kp Engineering, Lp

Debtor 2
(Spouse, if filing)

Case number    19-34698

United States Courts
Southern District of Texas
F I L E D

NOV 1 8 2019

David J. Bradley, Clerk of Court

Official Form 410

# Proof of Claim

**Read the instructions before filling out this form. This form is for making a claim payment in a bankruptcy case. Do not use this form to make a request or payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must **leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attached redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgements, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500.00, imprisoned for up to five years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about this claim as of the date the case was filed. This date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current Creditor?** | Euler Hermes N. A. Insurance Co. Agent of Dnow L.p. Claim Id  000434155 |
| | Name of current creditor (The person or entity to be  paid for this claim) |
| **2. Has the claim been acquired from someone else?** | ☒ No<br>☐ Yes |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g) | **Where should notices to the creditor be sent?**<br><br>Euler Hermes North America Insurance Company<br>Name<br>800 Red Brook Blvd.<br>Number      Street<br>Owings Mills          Md.          21117<br>City          State          Zip Code<br><br>Contact Phone _____<br><br>Contact email EHNAInsolvencies@eulerhermes.com | **Where should payments to the creditor be sent?  (if different)**<br><br>_____<br>Name<br>_____<br>Number      Street<br>_____<br>City          State          Zip Code<br><br>Contact Phone _____<br><br>Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_____ | |
| **4. Does this claim amend one already filed?** | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____       Filed on _____<br>MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

EXHIBIT "6"

698-39
TS

**Part 2:** Give Information About the claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| **7. How much is the claim?** | 462,158.03      Does this amount include interest or other charges?<br>☒ No.<br>☐ Yes. Attach statement itemizing interest fess, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.    Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Goods and services _____ |
| **9. Is all or part of the claim secured?** | ☒ No.<br>☐ Yes.    The claim is secured by a lien on property.<br>     **Nature of property:**<br>     ☐ Real estate. If the claim is secured by a debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>     ☐ Motor vehicle<br>     ☐ Other. Describe: _____<br><br>     **Basis for perfection:** _____<br>     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, mortgage, lien, certificate of title, financing statement, or other document that shoes the lien has been filed or recoded.)<br><br>     **Value of property:**      $_____<br>     **Amount of the claim that is secured:**      $_____<br>     **Amount of the claim that is unsecured:**      $_____ (The sum of the secured and unsecured Amounts should match the amount in line 7.)<br><br>     **Amount of necessary to cure any default as of the date of the petition:** $ _____<br><br>     Annual Interest rate (when case was filed) _____%<br>     ☐ Fixed<br>     ☐ Variable |
| **10. Is this claim based on a lease?** | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| **11. Is this claim subject to a right of setoff** | ☒ No<br>☐ Yes. Identify the property |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C § 507(a)? | ☒ No | | |
|---|---|---|---|
| | ☐ Yes. Check one: | | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C § (507(a)(1)(A) or (a)(1)(B) | | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C § 507(a)(7) | | $ _____ |
| | ☐ Wages, salaries, or commissions (up to 12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C § 507(a)(4) | | $ _____ |
| | ☐ Taxes or penalties owed to government units 11 U.S.C § 507(a)(8). | | $ _____ |
| | ☐ Contributions to an employee benefit plan 11 U.S.C § 507(a)(5). | | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C § 507(a)( ) that applies. | | $ _____ |

\* Amounts are subject to adjustment on 04/01/19 and every 3 years after that for cases begun on or after the date of adjustment

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. §503(b)(9)? | Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ _____ |
|---|---|---|

## Part 3: Sign Below

| | |
|---|---|
| The person completing this proof of claim form must sign and date it. **FRBP 9011(b).** | Check the appropriate box |
| | ☐ I am the creditor. |
| | ☒ I am the creditor's attorney or authorized agent. |
| If you file this claim electronically. FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the trustee, or the debtor, or the authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am the guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005. |
| | I understand that the authorized signature on the *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received before the debt. |
| **A person that files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years or both.** | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| **18 U.S.C. §§ 152, 157, and 3571** | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date _____ 10/29/2019 _____
                         MM/DD/YYYY

Print name of the person who is completing and signing this claim:

| Name | Sonia _____ _____ Thomas |
|---|---|
| | First name     Middle name     Last name |
| Title | _____ |
| Company | Euler Hermes North America Insurance Company |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 800 Red Brook Blvd. |
| | Number     Street |
| | Owings Mills _____ Md ____ 21117 |
| | City     State     Zip |
| Contact phone | _____ Email EHNAInsolvencies@eulerhermes.com |



DISTRIBUTION

## Statement of Account

| Statement Date | 10/03/2019 |
| Account# | 0000155828 |
| Collector | Shellie Stuart- Lawson |
| Collector Email | Shellie.Stuart@dnow.com |
| Collector Phone | 281-823-4491 |

SOLD TO

| Invoice No. | Document Number | Invoice Date | Due Date | Invoice Amount |
|---|---|---|---|---|
| 913420830 | 913420830 | 2019-05-02 | 2019-06-01 | 641.54 |
| 913420855 | 913420855 | 2019-05-02 | 2019-06-01 | 55,270.68 |
| 913420834 | 913420834 | 2019-05-02 | 2019-06-01 | 8,481.18 |
| 913422832 | 913422832 | 2019-05-02 | 2019-06-01 | 256,652.05 |
| 913665618 | 913665618 | 2019-07-17 | 2019-08-16 | 8,554.82 |
| 913665574 | 913665574 | 2019-07-17 | 2019-08-16 | 7,796.15 |
| 913665562 | 913665562 | 2019-07-17 | 2019-08-16 | 4,316.50 |
| 913665575 | 913665575 | 2019-07-17 | 2019-08-16 | 1,862.50 |
| 913667849 | 913667849 | 2019-07-18 | 2019-08-17 | 106,774.47 |
| 913667846 | 913667846 | 2019-07-18 | 2019-08-17 | 11,808.14 |

| Currency | Total Past Due Amount |
|---|---|
| USD | 462,158.03 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | KP Engineering, LP, et al. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Southern District of Texas | |
| Case number 19-34698 (DRJ) (Jointly Administered) | |

United States Courts
Southern District of Texas
FILED

DEC 30 2019

David J. Bradley, Clerk of Court

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Waste Heat Recovery Corporation | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor  Heat Recovery Corporation | |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>Waste Heat Recovery Corporation<br>Name<br>1657 Oak Tree Drive<br>Number      Street<br>Houston          TX      77080<br>City              State    ZIP Code<br>Contact phone 713-827-0202 Ext. 10<br>Contact email lcabla@heatrecoverycorp.com | Where should payments to the creditor be sent? (if different)<br><br>Waste Heat Recovery Corporation<br>Name<br>P. O. Box 800277<br>Number      Street<br>Houston          TX      77280<br>City              State    ZIP Code<br>Contact phone 713-827-0202 Ext. 10<br>Contact email lcabla@heatrecoverycorp.com |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____<br>                                                                    MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ | |

EXHIBIT "7"

698-47
TS

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| | |
|---|---|
| 7. How much is the claim? | $_____28,309.38__ . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Goods sold, services performed |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes.  The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate (when case was filed)_____%**<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| | |
|---|---|
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                                    Proof of Claim                                    page 2

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   11/20/2019
                   MM / DD / YYYY

_Ladis John Cabla_
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Ladis | John | Cabla |
| | First name | Middle name | Last name |
| Title | President | | |
| Company | Waste Heat Recovery Corporation | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1657 Oak Tree Drive | | |
| | Number          Street | | |
| | Houston | TX | 77080 |
| | City | State | ZIP Code |
| Contact phone | 713-827-0202  Ext. 10 | Email lcabla@heatrecoverycorp.com | |



**KP ENGINEERING**

# PURCHASE - CHANGE ORDER

5555 Old Jacksonville Hwy
Tyler, TX 75703
Telephone: (903) 534-9155   Fax: (903) 534-9133

| Supplier | Heat Recovery Corporation<br>Attn: Ladis Cabla<br>1657 Oak Tree Drive<br>Houston TX 77280-0277 |
| --- | --- |
| Deliver to | |

| | |
| --- | --- |
| Order Number | ~1605269~  1 |
| Order Date | 08/21/2018 |
| Delivery Date | 08/21/2018 |
| Terms | Net 45 |
| Special Terms  - See Note # | |
| Ship Via | Pre-pay & Add |
| Freight | FCA POM |
| Approved By | *RVB Mehanie* |

| Item # | Cost Code | Description | Change Order Quantity | UOM | Rate | Change Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 3 | 5-6-110 | **Commissioning Services**<br>For the dry-out of the heaters<br><br>**TOTAL NOT TO EXCEED $10,000**<br><br>All notes, terms and conditions of original purchase order remain unchanged. | 1.000 | Lot | $10,000.000 | $10,000.00 |

|  | **Change Order Total** | **$10,000.00** |
| --- | --- | --- |

***Supplier ("Seller") is to sign and date this purchase change order in the space provided below acknowledging acceptance of this change order and all attachments.  The original signed purchase change order must be returned to lparsons@kpe.com.  KP Engineering LP takes it as agreement for the content in its entirety unless we receive objection within ten (10) days of receipt of change order.***

Accepted By: *Steve Shuttlesworth*          Date: *August 21, 2018*

Initiated By: MRW                                                          Page: 1



P.O. BOX 800277
HOUSTON, TEXAS 77280-0277
PH: (713) 827-0202
FAX: (713) 827-9396
E-mail: heat_recovery@msn.com

# INVOICE

SOLD TO: KP Engineering
5555 Old Jacksonville Highway
Tyler, Texas 75703

INVOICE NUMBER: SP-18-05-100

INVOICE DATE: August 17, 2018

Attn: Kristal Morris

P. O. No. J1606-269

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Perform commissioning services for – | |
| | KPE Tag #'s HR-001A, HR-001B, HR-001C | |
| | <u>Personnel – Jesus Esparza</u><br>Dates of Service – August 6 – August 12 & August 15, 2018<br>(See attached time sheets) | |
| | Regular Time | |
| | 6 days @ $2,500.00/day | $15,000.00 |
| | TOTAL | $15,000.00 |

Terms of Payment - Net 45 Days

**PLEASE REMIT PAYMENT TO:**
**Heat Recovery Corporation**
**P. O. Box 800277**
**Houston, TX 77280-0277**

Thank You.

