**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KP ENGINEERING, LP, *et al.*,[1] | ) Case No. 19-34698 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF HEARING ON LIQUIDATION TRUSTEE'S MOTION TO ALLOCATE ALL FUNDS OF THE ADMINISTRATIVELY CONSOLIDATED ESTATES TO THE KP ENGINEERING, LP ESTATE**
(Related Docket No. 1062)

**PLEASE TAKE NOTICE** that the hearing on the *Liquidation Trustee's Motion to Allocate all Funds of the Administratively Consolidated Estates to the KP Engineering, LP Estate* [Docket No. 1062] has been reset for **February 21, 2023 at 2:30 p.m. (Central Time)**[2]. The hearing will be conducted on a hybrid basis (remote or in-person) in accordance with the *Procedures for Complex Cases in the Southern District of Texas*, effective January 1, 2023.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted in-person in Courtroom 400, 515 Rusk, Houston, Texas 77002, and telephonically with the option to also appear by video. For persons appearing telephonically, audio communication will be by use of the court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones conference room number is 205691. You may view video *via* GoToMeeting. To use GoToMeeting, the Bankruptcy Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "judgejones" in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are KP Engineering, LP (7785) and KP Engineering, LLC (0294). The location of the Debtors' corporate headquarters and the Debtors' service address is: 5555 Old Jacksonville Hwy., Tyler, TX 75703.

[2] All parties filing formal objections to the Motion, have consented to the hearing being moved as provided here.

DOCS_NY:46985.1 47519/001

-1-

GoToMeeting app or click the link on Judge Jones home page (https://www.gotomeet.me/JudgeJones) on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

| | |
|---|---|
| Dated: January 20, 2023 | By: */s/ Michael D. Warner* <br> Michael D. Warner (TX Bar No. 00792304) <br> **PACHULSKI STANG ZIEHL & JONES LLP** <br> 440 Louisiana Street, Suite 900 <br> Houston, TX 77002 <br> Telephone: (713) 691-9385 <br> Facsimile: (713) 691-9407 <br> Email: mwarner@pszjlaw.com <br><br> -and- <br><br> Brooke W. Altazan (TX Bar No. 24101002) <br> Paul Douglas Stewart, Jr. (LA Bar No. 24661, admitted to SDTX) <br> **STEWART ROBBINS BROWN & ALTAZAN, LLC** <br> 301 Main Street, #1640 <br> Baton Rouge, LA 70801 <br> Telephone: (225) 231-9998 <br> Facsimile: (225) 709-9467 <br> Email:  baltazan@stewartrobbins.com <br>             dstewart@stewartrobbins.com <br><br> *Counsel for the Liquidation Trustee* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2023, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner, Esq.

DOCS_NY:46985.1 47519/001