Amount Due: $15,000.00

U. S. Dollars

PRE-FLASH REBOILER HEATER ITEM NO. HR-001-A,
Heater Start-Up
Targa Resources
Channel View Texas

# TIMECARD

**Employee**

| Name | JESUS ESPARZA | Emp # 01 |
| Position | T/A | |
| Department | FIELD | Manager John Brewer |

**Pay Period**

From: 8/13/2018   To: 8/19/2018

| Account Description | Account Code | M | T | W | Th | F | Sa | Su | Total Hours |
|---|---|---|---|---|---|---|---|---|---|
| Start pilots on Heater A | | | | 8.00 | | | | | 8.00 |
| | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total S/T Hours | | | | 8.00 | | | | | 8.00 |
| Total Overtime Hours | | | | | | | | | |

Miscellaneous

Approved By KBE

DATE 8/3/18

*Calculated on a per-week basis.

**Notes and Remarks**

**Office Use Only**

PRE-FLASH REBOILER HEATER ITEM NO. HR-001-B
Heater Start-Up/ Refractory Dry-out
Targa Resources
Channel View Texas

# TIMECARD

**Employee**

| | |
|---|---|
| Name | JESUS ESPARZA |
| Position | T/A |
| Department | FIELD |

Emp # 01

Manager: John Brewer

**Pay Period**

From: 8/6/2018  To: 8/12/2018

**Miscellaneous**

Approved By: Ken Fischer

DATE

| Account Description | Account Code | M | T | W | Th | F | Sa | Su | Total Hours |
|---|---|---|---|---|---|---|---|---|---|
| Heaters A,B,C and auxiliary equipment installation verification | | 8.00 | | | | | | | 8.00 |
| Preparation for heater B start-up | | | 8.00 | | | | | | 8.00 |
| Heater B and C igniter troubleshooter | | | | 8.00 | | | | | 8.00 |
| Cleaning Heater A, B and C ignitors fuel and air lines | | | | | 8.00 | | | | 8.00 |
| Heater B pilots ignition | | | | | | 8.00 | | | 8.00 |
| | | | | | | | | | |
| **Total S/T Hours** | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 |
| **Total Overtime Hours** | | | | | | | | | 0.00 |

*Calculated on a per-week basis.

**Notes and Remarks**

**Office Use Only**



**HEAT RECOVERY CORP.**

P.O. BOX 800277
HOUSTON, TEXAS 77280-0277
PH: (713) 827-0202
FAX: (713) 827-9396
E-mail: heat_recovery@msn.com

# INVOICE

SOLD TO: KP Engineering
5555 Old Jacksonville Highway
Tyler, Texas  75703

Attn: Kristal Morris

P. O. No. J1606-269  CO1

INVOICE NUMBER: SP-18-05-200

INVOICE DATE:  August 24, 2018

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | Perform commissioning services for – | |
| | KPE Tag #'s HR-001A, HR-001B, HR-001C | |
| | Personnel – Jesus Esparza <br> Dates of Service – August 22 – August 23, 2018 <br> (See attached time sheet) | |
| | Regular Time <br>   2 days @ $2,500.00/day | $5,000.00 |
| | Overtime <br>   4.5 hours @ $468.75/hour | $2,109.38 |
| | TOTAL | $7,109.38 |

Terms of Payment - Net 45 Days

**PLEASE REMIT PAYMENT TO:**
**Heat Recovery Corporation**
**P. O. Box 800277**
**Houston, TX   77280-0277**

Thank You.

Amount Due  $7,109.38

U. S. Dollars

HEATER ITEM NO. HR-001-A, B and C
Heater Refractory Dry-out
Targa Resources
Channel View Texas

# TIMECARD

**Employee**

| | |
|---|---|
| **Name** | JESUS ESPARZA |
| **Position** | T/A |
| **Department** | FIELD |

Emp # 01

Manager: John Brewer

**Pay Period**

From: 8/20/2018    To: 8/26/2018

**Miscellaneous**

Approved By: _Joe Esparza_   DATE: 8/24/18

| Account Code | Account Description | M | T | W | Th | F | Sa | Su | Total Hours |
|---|---|---|---|---|---|---|---|---|---|
| | Heaters A, B, and C Refractory Dry-Out | | | 12 | 12.5 | | | | 12.5 |
| | Heaters A, B, and C Refractory Dry-Out | | | | | | | | 12.5 |

| | | M | T | W | Th | F | Sa | Su | |
|---|---|---|---|---|---|---|---|---|---|
| **Total S/T Hours** | | | | 8 | 8 | | | | 16 |
| **Total Overtime Hours** | | | | 4 | 4.5 | | | | 8.5 |

*Calculated on a per-week basis.

**Notes and Remarks**

**Office Use Only**

# Daily Overview

## Heater item No. HR-001-A, B, and C
Targa Resources Channelview Texas

### Report date: Friday, Aug. 24, 2018

| Time Period: | Event: |
|---|---|
| Wednesday, Aug. 22, 2018 | Day shift, daily overview |

**Plan of Action:**

I started my shift at 7:00 A.M. today.

Jay Juan and David Abbot from John Zink arrived at the plant at 7:00 A.M.

Next Steps: Light off pilots to start refractory dry-out.

**Miscellaneous/Comments**

- We started to line up the Fuel for the Heater A, and then proceed to light off the pilots. By 8:00 A.M. the heater was running, and we commenced the refractory dry-out.

- Around 8:30 A.M. we were running heater C, and forty-five minutes later we also had heater B running.

- By the end of the day, we have managed to maintain all 3 heaters running at 500 degrees for 4 hours, using the pilots only.

- We will continue with the dry-out tomorrow.

- During the day, Kent Fischer KBE Rep. has been monitoring this operation and was very pleased with the results.

- We quit at 7:00 P.M.

Jesus Esparza.
Field HRC Rep.



**KP ENGINEERING**

# PURCHASE - CHANGE ORDER

5555 Old Jacksonville Hwy
Tyler, TX 75703
Telephone: (903) 534-9155   Fax: (903) 534-9133

| | | |
|---|---|---|
| Supplier | Heat Recovery Corporation<br>Attn: Ladis Cabla<br>1657 Oak Tree Drive<br>Houston TX 77280-0277 | |
| Deliver to | LATER | |

| | |
|---|---|
| Order Number | J1628-005 / 2 |
| Order Date | 04/13/2017 |
| Delivery Date | 08/07/2017 |
| Terms | Net 60 |
| Special Terms - See Note # | |
| Ship Via | Truck - PP & Add |
| FOB | Ex-Works |
| Approved By | |

| Item # | Cost Code | Description | Change Order Quantity | UOM | Rate | Change Amount |
|---|---|---|---|---|---|---|
| 4 | 1-5-101 | Regeneration Gas Heater, H-101; Revise duty to meet 6.0 mmBtu/hr as requested by Targa.<br>• add third row in convection section<br>• Increase finning height to 1 inch<br>• engineering for drawing revisions<br><br>Tag: H-101  J-1628<br><br>All notes, terms and conditions of original purchase order reman unchanged. | 1.000 | Ea | $6,200.000 | $6,200.00 |

| | |
|---|---|
| Change Order Total | $6,200.00 |

*Supplier is to sign and date this purchase change order in the space provided below acknowledging acceptance of this change order and all attachments. The original signed purchase change order must be returned to lcarsons@kpe.com or faxed to (903) 534-9133.*

Accepted By: _____   Date: _____

Print Name: _____

PO #:  J1628-005 /  Change Order #:   2

Initiated By: BDJ

Page: 1



**HRC**
**HEAT RECOVERY CORP.**

P.O. BOX 800277
HOUSTON, TEXAS 77280-0277
PH: (713) 827-0202
FAX: (713) 827-9396
E-mail: heat_recovery@msn.com

# INVOICE

SOLD TO: KP Engineering
5555 Old Jacksonville Highway
Tyler, TX  75703

Attn: Mary Andros

P. O. No. J1628-005

INVOICE NUMBER: 16413- 800

INVOICE DATE:  September 12, 2018

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Regeneration Gas Heater, Tag H-101, J-1628 | |
| 1 | CO#2 Dated 4/13/17 | $6,200.00 |

Terms of Payment - Net 30 Days

**PLEASE REMIT PAYMENT TO:**

**Heat Recovery Corporation**
**P. O. Box 800277**
**Houston, TX   77280-0277**

Thank You.

Amount Due: $6,200.00

U. S. Dollars

Debtor: KP Engineering, LP, et al.

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

Case Number: 19-34698

**FILED**

Claim No. 49

**December 12, 2019**

By Omni Claims Agent

For U.S. Bankruptcy Court

Southern District of Texas

Official Form 410

**Proof of Claim**                                                                    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Carefully read instructions included with this Proof of Claim before completing.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Heat Transfer Research, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _HTRI_

**2. Has this claim been acquired from someone else?**

[X] No
[ ] Yes    From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Accounting Group - Mark Cline

165 Research Drive

PO Box 1390

Navasota, Texas 77868

Contact Phone   979-690-5050

Contact email   Accounting@htri.net

Where should payments to the creditor be sent? (if different)

Mark Cline

Contact Phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

_____

**4. Does this claim amend one already filed?**

[X] No
[ ] Yes    Claim Number on court claims registry (if known) _____   Filed On _____
                                                                                  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No
[ ] Yes    Who made the earlier filing? _____

EXHIBIT "8"

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6.** **Do you have any number you use to identify the debtor?**

☐ No
☒ Yes

Last 4 digits of the debtor's account or any number you use to identify the debtor:  C14473

**7.** **How much is the claim?**   $  $54,720.00

**Does this amount include interest or other charges?**

☒ No
☐ Yes   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information

Goods sold-Essentials software fee for remaining period(s)

**9.** **Is all or part of the claim secured?**

☒ No
☐ Yes   The claim is secured by a lien on property

**Nature of property:**

☐ Real Estate   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*

☐ Motor Vehicle

☐ Other   Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

**Value of Property:**   $ _____

**Amount of the claim that is secured:**   $ _____

**Amount of the claim that is unsecured:**   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7).

**Amount necessary to cure any default as of the date of the petition:**   $ _____

**Annual Interest Rate:**   (when case was filed)   _____ %

☒ Fixed
☐ Variable

**10.** **Is this claim based on a lease?**

☒ No
☐ Yes   **Amount necessary to cure any default as of the date of the petition.**   $ _____

**11.** **Is this claim subject to a right of setoff?**

☒ No
☐ Yes   Identify the property: _____

Official Form 410                                      **Proof of Claim**                                      Page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No

☐ Yes  *Check all that apply*

**Amount entitled to priority**

A claim may be partly priority and partly nonpriority.  For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use.  11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier.  11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5).

$ _____

☐ Other.  Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$ _____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

| **Part 3:** | **Sign Below** |

**The person completing this proof of claim must sign and date it.**
**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am the guarantor, surety, endorser, or other codebtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this  *Proof of Claim*  serves as an acknowlegment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this  *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/12/2019

MM  /  DD  /  YYYY

Adam Pena
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name  Adam Pena
_____
First Name          Middle Name          Last Name

Title  Accounting Associate

Company  Heat Transfer Research, Inc.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  165 Research Drive

Navasota, Texas 77868

Contact Phone  979-690-5050          Email  Accounting@htri.net

---

Official Form 410          **Proof of Claim**          Page 3

# HTRI *Membership Agreement*

## KP Engineering, LP
## Essentials



www.htri.net



## Membership Agreement Essentials

### 1 Parties.

**1.1 Heat Transfer Research, Inc.,** a Delaware corporation, is called "HTRI" in this agreement.

**1.2 KP Engineering, LP,** with offices in Tyler, Texas, USA, is referenced as "member" or a variant of the pronoun "you" in this agreement.

### 2 HTRI products.
This agreement makes certain resources available to you, which may include HTRI's software and documentation, technical support, membership roster, technical information, and security key(s). These resources are sometimes referenced collectively as "HTRI products" in this agreement.

### 3 Membership fees and term.

**3.1 Annual fee.** Your membership fee is due on the contract date stated in section 20 and then on anniversaries of that date. Annual fees are subject to change at the end of each agreement term. You must pay the annual fee without any deduction or withholding for any tax or other assessment imposed by any government or other taxing authority, unless such deduction or withholding is required by law. If you are so required to deduct or withhold, then you must pay, in addition to the annual fee otherwise payable under this agreement, such additional amount as is necessary to ensure that the net amount actually paid to HTRI equals the full amount HTRI would have received had no such deduction or withholding been required. HTRI, in turn, agrees to provide any documentation necessary to qualify for a reduced rate of withholding under any applicable income tax treaty.

**3.2 Delinquencies and suspension.** Delinquent accounts may be subject to 12% per annum simple interest. Additionally, accounts delinquent 90 days or more may be placed on suspension; any or all privileges of membership, including but not limited to access to HTRI products and services, may be suspended until your account is current. Such suspension of HTRI products and services does not relieve you of your payment obligations under this agreement. If legal action is required for collection of your account balance, you will be required to pay the resulting costs and fees, including attorneys' fees.

**3.3 Duration and automatic renewal.** Your obligations under this agreement become effective upon your receipt of the HTRI products or on the contract date stated in section 20, whichever occurs first. The duration of your membership is three years and will be automatically renewed for like periods on then current terms unless you or HTRI cancels such renewal in writing not fewer than 30 days before expiration of the current term.

### 4 Features of your membership.

**4.1 Products and licenses.** You are entitled to the HTRI products and licenses listed in the most current addendum to this agreement.

**4.2 Technical support.** HTRI can provide assistance with installation and operation of current HTRI software, program data entry and interpretation of program results. Software versions which are not current are not supported. Other technical support services may be subject to additional fees.

**4.3 Committee representation.** You are entitled to representation on the Technical Advisory Committee and certain other committees.

Rev. 20150817

HTRI          Member

*4.4 Membership roster.* HTRI provides access to the membership roster through the HTRI website.

*4.5 HTRI events.* You may attend HTRI sponsored events (registration fees may apply).

**5 Use of HTRI products.** Use of HTRI products is subject to the following restrictions.

*5.1 Authorized users.* Except as provided in section 6, HTRI products may be used only by member's employees.

*5.2 Backup copies.* You may maintain a single backup copy of any software you receive under this agreement. It may not be used to perform computation unless the original software becomes unavailable due to hardware or software failure. The copy (but not the media) is the property of HTRI.

*5.3 Your right to use HTRI products.* You may use HTRI products only while your membership is current. Updates and enhancements to HTRI products are available only to current members. HTRI may terminate your right to use HTRI products at any time for breach of this agreement, or as a result of a business reorganization as described in section 8.

*5.4 Duties upon termination.* When your right to use HTRI products is terminated for breach of this agreement or as a result of a business reorganization under section 8, or when that right expires with your membership, you still have the following obligations:

- you must return to HTRI every copy of the HTRI products in your possession or control, including removal of all installed copies from your computers, and provide HTRI with a written statement that you have done so;
- you must continue to observe your obligations of confidentiality; and
- you must continue to pay membership fees until your term of membership expires, unless HTRI terminates your right to use HTRI products as a result of a business reorganization under section 8.

*5.5 Specific prohibitions.* You may not decompile, reverse engineer, disassemble, modify, or create derivative works from HTRI products. You may not rent, lease, or loan HTRI products, except as consistent with section 6. You may not transfer your rights or obligations under this agreement, except as consistent with section 8. You may not do anything which circumvents the copy protection function of the security key(s). You may not remove any of HTRI's copyright or trade secret notices.

**6 Nonmember privileges.** Generally, HTRI products are not available to nonmembers. Experience has shown that some members wish to permit nonmember companies, independent contractors, temporary workers and the like access to HTRI products. HTRI is willing to consider special circumstances. However, HTRI has an interest in preserving revenue which may be lost if you give such access to a nonmember, and it retains the final decision concerning such use of HTRI products.

*6.1 Obtaining approval.* You must consult with HTRI in writing if you wish to share access to HTRI products with a nonmember. Your written request must describe the general nature of the work, its duration and location, the specific HTRI products you propose to share, and the reasons why you feel HTRI should provide approval. HTRI will grant or deny your request within 60 days, and may impose restrictions on use of HTRI products. HTRI's failure to respond within 60 days constitutes denial of your request.

HTRI                    Member

**6.2 Guidelines.** It may help you to know that HTRI generally observes the following guidelines concerning nonmembers.

> **6.2.1 Independent contractors and temps.** Nonmember independent contractors and temporary workers are considered on a case-by-case basis under section 6.1.
>
> **6.2.2 Nonmember companies.** If the nonmember company is an entity which, in HTRI's sole judgment, might reasonably be expected to join HTRI, they will not be permitted to use HTRI products as nonmembers.
>
> **6.2.3 Fees.** HTRI will generally impose fees for access to HTRI products by nonmembers.
>
> **6.2.4 Confidentiality.** Nonmembers will be required to comply with section 7.

**7 Confidentiality.** HTRI products are HTRI's valuable trade secrets. You must observe the following obligations of confidentiality.

**7.1 Secrecy.** You must hold HTRI products in confidence and not disclose them nor permit them to be disclosed to any other entity.

**7.2 Protective measures.** To protect the confidentiality of HTRI products, you must at a minimum take the same measures which you take to protect the confidentiality of your own confidential information, and also take those measures which a prudent business person would take to protect valuable, secret, proprietary information. Such measures include preventing unauthorized access to HTRI products and fully informing those with authorized access about these obligations of confidentiality.

**7.3 Duration.** Your obligations of confidentiality shall remain in effect (even if any other portions of this agreement terminate or become ineffective) until three years after HTRI is dissolved. However, if this dissolution is part of a reorganization of HTRI's business, your obligations continue until three years after the resulting entity is dissolved.

**7.4 Damages.** If you violate these obligations of confidentiality, you must compensate HTRI for all resulting loss and damage. This includes loss and damage caused by entities who gain access to HTRI products through your breach.

**8 Business reorganizations.**

**8.1 Transfer of your membership.** Your rights and obligations under this agreement may be transferred only with the sale, merger or similar reorganization of your business and requires appropriate documentation to be executed with HTRI. Your obligations under this agreement including, but not limited to, any remaining payment obligations, do not terminate as a result of a sale, merger, or similar reorganization of your business. Notwithstanding the foregoing, HTRI may elect to terminate your right to use HTRI products as a result of such sale, merger, or business reorganization, in which case, your remaining payment obligations will also be terminated.

**8.2 Combinations of members.** If two HTRI members merge or otherwise reorganize into one entity, the resulting entity is responsible for the fee commitments of both members until both memberships expire.

**8.3 Contact us.** When you plan for a significant business reorganization, whether or not of the types mentioned, please contact HTRI to determine the effect on your annual fee and agreement.

**9 Liability.**

**9.1 User responsibilities.** Users must apply their own knowledge and expertise in order to obtain acceptable results from HTRI products.

HTRI / Member

**9.2 *Warranty disclaimer.*** HTRI PRODUCTS ARE PROVIDED "AS IS," WITH ALL FAULTS AND WITHOUT ANY WARRANTY, EXPRESS OR IMPLIED. HTRI MAKES NO WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. YOU BEAR THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF HTRI PRODUCTS. HTRI DOES NOT WARRANT THAT HTRI PRODUCTS ARE FREE OF "BUGS" OR ERRORS.

**9.3 *Damage disclaimer.*** Except as specifically provided in this agreement, HTRI will not be liable to you for any damage or claim of any type. This disclaimer includes but is not limited to claims for: i) legal or equitable relief, ii) injury to persons or property, iii) loss of money or revenue, iv) incidental or consequential damages, or v) punitive or exemplary damages. This disclaimer applies regardless of the form of action, whether in contract or in tort, including negligence, and even if HTRI has been advised of the possibility of such damages.

**10 *Dispute resolution.*** Any controversy or claim arising out of or relating to this agreement or HTRI products shall be submitted to nonbinding mediation under the *Commercial Mediation Rules* of the American Arbitration Association.

**11 *Remedies are not exclusive.*** Specific remedies mentioned elsewhere in this agreement are not exclusive. HTRI may pursue any other appropriate remedy as well.

**12 *Export controls.*** You acknowledge that HTRI products are subject to the export control laws and regulations of the United States of America and agree to abide by those laws and regulations. Under U.S. export control laws, HTRI products may not be transferred to restricted countries or to restricted parties. Restricted countries include countries subject to a U.S. embargo. Restricted parties include individuals, companies, and entities identified on a U.S. Government denial list and nationals of restricted countries. Also, HTRI products may not be transferred to, or utilized by an end-user engaged in activities related to weapons of mass destruction including, but not limited to, activities related to: i) the design, development, production or use of nuclear materials, nuclear facilities or nuclear weapons; ii) the design, development, production or use of missiles or support of missile projects; and iii) the design, development, production, stockpiling or use of chemical or biological weapons. You understand that the requirements and restrictions of U.S. law may change over time, and that, to determine the precise controls applicable to HTRI products, it is necessary to refer to the U.S. Export Administration Regulations and the regulations administered by the U.S. Treasury Department's Office of Foreign Assets Control.

**13 *Modification and waiver.*** This agreement may be modified only by a written document signed by HTRI and member. All waivers of provisions of this agreement must be in writing and signed by the party making the waiver.

**14 *Interpretation and severability.*** This agreement shall be interpreted under the laws of the State of Texas of the United States of America. If a part of this agreement violates law, it shall be narrowed by interpretation to the minimum extent necessary to avoid the illegality and shall be given effect as fully and broadly as permitted by law. The invalidity, unenforceability or waiver of part of this agreement shall not affect the balance of the agreement.

**15 *Local law.*** You acknowledge that you have had the opportunity to obtain review of this agreement by counsel who are familiar with the laws of the legal jurisdictions where you will use HTRI products. You represent to HTRI that this agreement is enforceable in all such jurisdictions.

HTRI      Member

**16 Force majeure.** Each party shall be excused from any breach of this agreement which is proximately caused by government regulation, war, strike, act of God, or other similar circumstance normally deemed outside the control of well-managed businesses.

**17 This is entire agreement.** This agreement contains the entire understanding of the parties with respect to membership, its incidents, benefits and burdens. It supersedes all other written and oral agreements between the parties with respect to this subject matter. In the event HTRI signs and returns a purchase order acknowledgement or other document, accepts payment, or takes any other action based upon a purchase order issued by member, member expressly agrees that HTRI's action is provided only as an accommodation for member's internal purposes, and does not signify HTRI's agreement to any terms and conditions contained in the purchase order which vary, conflict with, or impose additional obligations to the terms and conditions of this agreement. The terms of this agreement prevail over any terms contained in a purchase order issued for HTRI products.

**18 Counterparts.** This agreement and its ancillary documents may be signed in separate counterparts and delivered by email or other electronic means. The parties may rely on the receipt of such documents, so signed and delivered, as originals.

**19 Headings.** Headings which appear in boldface type are solely for convenience of reference. Such headings are not part of this agreement and shall not be used to construe it.

**20 Contract date:**          December 1, 2015

By signing below the parties intend to be bound by this agreement.

**KP Engineering, LP**

By: _WE_

Signature of officially authorized signatory

Printed name: WE Preston

Title: President & COO

Place: Tyler, TX

Date: 11/24/15

**Heat Transfer Research, Inc.**

By: _Claudette D Beyer_

Signature of officially authorized signatory

Printed name: Claudette D. Beyer

Title: President & Chief Executive Officer

Place: Navasota, Texas, USA

Date: December 7, 2015





## *Essentials*
## *Addendum 1*

As of the date indicated below, the following HTRI products are included with your membership and subject to the terms and conditions of the HTRI Membership Agreement between KP Engineering, LP and Heat Transfer Research, Inc. effective December 1, 2015.

| Products | Licenses | Annual Fee | Agreement Period | Total Fee |
|---|---|---|---|---|
| *Xace, Xhpe Xist, Xjpe* | 1 network security key for 2 users | US$20,520 | December 1, 2015 – November 30, 2018 | US$61,560 |

| Location | |
|---|---|
| Company Name: | KP Engineering, LP |
| Department: | |
| Address: | |
| Address: | 5555 Old Jacksonville Hwy |
| City: | Tyler |
| State/Province: | Texas |
| Postal Code: | 75703 |
| Country: | USA |

Addendum Date:   <u>December 1, 2015</u>

## *KP Engineering, LP*

By: _____
  Signature of officially authorized signatory

Printed name:  <u>WE PRESTON</u>

Title:  <u>PRESIDENT & COO</u>

Date:  <u>11/24/15</u>

Rev. 20150501



## Essentials
## Addendum 3

As of the date indicated below, the following HTRI products are included with your membership and subject to the terms and conditions of the HTRI Membership Agreement between KP Engineering, LP and Heat Transfer Research, Inc. effective December 1, 2015.

| Products | Licenses | Annual Fee | Agreement Period | Total Fee |
|----------|----------|-----------|------------------|-----------|
| *Xace, Xhpe Xist, Xjpe* | 1 network security key for 4 users | US$27,360 | December 1, 2018 – November 30, 2021 | US$82,080 |

| Location | |
|----------|--|
| **Company Name:** | KP Engineering, LP |
| **Department:** | |
| **Address:** | |
| **Address:** | 5555 Old Jacksonville Hwy |
| **City:** | Tyler |
| **State/Province:** | Texas |
| **Postal Code:** | 75703 |
| **Country:** | USA |

**Addendum Date**:   December 1, 2018

### KP Engineering, LP

By:   _Ver_____
   Signature of officially authorized signatory

Printed name:   _WE Preston_

Title:   _Pass & COO_

Date:   _10/4/18_

**Fill in this information to identify the case:**

Debtor 1    KP Engineering

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Texas

Case number   19-34698

United States Courts
Southern District of Texas
F I L E D

**DEC 12 2019**

David J. Bradley, Clerk of Court

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Parker-Hannifin corporation
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   Industrial Process Filtration Division

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Sandra J. Sberna, Credit Analyst Corp. H.Q.
Name

6035 Parkland Blvd
Number    Street

Cleveland      OH      44124
City      State      ZIP Code

Contact phone   216 896 2451

Contact email   ssberna@parker.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City      State      ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT "9"

698-50 PJ

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 3 2 6 4

**7. How much is the claim?**  $ _____334,164.97_. Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____

Amount of the claim that is secured: $ _____

Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Official Form 410                           **Proof of Claim**                           page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No | | Amount entitled to priority |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $ _____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | |

---

| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/06/2019
MM / DD / YYYY

*Sandra J. Sberna*
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Sandra Joyce Sberna | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Credit Analyst, Corp. H.Q. | | |
| Company | Parker-Hannifin Corporation | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 6035 Parkland Blvd | | |
| | Number          Street | | |
| | Cleveland | OH | 44124 |
| | City | State | ZIP Code |
| Contact phone | 216 896 2451 | Email | ssberna@parker.com |

STATEMENT OF ACCOUNT

KP ENGINEERING, LP
Case #19-34698
$334,164.97

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| 04/02/18 | 10008719 | 20,645.80 |
| 05/23/18 | 10008868 | 313,519.17 |
| **Balance** | | **$334,164.97** |



**Parker Hannifin Corporation**
Industrial Process Filtration Division/ Filtration Group
P.O. Box 640
**Wolters Industrial Park**
**Mineral Wells, Texas 76068**
**Telephone: (940) 325-2575**
**Telefax: (940) 325-4622**

INVOICE No:   10008719

INVOICE Date:  02-APR-18
Currency:  USD
Page Number:  1

| | REMIT TO |
|---|---|
| | Parker Hannifin Filtration (US), Inc. |
| | PO BOX 841305 |
| | Dallas TX 75284-1305 |

B   23264        B87271
I T  KP ENGINEERING
L O  5555 OLD JACKSONVILLE HIGHWAY
L    TYLER, TX 75703

S   23264        S102675
H T  KP ENGINEERING
I O  38001 FM 1379 UNIT B
P    MIDLAND TX 79706

| Order/Project | P.O. Number | | Ship Via | Terms | |
|---|---|---|---|---|---|
| 519705 | J1711-014 | | | NET60 | |
| Tag No | Actual Ship Date | | Waybill (Tracking Number) | | |

| Line | Ordered | | Shipped | Back Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | 2.00 | | 2.00 | | 21.0000 | 21.00 |
| | Item: | 06-014971 | | | | |
| | Description: | Final Invoice @ 50% | | | | |
| | | GSKT BUNA-N .275 RD X 14.  OD | | | | |
| | | **PROGRESS BILLING:** | | | | |
| | | 50% READY TO SHIP | | | | |
| | | PO LINE 11 & 15 | | | | |
| | | PECOFACET TASK 16.0 | | | | |
| | | (2) EA. GSKT BUNA-N .275 RD X 14.  OD | | | | |
| | | SPARE GASKETS: | | | | |
| | | TAG: F-301A, J-1711 | | | | |
| | | F-301B, J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 2 | 1.00 | | 1.00 | | 19,994.00 | 10,210.00 |
| | Item: | 34345 | | | | |
| | Description: | Final Invoice @ 51% | | | | |
| | | FLT 110V- 1CR44-1SS33-14- 215 | | | | |
| | | TAG F-301A, J-1711 | | | | |
| | | **PROGRESS BILLING:** | | | | |
| | | 50% READY TO SHIP | | | | |
| | | PO LINE 8 | | | | |
| | | PECOFACET TASK 12.0 | | | | |
| | | (1) EA. FLT 110V- 1CR44-1SS33-14- 215 | | | | |
| | | STABILIZER FEED COALESCER | | | | |
| | | TAG: F-301A, J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |



**Parker Hannifin Corporation**
Industrial Process Filtration Division/ Filtration Group
P.O. Box 640
Wolters Industrial Park
Mineral Wells, Texas 76068
Telephone: (940) 325-2575
Telefax: (940) 325-4622

INVOICE No: 10008719

INVOICE Date: 02-APR-18
Currency: USD
Page Number: 2

| Line | Ordered | | Shipped | Back Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 3 | 1.00 | | 1.00 | | 19,994.00 | 10,210.00 |
| | Item: | 34629 | | | | |
| | Description: | Final Invoice @ 51%<br>FLT 110V- 1CR44-1SS33-14- 215<br>TAG F-301B, J-1711 | | | | |
| | | PROGRESS BILLING:<br>50% READY TO SHIP | | | | |
| | | PO LINE 12<br>PECOFACET TASK 13.0 | | | | |
| | | (1) EA. FLT 110V- 1CR44-1SS33-14- 215<br>STABILIZER FEED COALESCER | | | | |
| | | TAG: F-301B, J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 4 | 2.00 | | 2.00 | | 109.7000 | 109.70 |
| | Item: | PF000363 | | | | |
| | Description: | Final Invoice @ 50%<br>ELMT CR44K | | | | |
| | | PROGRESS BILLING:<br>50% READY TO SHIP | | | | |
| | | PO LINE 9 &13<br>PECOFACET TASK 14.0 | | | | |
| | | (2) EA. ELMT CR44K | | | | |
| | | SPARE ELEMENTS:<br>TAG: F301-A, J-1711<br>F301-B, J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 5 | 2.00 | | 2.00 | | 95.1000 | 95.10 |
| | Item: | 2606 | | | | |
| | Description: | Final Invoice @ 50%<br>ELMT SS633FDK | | | | |
| | | PROGRESS BILLING:<br>50% READY TO SHIP | | | | |
| | | PO LINE 10 & 14<br>PECOFACET TASK 15.0 | | | | |
| | | (2) EA. ELMT SS633FDK | | | | |
| | | SPARE ELEMENTS:<br>TAG: F-301A, J-1711<br>F-301B, J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |



**Parker Hannifin Corporation**
Industrial Process Filtration Division/ Filtration Group
P.O. Box 640
**Wolters Industrial Park**
**Mineral Wells, Texas 76068**
Telephone: (940) 325-2575
Telefax: (940) 325-4622

| | |
|---|---|
| INVOICE No: | 10008719 |
| INVOICE Date: | 02-APR-18 |
| Currency: | USD |
| Page Number: | 3 |

| Line | Ordered | Shipped | Back Ordered | Unit Price | Ext. Price |
|------|---------|---------|--------------|------------|------------|

**Freight and Other Charges Details:**

KPE
KP ENGINEERING
PO# J1711-014

| | |
|---|---|
| Sales Amount: | 20,645.80 |
| Sales Tax: | 0.00 |
| Freight and Other Charges: | 0.00 |
| Prepaid Amt: | |
| Total (in USD): | 20,645.80 |

************************Important Notice************************

Subject to local country rules and laws when applicable you must comply with following:
These commodities, technology or software may be subject to the United States Export Administration Regulations.
Diversion contrary to U.S. law and other relevant export controls is prohibited.



**Parker Hannifin Corporation**
Industrial Process Filtration Division/ Filtration Group
P.O. Box 640
Wolters Industrial Park
Mineral Wells, Texas 76068
Telephone: (940) 325-2575
Telefax: (940) 325-4622

| | |
|---|---|
| INVOICE No: | 10008868 |
| INVOICE Date: | 23-MAY-18 |
| Currency: | USD |
| Page Number: | 1 |

**REMIT TO**
Parker Hannifin Filtration (US), Inc.
PO BOX 841305
Dallas TX 75284-1305

| | | |
|---|---|---|
| B I L L | 23264  B87271<br>KP ENGINEERING<br>5555 OLD JACKSONVILLE HIGHWAY<br>TYLER, TX  75703 | T O |
| S H I P | 23264  S102675<br>KP ENGINEERING<br>38001 FM 1379 UNIT B<br>MIDLAND TX 79706 | T O |

| Order/Project | P.O. Number | | Ship Via | Terms |
|---|---|---|---|---|
| 519705 | J1711-014 | | | NET60 |
| Tag No | Actual Ship Date | | Waybill (Tracking Number) | |

| Line | Ordered | Shipped | Back Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 | | 133,171.67 | 67,391.00 |

Item: 34342
Description: Final Invoice @ 51%
FLT 77V- 42-336- 48ID-1100
TAG F-101, J-1711

PROGRESS BILLING:
50% READY TO SHIP FOR:

PO LINE 1
PECOFACET TASK 4.0

(1) EA.  FLT 77V- 42-336- 48ID-1100
INLET FILTER COALESCER

TAG: F-101, J-1711
U/M: EACH
Date Shipped:
Waybill:  Parker Hannifin Corporation

| Line | Ordered | Shipped | Back Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 2 | 1.00 | 1.00 | | 133,171.67 | 67,391.00 |

Item: 34344
Description: Final Invoice @ 51%
FLT 77V- 42-336- 48ID-1100
TAG F-501A, J-1711

PROGRESS BILLING:
50% READY TO SHIP FOR:

PO LINE 16
PECOFACET TASK 5.0

(1) EA.  FLT 77V- 42-336- 48ID-1100
AMINE INLET FILTER

TAG: F-501A, J-1711
U/M: EACH
Date Shipped:
Waybill:  Parker Hannifin Corporation



**Parker Hannifin Corporation**
Industrial Process Filtration Division/ Filtration Group
P.O. Box 640
Wolters Industrial Park
Mineral Wells, Texas 76068
Telephone: (940) 325-2575
Telefax: (940) 325-4622

INVOICE No: 10008868

INVOICE Date: 23-MAY-18
Currency: USD
Page Number: 2

| Line | Ordered | | Shipped | Back Ordered | Unit Price | Ext. Price |
|------|---------|---|---------|--------------|-----------|-----------|
| 3 | 1.00 | | 1.00 | | 133,171.37 | 67,390.78 |
| | Item: | 34628 | | | | |
| | Description: | Final Invoice @ 51% | | | | |
| | | FLT 77V- 42-336- 48ID-1100 | | | | |
| | | TAG F-501B, J-1711 | | | | |
| | | PROGRESS BILLING: | | | | |
| | | 50% READY TO SHIP FOR: | | | | |
| | | PO LINE 19 | | | | |
| | | PECOFACET TASK 6.0 | | | | |
| | | (1) EA. FLT 77V- 42-336- 48ID-1100 | | | | |
| | | AMINE INLET FILTER | | | | |
| | | TAG: F-501B, J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 4 | 126.00 | | 126.00 | | 223.4700 | 14,078.60 |
| | Item: | 00-032856 | | | | |
| | Description: | Final Invoice @ 50% | | | | |
| | | ELMT NGGC-336  PL-01 | | | | |
| | | PROGRESS BILLING: | | | | |
| | | 50% READY TO SHIP FOR: | | | | |
| | | PO LINE 2,17 & 20  EA. LINE HAS 42 EA. | | | | |
| | | PECOFACET TASK 7.0 | | | | |
| | | (126) EA. ELMT NGGC-336  PL-01 | | | | |
| | | SPARE ELEMENTS | | | | |
| | | TAG: F-101,J1711 | | | | |
| | | F-501A , F-501B | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 5 | 3.00 | | 3.00 | | 75.0000 | 112.50 |
| | Item: | 06-030159 | | | | |
| | Description: | Final Invoice @ 50% | | | | |
| | | GSKT BUNA-N .275 RD X 50   OD | | | | |
| | | PROGRESS BILLING: | | | | |
| | | 50% READY TO SHIP FOR: | | | | |
| | | PO LINE 3,18 & 21 | | | | |
| | | PECOFACET TASK 8.0 | | | | |
| | | (3) EA. GSKT BUNA-N .275 RD X 50   OD | | | | |
| | | SPARE GASKETS | | | | |
| | | TAG: F-101,J1711 | | | | |
| | | F-501A , F-501B | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |



**Parker Hannifin Corporation**
Industrial Process Filtration Division/ Filtration Group
P.O. Box 640
Wolters Industrial Park
Mineral Wells, Texas 76068
Telephone: (940) 325-2575
Telefax: (940) 325-4622

| | |
|---|---|
| INVOICE No: | 10008868 |
| INVOICE Date: | 23-MAY-18 |
| Currency: | USD |
| Page Number: | 3 |

| Line | Ordered | Shipped | Back Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 6 | 1.00 | 1.00 | | 122,355.00 | 61,603.50 |

     Item: 34343
     Description: Final Invoice @ 50%
     FLT 77V- 31-336- 42ID-1210
     TAG F-701, J-1711

     PROGRESS BILLING:
     50% READY TO SHIP FOR:

     PO LINE 22
     PECOFACET TASK 9.0

     (1) EA. FLT 77V- 31-336- 42ID-1210
     RESIDUE GAS FILTER/ COALESCER

     TAG: F-701, J1711
     U/M: EACH
     Date Shipped:
     Waybill: Parker Hannifin Corporation

| Line | Ordered | Shipped | Back Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 7 | 31.00 | 31.00 | | 223.4700 | 3,463.79 |

     Item: 00-032856
     Description: Final Invoice @ 50%
     ELMT NGGC-336 PL-01

     PROGRESS BILLING:
     50% READY TO SHIP FOR:

     PO LINE 23
     PECOFACET TASK 10.0

     (31) EA. ELMT NGGC-336 PL-01

     SPARE ELEMENTS:
     TAG: F-701, J-1711
     U/M: EACH
     Date Shipped:
     Waybill: Parker Hannifin Corporation

| Line | Ordered | Shipped | Back Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 8 | 1.00 | 1.00 | | 66.0000 | 33.00 |

     Item: 06-019068
     Description: Final Invoice @ 50%
     GSKT BUNA-N .275 RD X 44   OD

     PROGRESS BILLING:
     50% READY TO SHIP FOR:

     PO LINE 24
     PECOFACET TASK 11.0

     (1) GSKT BUNA-N .275 RD X 44   OD

     SPARE GASKETS:
     TAG: F-701, J-1711
     U/M: EACH
     Date Shipped:
     Waybill: Parker Hannifin Corporation



**Parker Hannifin Corporation**
Industrial Process Filtration Division/ Filtration Group
P.O. Box 640
Wolters Industrial Park
Mineral Wells, Texas 76068
Telephone: (940) 325-2575
Telefax: (940) 325-4622

INVOICE No:  10008868

INVOICE Date:  23-MAY-18
Currency:  USD
Page Number:  4

| Line | Ordered | | Shipped | Back Ordered | Unit Price | Ext. Price |
|------|---------|--|---------|--------------|------------|------------|
| 9 | 1.00 | | 1.00 | | 1,635.00 | 1,635.00 |
| | Item: | 99-010100 | | | | |
| | Description: | Final Invoice @ 100% | | | | |
| | | MISC SEE ITEM TEXT | | | | |
| | | NEW PO LINE 34 | | | | |
| | | PECOFACET TASK 21.0 | | | | |
| | | (1)EA. SEPARATE COATING | | | | |
| | | PAINT ADDER | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 10 | 1.00 | | 1.00 | | 1,635.00 | 1,635.00 |
| | Item: | 99-010100 | | | | |
| | Description: | Final Invoice @ 100% | | | | |
| | | MISC SEE ITEM TEXT | | | | |
| | | NEW PO LINE 37 | | | | |
| | | PECOFACET TASK 22.0 | | | | |
| | | (1) EA. SEPARATE COATING | | | | |
| | | PAINT ADDER | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 11 | 1.00 | | 1.00 | | 1,635.00 | 1,635.00 |
| | Item: | 99-010100 | | | | |
| | Description: | Final Invoice @ 100% | | | | |
| | | MISC SEE ITEM TEXT | | | | |
| | | NEW PO LINE 38 | | | | |
| | | PECOFACET TASK 23.0 | | | | |
| | | (1) EA. SEPARATE COATING | | | | |
| | | PAINT ADDER | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 12 | 1.00 | | 1.00 | | 7,150.00 | 7,150.00 |
| | Item: | 99-010100 | | | | |
| | Description: | Final Invoice @ 100% | | | | |
| | | MISC SEE ITEM TEXT | | | | |
| | | LINE 39 | | | | |
| | | PARKER TASK 26.0 | | | | |
| | | (1) EA. ADD 12" TO SEEM TO SEMM LENGTH | | | | |
| | | TAG# F-101,J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |



**Parker Hannifin Corporation**
Industrial Process Filtration Division/ Filtration Group
P.O. Box 640
Wolters Industrial Park
Mineral Wells, Texas 76068
Telephone: (940) 325-2575
Telefax: (940) 325-4622

INVOICE No:   10008868

INVOICE Date:   23-MAY-18
Currency:   USD
Page Number:   5

| Line | Ordered | | Shipped | Back Ordered | Unit Price | Ext. Price |
|------|---------|---|---------|--------------|------------|------------|
| 13 | 1.00 | | 1.00 | | 7,150.00 | 7,150.00 |
| | | Item: 99-010100 | | | | |
| | | Description: Final Invoice @ 100% | | | | |
| | | MISC SEE ITEM TEXT | | | | |
| | | LINE 40 | | | | |
| | | PARKER TASK 27.0 | | | | |
| | | (1) EA. ADD 12" TO SEEM TO SEMM LENGTH | | | | |
| | | TAG# F-501A ,J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 14 | 1.00 | | 1.00 | | 7,150.00 | 7,150.00 |
| | | Item: 99-010100 | | | | |
| | | Description: Final Invoice @ 100% | | | | |
| | | MISC SEE ITEM TEXT | | | | |
| | | LINE 41 | | | | |
| | | PARKER TASK 28.0 | | | | |
| | | (1) EA. ADD 12" TO SEEM TO SEEM LENGTH | | | | |
| | | TAG# F-501B ,J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |
| 15 | 1.00 | | 1.00 | | 5,700.00 | 5,700.00 |
| | | Item: 99-010100 | | | | |
| | | Description: Final Invoice @ 100% | | | | |
| | | MISC SEE ITEM TEXT | | | | |
| | | LINE 42 | | | | |
| | | PARKER TASK 29.0 | | | | |
| | | (1) EA. ADD 12" TO SEEM TO SEEM LENGTH | | | | |
| | | TAG# F-701 ,J-1711 | | | | |
| | U/M: | EACH | | | | |
| | Date Shipped: | | | | | |
| | Waybill: | Parker Hannifin Corporation | | | | |

**Freight and Other Charges Details:**

KPE
KP ENGINEERING
PO# J1711-014



**Parker Hannifin Corporation**
Industrial Process Filtration Division/ Filtration Group
P.O. Box 640
Wolters Industrial Park
Mineral Wells, Texas 76068
Telephone: (940) 325-2575
Telefax: (940) 325-4622

INVOICE No:   10008868

INVOICE Date:   23-MAY-18
Currency:   USD
Page Number:   6

| Sales Amount: | 313,519.17 |
|---|---|
| Sales Tax: | 0.00 |
| Freight and Other Charges: | 0.00 |
| Prepaid Amt: | |
| Total (In USD): | 313,519.17 |

***********************Important Notice***********************

Subject to local country rules and laws when applicable you must comply with following:
These commodities, technology or software may be subject to the United States Export Administration Regulations.
Diversion contrary to U.S. law and other relevant export controls is prohibited.



United States Courts
Southern District of Texas
F I L E D

**DEC 12 2019**

David J. Bradley, Clerk of Court

U.S. Bankruptcy Court, Clerk's Office
Southern District of Texas (Houston)
515 Rusk Avenue
Houston TX 77002

**Parker Hannifin Corporation**
Corporate Credit Department
6035 Parkland Blvd.
Cleveland, Ohio 44124-4141
Phone (216) 896-2451

December 6, 2019

RE:   **KP Engineering LP**
      **Case #19-34698**
      **Amount Due: $334,164.97**

Dear Sir or Madam:

We are enclosing our executed Proof of Claim form supported by statement of account and invoice copies to be filed in the above entitled matter.

Please acknowledge receipt of our claim by stamping the additional enclosed Proof of Claim copy and returning same to us in the business reply envelope which we have included for your convenience.

We ask that you note your records to forward all further correspondence and dividends in connection with this matter to this office at the above address.

Sincerely,

*Sandra J. Sberna*

Sandra J. Sberna
Credit Analyst, Corporate Headquarters
Parker Hannifin Corporation
6035 Parkland Blvd
Cleveland OH 44124
ssberna@parker.com
216/896-2451

Enclosures

Case 19-34698 Document 795-1 Filed in TXSB on 04/21/21 Page 196 of 213

| Fill in this information to identify the case: |
| --- |

| Debtor 1 | KP Engineering, LP |
| --- | --- |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the: Southern District of Texas

Case number  19-34698 DRJ

## Official Form 410

# Proof of Claim                                                                 12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | S&S Services, LLC |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☒ No |
| --- | --- |
| | ☐ Yes.  From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent? (if different)** |
| --- | --- | --- |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Melinda D. Hamm | |
| | Name | Name |
| | 500 W Illinois, Suite 300 | |
| | Number       Street | Number       Street |
| | Midland          TX        79701 | |
| | City              State         ZIP Code | City          State         ZIP Code |
| | Contact phone 432-684-5782 | Contact phone |
| | Contact email mhamm@cbtd.com | Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |
| | __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ | |

| 4. Does this claim amend one already filed? | ☒ No | |
| --- | --- | --- |
| | ☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on ___ / ___ / _____  MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No | |
| --- | --- | --- |
| | ☐ Yes.  Who made the earlier filing? _____ | |

EXHIBIT "10"

698-33

Case 19-34698 Document 795 Filed in TXSB on 04/21/21 Page 197 of 213

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
| --- | --- |

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**  $_____ 578,554.59 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Breach of Contract for Goods and Services - See Addendum</u>

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

Official Form 410        **Proof of Claim**        page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/05/2019
           MM / DD / YYYY

/s/ Melinda D. Hamm
Signature

Print the name of the person who is completing and signing this claim:

| Name | Melinda D. Hamm | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Cotton, Bledsoe, Tighe & Dawson, P.C. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 500 W. Illinois, Suite 300 | | |
| | Number        Street | | |
| | Midland | TX | 79701 |
| | City | State | ZIP Code |
| Contact phone | 432-684-5782 | Email mhamm@cbtd.com | |

## ADDENDUM TO S&S SERVICES, LLC'S PROOF OF CLAIM

S&S Services, LLC ("S&S") is a piping contractor and mechanical equipment installer, based in Lufkin, Texas. S&S provides goods and services in relation to the oil and gas industry.

In 2018, S&S entered into a contract with KPE to provide labor and services in support of Targa's Johnson Cyro Project in Midland, Texas (the "Project"). S&S began performing its services in May of 2018, at the request of KPE, and pursuant to the First Purchase Order.

During the course of S&S's assignment, KPE issued two additional purchase orders. S&S worked for approximately seven weeks with no payment from KPE. On July 17, 2018, KPE issued a check to S&S in the amount of $465,054.90, but then shortly thereafter, and without any reason or justification, KPE issued a stop payment on that check. In August of 2018, still having received zero dollars from KPE for months' worth of work, S&S started working directly for Targa and all invoices from that point forward were paid in a timely manner. Targa also issued payment to S&S for some of the delinquent KPE invoices. However, a balance of $578,554.59 remains unpaid for work performed from July 23, 2018 through August 3, 2018.

The work and charges are reflected in two invoices, I18-700-L and I18-700-M (the "Invoices"). The Invoices cover work performed from July 23, 2018 through August 3, 2018. All daily timesheets/field tickets supporting the Invoices were signed and approved by KPE personnel. Moreover, there has been no allegation that S&S failed to provide satisfactory labor and materials. Nonetheless, and without justification, KPE failed to make timely payment and continues to refuse to properly pay S&S.

To date, S&S is still owed the $578,554.59 for goods and services it provided to the Project related to invoices numbered: I18-700-L and I18-700-MRev.1. Despite request by S&S, KPE continues to fail and refuse to pay the amount due and owing.

KPE is liable to S&S for the services S&S performed on the Project, as reflected in invoices numbered: I18-700-L and I18-700-MRev.1, which are attached hereto.

The parties had a valid, enforceable contract wherein S&S agreed to provide goods and services at the request of KPE, related to the Project and for the benefit of Targa. S&S performed its obligations under the contract by providing goods and services to KPE and for the benefit of Targa. S&S properly invoiced KPE for the goods and services, with said invoices totaling $578,554.59. KPE breached the contract by failing to make payment to S&S under the terms of the contract. As a direct result of KPE's breach of contract, S&S has been damaged in the amount of $578,554.59, plus interest, costs of Court, and attorneys' fees.

S&S alternatively asserts a claim against KPE for quantum meruit. S&S provided goods and services to KPE on an open account, at the request of KPE and for the benefit of Targa. KPE accepted the goods and services and agreed to make payment to S&S in exchange for the goods and services. S&S agreed to the designated charges, which were just and true because they were reasonable and customary for such goods and services in the industry. S&S kept a systematic record of the account for the goods and services it provided to KPE and presented the required verification. 1. The account accurately set forth the goods and services S&S provided to KPE, the dates of delivery and/or performance, and the cost of the goods and services provided. The account record is similar to records S&S systematically keeps in the ordinary course of business. S&S suit on sworn account claim is just and true, is currently due, and all just and lawful offsets, payments, and credits have been allowed. The principal balance due and owing to S&S the account is $578,554.59.

S&S alternatively asserts a claim against KPE for violations of Chapter 162 of the Texas Property Code. Construction payments ("Construction Trust Funds") are Trapped Funds if

payments are made to a contractor or subcontractor or to an officer, director, or agent of a contractor or subcontractor, under a construction contract for the improvement of specific real property in Texas. TEX. PROP. CODE § 162.001.  S&S is a beneficiary of Construction Trust Funds because S&S is an artisan, laborer, mechanic, contractor, subcontractor, or materialman who labors or who furnishes labors or material for the construction or repair of an improvement on specific real property in Texas. S&S is entitled the recovery of all trust funds wrongfully withheld and also seeks the imposition of exemplary damages as afforded under Chapter 162 of the Texas Property Code

S&S alternatively asserts a claim against KPE for violations of Chapter 28 of the Texas Property Code. S&S performed services for the improvement of real property as depicted in the attached Invoices. S&S provided written request for payment to KPE, which were not paid within the deadlines prescribed in Tex. Prop. Code § 28.001 *et seq* and such withholding was not based on a good faith dispute as to S&S's claim. S&S is entitled to $578,554.59, plus prejudgment interest at the rate of 18% per annum, and its costs and reasonable attorney's fees.

KPE does not dispute S&S's claim for $578,554.59 [Doc. 1 at 11, #24].



4530 HWY 69N
LUFKIN, TX 75904
936-630-1491 OFFICE 936-630-1480 FAX

July 30, 2018

**KP ENGINEERING**

5555 OLD JACKSONVILLE HWY
TYLER, TX 75703

*INVOICE*

| | | |
|---|---|---|
| ATTENTION: | ACCOUNTS PAYABLE | Invoice No.: I18-700-L |
| | | Terms: Net 30 Days |
| Project Name: | MIDKIFF T&M PLANT WORK | Job No.: J18-700 |
| | | |
| Project Manager: | ALLEN HICKS | P.O. No.: J1711-224 |

**"Invoice for services on July 23, 2018 THRU July 29, 2018."**
Please remit to the address shown above. Thank you.

| EMPLOYEE/CLASS | RATE | HOURS | TOTAL |
|---|---|---|---|
| **DUSTIN RASH** | $72.00 | 40 | $2,880.00 |
| Welding Foreman | | | |
| Approved Overtime | $108.00 | 30 | $3,240.00 |
| | | | |
| **STEVE MARTIN** | $88.00 | 33 | $2,904.00 |
| QA/QC | | | |
| Approved Overtime | $132.00 | 0 | $0.00 |
| | | | |
| **BILLY RADER** | $42.00 | 40 | $1,680.00 |
| Clerk | | | |
| Approved Overtime | $63.00 | 26 | $1,638.00 |
| | | | |
| **FERNANDO BARRO** | $32.00 | 40 | $1,280.00 |
| Helper | | | |
| Approved Overtime | $48.00 | 26 | $1,248.00 |
| | | | |
| **JOHN BRYAN** | $70.00 | 40 | $2,800.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 26 | $2,730.00 |
| | | | |
| **ZACK KORNEGAY** | $70.00 | 40 | $2,800.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 26 | $2,730.00 |
| | | | |
| **CHAD HANKINS** | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| | | | |
| **RICKY ROWELL** | $74.00 | 40 | $2,960.00 |
| Pipe General Foreman | | | |
| Approved Overtime | $111.00 | 26 | $2,886.00 |

continued.....

| | | | |
|---|---|---|---|
| PATRICK MARTIN<br>Welder | $70.00 | 40 | $2,800.00 |
| Approved Overtime | $105.00 | 15 | $1,575.00 |
| GARRISON BIGMAN<br>Rigger | $60.00 | 40 | $2,400.00 |
| Approved Overtime | $90.00 | 26 | $2,340.00 |
| SAWYER OLIVER<br>Welder Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 4 | $192.00 |
| TY BATCHELOR<br>Welder | $70.00 | 40 | $2,800.00 |
| Approved Overtime | $105.00 | 26 | $2,730.00 |
| YANCY YORK<br>Welder Helper | $32.00 | 33 | $1,056.00 |
| Approved Overtime | $48.00 | 11 | $528.00 |
| BLAKE ARRIOLA<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 30 | $3,240.00 |
| JEFF ARRIOLA<br>Pipe General Foreman | $74.00 | 40 | $2,960.00 |
| Approved Overtime | $111.00 | 26 | $2,886.00 |
| REX BATCHELOR<br>Welder | $70.00 | 40 | $2,800.00 |
| Approved Overtime | $105.00 | 26 | $2,730.00 |
| FREDRICK LITTLEBOY<br>Rigger | $60.00 | 40 | $2,400.00 |
| Approved Overtime | $90.00 | 26 | $2,340.00 |
| LARRY CORLEY<br>Welder Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 26 | $1,248.00 |
| CODY MONTES<br>Welder Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 26 | $1,248.00 |

continued.....

| | | | |
|---|---|---|---|
| SPURGEON HARRIS | $60.00 | 40 | $2,400.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 26 | $2,340.00 |
| | | | |
| JERMEL HARRIS | $70.00 | 40 | $2,800.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 26 | $2,730.00 |
| | | | |
| GREG KUYKENDALL | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| | | | |
| TOMMY PACK | $82.00 | 33 | $2,706.00 |
| Safety Clerk | | | |
| Approved Overtime | $123.00 | 0 | $0.00 |
| | | | |
| CALEB RADER | $70.00 | 40 | $2,800.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 30 | $3,150.00 |
| | | | |
| CESAR COBOS | $60.00 | 40 | $2,400.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 15 | $1,350.00 |
| | | | |
| KEDRIC WOODS | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 26 | $1,248.00 |
| | | | |
| TAYLOR WALKER | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 15 | $720.00 |
| | | | |
| CARLOS GONZALEZ | $60.00 | 40 | $2,400.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 26 | $2,340.00 |
| | | | |
| STEVE WEBB | $57.00 | 40 | $2,280.00 |
| Equipment Operator | | | |
| Approved Overtime | $85.50 | 26 | $2,223.00 |
| | | | |
| JULIO CASTRUITA | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 26 | $1,248.00 |
| | | | |
| GARY PIERCE | $57.00 | 40 | $2,280.00 |
| Equipment Operator | | | |
| Approved Overtime | $85.50 | 26 | $2,223.00 |
| | | | |
| ALEJANDRO LARA | $60.00 | 40 | $2,400.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 26 | $2,340.00 |

continued.....

| | | | |
|---|---|---|---|
| LATRELL NORRIS | $60.00 | 40 | $2,400.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 26 | $2,340.00 |
| ANTHONY BRYANT | $32.00 | 39 | $1,248.00 |
| Helper | | | |
| Approved Overtime | $48.00 | 11 | $528.00 |
| STEVEN VERDIN | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| ETHAN SEALE | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 26 | $1,248.00 |
| GABRIEL CABALLERO | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| ERROL SHAVER | $74.00 | 40 | $2,960.00 |
| Pipe Fitter Foreman | | | |
| Approved Overtime | $111.00 | 26 | $2,886.00 |
| HIRAM CABALLERO | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| DEREK THOMAS | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 26 | $1,248.00 |
| RYAN MOSHER | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 26 | $1,248.00 |
| JEFF LEE | $57.00 | 40 | $2,280.00 |
| Equipment Operator | | | |
| Approved Overtime | $85.50 | 26 | $2,223.00 |
| CAMI BATCHELOR | $32.00 | 33 | $1,056.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 0 | $0.00 |
| CHARLES TURNBOW | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 15 | $1,620.00 |

continued.....

| | | | |
|---|---|---|---|
| **COREY DONNER** | $57.00 | 40 | $2,280.00 |
| Equipment Operator | | | |
| Approved Overtime | $85.50 | 30 | $2,565.00 |
| | | | |
| **IVEY FLORES** | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| | | | |
| **JEREMY HARRIS** | $70.00 | 40 | $2,800.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 26 | $2,730.00 |
| | | | |
| **GERAMI HANKS** | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 26 | $1,248.00 |
| | | | |
| **MICHAEL JOHNSON** | $60.00 | 40 | $2,400.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 26 | $2,340.00 |
| | | | |
| **JAMES HOLLINGSWORTH** | $60.00 | 40 | $2,400.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 26 | $2,340.00 |
| | | | |
| **CODY ADDAIKAI** | $60.00 | 40 | $2,400.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 26 | $2,340.00 |
| | | | |
| **ROBERT LEDFORD** | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| | | | |
| **JOSE LUNA** | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| | | | |
| **RAUL LUNA** | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| | | | |
| **TAMMY MANUEL** | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 26 | $2,808.00 |
| | | | |
| **ALEJANDRO RASCON** | $60.00 | 40 | $2,400.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 26 | $2,340.00 |

continued......

S&S SERVICE LLC Case 19-34698 Claim 20 Filed 11/05/19 Desc Main Document Page 12 of 18
I18-700-L
PAGE 6

| | | | |
|---|---|---|---|
| DILLON SHAVER | $72.00 | 11 | $792.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 0 | $0.00 |
| | | | |
| CHARLES TURNBOW JR. | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 15 | $1,620.00 |
| | | | |
| ADDELENE TRYON | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 26 | $1,248.00 |
| | | | |
| HOLLY WASHBURN | $42.00 | 40 | $1,680.00 |
| clerk | | | |
| Approved Overtime | $63.00 | 26 | $1,638.00 |
| | | | |
| MIGUEL CABELLERO | $57.00 | 40 | $2,280.00 |
| Operator | | | |
| Approved Overtime | $85.50 | 26 | $2,223.00 |
| | | | |
| TOTAL HOURS AND LABOR | | 3773 | $259,376.00 |

| | | | | | |
|---|---|---|---|---|---|
| SUPERINTENDENT TRUCK: | $22.00 | / hour | x | 103 hours | $2,266.00 |
| WELDING RIG: | $39.00 | / hour | x | 440 hours | $17,160.00 |
| OFFICE/TOOL VAN | $450.00 | / day | x | 14 days | $6,300.00 |
| PER DIEM: | $150.00 | / per man per day | x | 394 days | $59,100.00 |
| PRINT BOX | $80.00 | / day | x | 14 days | $1,120.00 |
| CREW TRUCK W/ HAND TOOLS | $34.00 | / hour | x | 132 hours | $4,488.00 |
| MATERIALS &/OR CONSUMABLES | $1,139.66 | | x | 1.18 | $1,344.80 |
| TOTAL AMOUNT DUE | | | | | $351,154.80 |



**E-MAILED**
9/6/18

**PLEASE REMIT TO:**
4530 HWY 69N
LUFKIN, TX 75904
936-630-1491 OFFICE 936-630-1488 FAX

August 6, 2018

**KP ENGINEERING**
5555 OLD JACKSONVILLE HWY
TYLER, TX 75703

*INVOICE*

| | | |
|---|---|---|
| ATTENTION: | ACCOUNTS PAYABLE | Invoice No.: I18-700-M Rev. 1 |
| | | Terms: Net 30 Days |
| Project Name: | MIDKIFF T&M PLANT WORK | Job No.: J18-700 |
| | | P.O. No.: J1711-224 |
| Project Manager: | ALLEN HICKS | |

## *Invoice for services on July 30, 2018 THRU August 3, 2018.*
Please remit to the address shown above. Thank you.

| EMPLOYEE/CLASS | RATE | HOURS | TOTAL |
|---|---|---|---|
| **DUSTIN RASH** | $72.00 | 40 | $2,880.00 |
| Welding Foreman | | | |
| Approved Overtime | $108.00 | 10 | $1,080.00 |
| **STEVE MARTIN** | $88.00 | 40 | $3,520.00 |
| QA/QC | | | |
| Approved Overtime | $132.00 | 6 | $792.00 |
| **BILLY RADER** | $42.00 | 40 | $1,680.00 |
| Clerk | | | |
| Approved Overtime | $63.00 | 6 | $378.00 |
| **FERNANDO BARRO** | $60.00 | 40 | $2,400.00 |
| RIGGER | | | |
| Approved Overtime | $90.00 | 6 | $540.00 |
| **JOHN BRYAN** | $70.00 | 40 | $2,800.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 6 | $630.00 |
| **ZACK KORNEGAY** | $70.00 | 40 | $2,800.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 6 | $630.00 |
| **CHAD HANKINS** | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 6 | $648.00 |
| **RICKY ROWELL** | $74.00 | 40 | $2,960.00 |
| Pipe General Foreman | | | |
| Approved Overtime | $111.00 | 6 | $666.00 |

continued.....

| | | | |
|---|---|---|---|
| **PATRICK MARTIN** | $70.00 | 40 | $2,800.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 6 | $630.00 |
| | | | |
| **GARRISON BIGMAN** | $60.00 | 35 | $2,100.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 0 | $0.00 |
| | | | |
| **SAWYER OLIVER** | $32.00 | 22 | $704.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 0 | $0.00 |
| | | | |
| **TY BATCHELOR** | $70.00 | 35 | $2,450.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 0 | $0.00 |
| | | | |
| **YANCY YORK** | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 4 | $192.00 |
| | | | |
| **BLAKE ARRIOLA** | $72.00 | 40 | $2,880.00 |
| Pipe Fitter | | | |
| Approved Overtime | $108.00 | 10 | $1,080.00 |
| | | | |
| **JEFF ARRIOLA** | $74.00 | 40 | $2,960.00 |
| Pipe General Foreman | | | |
| Approved Overtime | $111.00 | 6 | $666.00 |
| | | | |
| **REX BATCHELOR** | $70.00 | 40 | $2,800.00 |
| Welder | | | |
| Approved Overtime | $105.00 | 6 | $630.00 |
| | | | |
| **FREDRICK LITTLEBOY** | $60.00 | 35 | $2,100.00 |
| Rigger | | | |
| Approved Overtime | $90.00 | 0 | $0.00 |
| | | | |
| **LARRY CORLEY** | $32.00 | 40 | $1,280.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 6 | $288.00 |
| | | | |
| **CODY MONTES** | $32.00 | 35 | $1,120.00 |
| Welder Helper | | | |
| Approved Overtime | $48.00 | 0 | $0.00 |

continued.....

| | | | |
|---|---|---|---|
| **SPURGEON HARRIS**<br>Rigger | $60.00 | 40 | $2,400.00 |
| Approved Overtime | $90.00 | 6 | $540.00 |
| **JERMEL HARRIS**<br>Welder | $70.00 | 40 | $2,800.00 |
| Approved Overtime | $105.00 | 6 | $630.00 |
| **GREG KUYKENDALL**<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 6 | $648.00 |
| **TOMMY PACK**<br>Safety Clerk | $82.00 | 40 | $3,280.00 |
| Approved Overtime | $123.00 | 6 | $738.00 |
| **CALEB RADER**<br>Welder | $70.00 | 40 | $2,800.00 |
| Approved Overtime | $105.00 | 10 | $1,050.00 |
| **CESAR COBOS**<br>Rigger | $60.00 | 31 | $1,860.00 |
| Approved Overtime | $90.00 | 0 | $0.00 |
| **KEDRIC WOODS**<br>Welder Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 6 | $288.00 |
| **TAYLOR WALKER**<br>Welder Helper | $32.00 | 35 | $1,120.00 |
| Approved Overtime | $48.00 | 0 | $0.00 |
| **CARLOS GONZALEZ**<br>Rigger | $60.00 | 40 | $2,400.00 |
| Approved Overtime | $90.00 | 6 | $540.00 |
| **STEVE WEBB**<br>Equipment Operator | $57.00 | 40 | $2,280.00 |
| Approved Overtime | $85.50 | 6 | $513.00 |
| **JULIO CASTRUITA**<br>Welder Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 5 | $240.00 |
| **GARY PIERCE**<br>Equipment Operator | $57.00 | 40 | $2,280.00 |
| Approved Overtime | $85.50 | 6 | $513.00 |
| **ALEJANDRO LARA**<br>Rigger | $60.00 | 40 | $2,400.00 |
| Approved Overtime | $90.00 | 6 | $540.00 |

continued.....

| | | | |
|---|---|---|---|
| LATRELL NORRIS<br>Rigger | $80.00 | 35 | $2,100.00 |
| Approved Overtime | $90.00 | 0 | $0.00 |
| ANTHONY BRYANT<br>Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 6 | $288.00 |
| STEVEN VERDIN<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 10 | $1,080.00 |
| ETHAN SEALE<br>Welder Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 6 | $288.00 |
| GABRIEL CABALLERO<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 6 | $648.00 |
| ERROL SHAVER<br>Pipe Fitter Foreman | $74.00 | 24 | $1,776.00 |
| Approved Overtime | $111.00 | 0 | $0.00 |
| HIRAM CABALLERO<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 5 | $540.00 |
| DEREK THOMAS<br>Welder Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 6 | $288.00 |
| RYAN MOSHER<br>Welder Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 6 | $288.00 |
| JEFF LEE<br>Equipment Operator | $57.00 | 40 | $2,280.00 |
| Approved Overtime | $85.50 | 6 | $513.00 |
| CHARLES TURNBOW<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 6 | $648.00 |
| COREY DONNER<br>Equipment Operator | $57.00 | 40 | $2,280.00 |
| Approved Overtime | $85.50 | 6 | $513.00 |

continued.....

| | | | |
|---|---|---|---|
| **MIGUEL CABALLERO**<br>Equipment Operator | $57.00 | 40 | $2,280.00 |
| Approved Overtime | $85.50 | 6 | $513.00 |
| **IVEY FLORES**<br>Pipe Fitter | $72.00 | 35 | $2,520.00 |
| Approved Overtime | $108.00 | 0 | $0.00 |
| **JEREMY HARRIS**<br>Welder | $70.00 | 35 | $2,450.00 |
| Approved Overtime | $105.00 | 0 | $0.00 |
| **GERAMI HANKS**<br>Welder Helper | $32.00 | 40 | $1,280.00 |
| Approved Overtime | $48.00 | 6 | $288.00 |
| **MICHAEL JOHNSON**<br>Rigger | $60.00 | 40 | $2,400.00 |
| Approved Overtime | $90.00 | 6 | $540.00 |
| **JAMES HOLLINGSWORTH**<br>Rigger | $60.00 | 40 | $2,400.00 |
| Approved Overtime | $90.00 | 6 | $540.00 |
| **CODY ADDAIKAI**<br>Rigger | $60.00 | 40 | $2,400.00 |
| Approved Overtime | $90.00 | 6 | $540.00 |
| **ROBERT LEDFORD**<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 6 | $648.00 |
| **JOSE LUNA**<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 6 | $648.00 |
| **RAUL LUNA**<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 6 | $648.00 |
| **TAMMY MANUEL**<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 6 | $648.00 |
| **ALEJANDRO RASCON**<br>Rigger | $60.00 | 40 | $2,400.00 |
| Approved Overtime | $90.00 | 6 | $540.00 |
| **CHARLES TURNBOW JR.**<br>Pipe Fitter | $72.00 | 40 | $2,880.00 |
| Approved Overtime | $108.00 | 6 | $648.00 |

continued.....

| | | | | |
|---|---|---|---|---|
| ADDELENE TRYON | | | | |
| Welder Helper | $32.00 | | 40 | $1,280.00 |
| Approved Overtime | $48.00 | | 6 | $288.00 |
| HOLLY WASHBURN | | | | |
| clerk | $42.00 | | 40 | $1,680.00 |
| Approved Overtime | $63.00 | | 6 | $378.00 |
| MICHAEL TAYLOR | | | | |
| helper | $32.00 | | 33 | $1,056.00 |
| Approved Overtime | $48.00 | | 0 | $0.00 |
| TOTAL HOURS AND LABOR | | | 2610 | $162,127.00 |
| | | | | |
| SUPERINTENDENT TRUCK: | $22.00 | / hour × | 96 hours | $2,112.00 |
| WELDING RIG: | $39.00 | / hour × | 300 hours | $11,700.00 |
| OFFICE/TOOL VAN | $450.00 | / day × | 10 days | $4,500.00 |
| PER DIEM: | $150.00 | / per man per day × | 282 days | $42,300.00 |
| PRINT BOX | $80.00 | / day × | 10 days | $800.00 |
| CREW TRUCK W/ HAND TOOLS | $34.00 | / hour × | 92 hours | $3,128.00 |
| MATERIALS &/OR CONSUMABLES | $621.01 | × | 1.18 | $732.79 |
| TOTAL AMOUNT DUE | | | | |