United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 11, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| | * | CASE NO. 19-34698 (DRJ) |
| | * | |
| KP ENGINEERING, LP, *et al*[1] | * | |
| | * | (Jointly Administered) |
| *Debtor* | * | |

**ORDER (I) APPROVING THE PROPOSED RECOVERY PERCENTAGES FOR THE TRUST BENEFICIARIES; (II) AUTHORIZING DISTRIBUTIONS TO THE TRUST BENEFICIARIES ACCORDING TO EACH TRUST BENEFICIARY'S PROPOSED RECOVERY PERCENTAGE; (III) AUTHORIZING THE REVERSION TO THE TRUST OF ANY TRUST BENEFICIARY'S DISTRIBUTIONS WHEN SUCH TRUST BENEFICIARY HAS FAILED TO PROVIDE THE LIQUIDATION TRUSTEE WITH THE APPROPRIATE TAX FORM; AND (IV) AUTHORIZING THE RETENTION BY THE TRUST OF CERTAIN DE MINIMIS DISTRIBUTIONS ON A CUMULATIVE BASIS** (Docket No. 1092)

**CONSIDERING** the *Liquidation Trustee's Motion to (I) Approve the Proposed Recovery Percentages for the Trust Beneficiaries; (II) Authorize Distributions to the Trust Beneficiaries According to Each Trust Beneficiary's Proposed Recovery Percentage; (III) Authorize the Reversion to the Trust of Any Trust Beneficiary's Distributions When Such Trust Beneficiary has Failed to Provide the Liquidation Trustee with the Appropriate Tax Form; and (IV) Authorize the Retention by the Trust of Certain De Minimis Distributions on a Cumulative Basis* (the "**Motion**");[2] and this Court having found that (i) it has jurisdiction over the matters raised in the Motion

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are KP Engineering, LP (7785) and KP Engineering, LLC (0294). The location of the Debtors' corporate headquarters and the Debtors' service address is: 5555 Old Jacksonville Hwy., Tyler, TX 75703.

[2] Unless otherwise noted, the capitalized terms herein shall have the definitions ascribed to them in the Motion or the Plan Documents.

pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; (iii) venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of the Motion was sufficient; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as provided herein.

2. The percentage recovery of each of the Liquidation Trust Beneficiaries from the Trust Assets, as calculated on the chart attached hereto as Exhibit "1" (the "<u>Distribution Table</u>"), is approved.

3. Other than the Allowed Claims and relative amounts specifically identified on the Distribution Table, there are no other due and owing or asserted Class 7 Allowed General Unsecured Claims or amounts against the Estates entitled to any distribution(s) from the Trust.

4. Other than Liquidation Trust Beneficiaries and relative amounts specifically identified on the Distribution Table, there are no other claimants entitled to any distribution(s) from the Trust.

5. The Liquidation Trustee is authorized to make distributions in the exercise of the Liquidation Trustee's business judgment and in accordance with the percentages in the Distribution Table to the Liquidation Trust Beneficiaries who have timely provided the Liquidation Trustee a Form W-9 or W-8 (as applicable).

6. The entitlement to a share in the Trust Assets of any Liquidation Trust Beneficiary who fails to provide the Liquidation Trustee the appropriate Form W-8 or W-9 (as applicable)

before the earlier of: (a) 180 days after the date of the Liquidation Trustee's written request and (b) 180 days after the date of the Trust's distribution shall revert to the Trust so that such Liquidation Trust Beneficiary's right to a distribution from the Trust is forfeited without further order of this Court.

7. The Trust shall retain: (a) on a temporary basis, any distributions authorized by this Order that are less than $50.00, unless and until the value of aggregate distributions authorized by this Order equal or exceed $50.00; and (b) on a permanent basis, such distributions authorized by this Order whose aggregate value are less than $50.00.

8. Omni Agent Solutions ("**Omni**") is authorized and directed to modify the official claims register maintained by it, to the extent necessary, to reflect the relief granted in this Order.

9. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

10. The Liquidation Trustee, Omni and the Clerk of this Court are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court shall maintain jurisdiction and authority to interpret and enforce this Order, and to resolve any dispute arising from or related to this Order.

**Signed:  July 11, 2023.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

**LIQUIDATION TRUSTEE'S MOTION TO (I) APPROVE THE PROPOSED RECOVERY PERCENTAGES FOR THE TRUST BENEFICIARIES; (II) AUTHORIZE DISTRIBUTIONS TO THE TRUST BENEFICIARIES ACCORDING TO EACH TRUST BENEFICIARY'S PROPOSED RECOVERY PERCENTAGE; (III) AUTHORIZE THE REVERSION TO THE TRUST OF ANY TRUST BENEFICIARY'S DISTRIBUTIONS WHEN SUCH TRUST BENEFICIARY HAS FAILED TO PROVIDE THE LIQUIDATION TRUSTEE WITH THE APPROPRIATE TAX FORM; AND (IV) AUTHORIZE THE RETENTION BY THE TRUST OF CERTAIN DE MINIMIS DISTRIBUTIONS ON A CUMULATIVE BASIS**

---

**EXHIBIT "1"**
**DISTRIBUTION TABLE**

**(CLASS 7 ALLOWED GENERAL UNSECURED CLAIMS AGAINST THE ESTATES)**

# **Table**

| Claimant | Case No. | Allowed Claim Amount | Percentage |
|---|---|---|---|
| Accessible Texas | 19-34698 | $500.00 | 0.00063553% |
| Air Cleaning Specialist, Inc. | 19-34698 | $5,434.23 | 0.00690722% |
| American Express Travel Related Services Company, Inc | 19-34698 | $733,398.67 | 0.93219213% |
| Andrews Myers | 19-34698 | $9,854.67 | 0.01252586% |
| Apache Industrial Services Inc. | 19-34698 | $172,305.86 | 0.21901071% |
| Arcosa Tank, LLC f/k/a Trinity Container | 19-34698 | $668,030.16 | 0.84910497% |
| Base Line Data, Inc. | 19-34698 | $39,780.17 | 0.05056290% |
| Belco Manufacturing Co. | 19-34698 | $19,850.00 | 0.02523050% |
| Big Brothers Big Sisters | 19-34698 | $1,000.00 | 0.00127106% |
| Bishop's Office Needs | 19-34698 | $599.82 | 0.00076241% |
| Bounds Construction II, LLC | 19-34698 | $1,072,776.53 | 1.36356102% |
| Bowman Specialized Services | 19-34698 | $680,930.43 | 0.86550196% |
| BSM Business Solutions Management, Inc. | 19-34698 | $47,125.78 | 0.05989959% |
| BWFS Industries, LLC | 19-34698 | $290,609.16 | 0.36938105% |
| BXS Insurance | 19-34698 | $11,211.00 | 0.01424983% |
| C&J Equipment Manufacturing | 19-34698 | $24,634.50 | 0.03131187% |
| Catalyst Handling Resources | 19-34698 | $233,192.33 | 0.29640094% |
| CCL Contracts Consultancy Inc. | 19-34698 | $76,564.25 | 0.09731759% |
| Chart Energy and Chemicals | 19-34698 | $181,350.00 | 0.23050634% |
| Cherokee Integrations | 19-34698 | $172,681.50 | 0.21948817% |
| Cintas Corporation #495 | 19-34698 | $1,379.87 | 0.00175389% |
| Cisco WebEx, LLC | 19-34698 | $1,212.40 | 0.00154103% |
| Clarivate Analytics (US) LLC | 19-34698 | $777.24 | 0.00098792% |
| Clean & Shine | 19-34698 | $357.00 | 0.00045377% |
| Comfort Inn & Suites - Artesia | 19-34698 | $168.21 | 0.00021380% |
| Consolidated Electrical Distributors Inc, dba Interstate Electric | 19-34698 | $1,011,702.42 | 1.28593229% |
| Construction Industry Resource | 19-34698 | $1,200.00 | 0.00152527% |
| Construction Management Group | 19-34698 | $64,418.78 | 0.08188000% |
| CPC Pumps International | 19-34698 | $112,768.87 | 0.14333576% |
| Crawford Electric Supply | 19-34698 | $51,265.40 | 0.06516129% |
| Credos Industrial Supplies & Rentals LLC | 19-34698 | $930,507.76 | 1.18272918% |
| CSI Compressco LP | 19-34698 | $2,368,333.28 | 3.01028858% |
| Daily Thermetrics Corporation | 19-34698 | $31,943.08 | 0.04060150% |
| Dealers Electrical Supply Co. | 19-34698 | $573,698.41 | 0.72920386% |
| Department of the Treasury | 19-34698 | $13,318.19 | 0.01692819% |
| Diversified Solutions, Inc. | 19-34698 | $4,596.00 | 0.00584178% |
| DOW Chemical Company | 19-34698 | $15,077.15 | 0.01916393% |
| Dun & Bradstreet | 19-34698 | $8,118.75 | 0.01031940% |
| DXP Enterprises | 19-34698 | $17,078.78 | 0.02170812% |
| EAN Services, LLC | 19-34698 | $9,732.37 | 0.01237041% |
| ECAD, Inc. | 19-34698 | $63,041.18 | 0.08012899% |

| | | | |
|---|---|---|---|
| ETR Air Conditioning & Heating | 19-34698 | $364.96 | 0.00046389% |
| Everitt Industrial Supply | 19-34698 | $25,705.00 | 0.03267254% |
| Exida Consulting, LLC | 19-34698 | $13,000.00 | 0.01652375% |
| Falcon Technologies | 19-34698 | $56,077.95 | 0.07127832% |
| Faro Technologies Inc. | 19-34698 | $3,658.85 | 0.00465061% |
| FCX Performance | 19-34698 | $55,312.89 | 0.07030588% |
| Fisher Controls International | 19-34698 | $489,842.92 | 0.62261868% |
| Fluid Components International | 19-34698 | $5,210.08 | 0.00662231% |
| Fluid Engineering | 19-34698 | $15,754.39 | 0.02002474% |
| Franchise Tax Board | 19-34698 | $3,968.72 | 0.00504447% |
| Gallop Contracting Group Inc. | 19-34698 | $183,015.00 | 0.23262265% |
| Genesis Technical Staffing Inc. | 19-34698 | $3,625.50 | 0.00460822% |
| Genesis Technical Staffing Inc. | 19-34698 | $45,460.00 | 0.05778229% |
| Genesis Technical Staffing Inc. | 19-34698 | $17,650.00 | 0.02243417% |
| Genesis Technical Staffing Inc. | 19-34698 | $25,178.40 | 0.03200320% |
| GK Techstar LLC | 19-34698 | $49,631.48 | 0.06308448% |
| Globe, LLC | 19-34698 | $400,266.45 | 0.50876181% |
| Graitec USA Inc. | 19-34698 | $4,330.00 | 0.00550368% |
| Gregg Industrial Insulators, Inc. | 19-34698 | $1,462,786.59 | 1.85928636% |
| Hancock Mechanical, LLC | 19-34698 | $1,496,749.60 | 1.90245531% |
| Hawk Technical Services, LLC | 19-34698 | $23,531.02 | 0.02990929% |
| Hawk Technical Services, LLC | 19-34698 | $1,011.60 | 0.00128580% |
| Hawk Technical Services, LLC | 19-34698 | $1,352.60 | 0.00171923% |
| Heat Transfer Equipment Co. | 19-34698 | $127,474.00 | 0.16202683% |
| Heat Transfer Research, Inc. | 19-34698 | $54,720.00 | 0.06955229% |
| Heatec | 19-34698 | $334,309.73 | 0.42492700% |
| Hebert Steel Company, Inc. | 19-34698 | $385,099.91 | 0.48948426% |
| Hexagon PPM | 19-34698 | $12,678.24 | 0.01611478% |
| Highland Tank | 19-34698 | $5,349.80 | 0.00679991% |
| Holiday Inn Express - SLC, UT | 19-34698 | $3,518.75 | 0.00447253% |
| Holiday Inn South Broadway | 19-34698 | $452.80 | 0.00057553% |
| Holland & Knight | 19-34698 | $25,406.50 | 0.03229313% |
| Houston Chronicle | 19-34698 | $2,000.00 | 0.00254212% |
| Innovative Industrial Fabricators, LLC | 19-34698 | $323,632.14 | 0.41135517% |
| Interface Consulting International, Inc. | 19-34698 | $99,178.25 | 0.12606129% |
| ISC Constructors LLC | 19-34698 | $284,541.81 | 0.36166910% |
| Jonas Inc. | 19-34698 | $4,400.00 | 0.00559265% |
| KBC Advanced Technologs Inc. | 19-34698 | $7,585.00 | 0.00964097% |
| Knight Janitorial Services | 19-34698 | $4,621.19 | 0.00587380% |
| Lantana Communications | 19-34698 | $135.00 | 0.00017159% |
| LCM Industries, Inc. | 19-34698 | $176,545.50 | 0.22439954% |
| Lisega Inc. | 19-34698 | $4,505.00 | 0.00572612% |
| Locke Lord LLP | 19-34698 | $20,956.25 | 0.02663661% |
| Long Industries | 19-34698 | $93,501.00 | 0.11884518% |
| Louisiana Department of Revenue | 19-34698 | $1,102.46 | 0.00140129% |
| Markwest Ohio Fractionation Company, LLC | 19-34698 | $4,250,000.00 | 5.40199582% |

| Creditor | Case | Amount | Percent |
|---|---|---|---|
| Maverick International | 19-34698 | $69,455.00 | 0.08828132% |
| Maxim Crane Works, LP | 19-34698 | $30,000.00 | 0.03813174% |
| MRC Global | 19-34698 | $1,397,874.23 | 1.77677900% |
| Office Depot | 19-34698 | $184.95 | 0.00023508% |
| Oracle America Inc. | 19-34698 | $1,031.96 | 0.00131168% |
| Pall Corporation | 19-34698 | $94,264.77 | 0.11981597% |
| Parker-Hannifin Corporation | 19-34698 | $334,164.97 | 0.42474301% |
| Parks Coffee | 19-34698 | $1,351.73 | 0.00171813% |
| PetroPages.com Inc. | 19-34698 | $6,683.82 | 0.00849552% |
| Pierce Construction and Maintenance, Co Inc | 19-34698 | $735,268.68 | 0.93456902% |
| Rawson Inc. | 19-34698 | $146.12 | 0.00018573% |
| Residence Inn | 19-34698 | $114.64 | 0.00014571% |
| Rid-X Termite & Pest Control | 19-34698 | $324.75 | 0.00041278% |
| Rosemount, Inc. | 19-34698 | $19,607.74 | 0.02492257% |
| ROWC Energy Services | 19-34698 | $3,538,546.91 | 4.49769779% |
| Rudd Safety Co. | 19-34698 | $752.28 | 0.00095619% |
| S&S Services LLC | 19-34698 | $578,554.59 | 0.73537635% |
| Saulsbury Industries, Inc | 19-34698 | $3,314,447.76 | 4.21285481% |
| SCS Technologies | 19-34698 | $141,142.39 | 0.17940014% |
| Sefton Steel, LP | 19-34698 | $379,013.44 | 0.48174800% |
| Smith & Loveless | 19-34698 | $96,415.02 | 0.12254907% |
| Sunbelt Supply Co. | 19-34698 | $112,279.84 | 0.14271417% |
| Targa Channelview, LLC | 19-34698 | $3,438,931.51 | 4.37108086% |
| Targa Pipeline | 19-34698 | $27,500,000.00 | 34.95409060% |
| TDW Services Inc. | 19-34698 | $157,925.76 | 0.20073278% |
| The Reynolds Company | 19-34698 | $1,735,475.29 | 2.20588947% |
| Thermo Process Instruments LP | 19-34698 | $14,100.00 | 0.01792192% |
| TII Logistics, Inc | 19-34698 | $1,637,700.00 | 2.08161142% |
| Tool & Hoist Specialties | 19-34698 | $17,340.71 | 0.02204105% |
| Total Equipment Company | 19-34698 | $8,140.00 | 0.01034641% |
| Tulsa Heaters Midstream | 19-34698 | $15,019.30 | 0.01909040% |
| Turner Industries Group LLC | 19-34698 | $6,564,869.07 | 8.34432830% |
| Tyler Industrial Supply Co. | 19-34698 | $182,410.27 | 0.23185400% |
| VanZandt Controls, LLC | 19-34698 | $4,241.60 | 0.00539132% |
| Vast Construction LLC | 19-34698 | $6,802.80 | 0.00864675% |
| Vector-Dallas Love Field | 19-34698 | $66.95 | 0.00008510% |
| Veritas Advisory Group, Inc. | 19-34698 | $371,356.61 | 0.47201573% |
| Vessel Technology, a division of SAS Global Corporation | 19-34698 | $98,208.54 | 0.12482873% |
| Virtual Materials Group USA | 19-34698 | $12,990.00 | 0.01651104% |
| Waste Heat Recovery Corp. | 19-34698 | $28,309.38 | 0.03598286% |
| Wholesale Electric Supply Company of Houston Inc. | 19-34698 | $227,664.79 | 0.28937512% |
| William Doug McDaniel | 19-34698 | $92,000.00 | 0.11693732% |
| Women's Energy Network | 19-34698 | $3,000.00 | 0.00381317% |
| Yokogawa Corp. | 19-34698 | $226,264.00 | 0.28759463% |

| | | | |
|---|---|---|---|
| York International Corporation | 19-34698 | $305,800.00 | 0.38868949% |
| Zeeco, Inc. | 19-34698 | $336,963.02 | 0.42829949% |
| Zeochem LLC | 19-34698 | $222,588.30 | 0.28292260% |
| Dealers Electrical Supply Co. | 19-34699 | $573,698.41 | 0.72920386% |
| Rudd Fire Protection Inc | 19-34699 | $1,792.25 | 0.00227805% |
| Hebert Steel Company, Inc. | 19-34699 | $385,099.91 | 0.48948426% |
| VanZandt Controls, LLC | 19-34699 | $4,241.60 | 0.00539132% |
| Sefton Steel, LP | 19-34699 | $379,013.44 | 0.48174800% |
| Hancock Mechanical, LLC | 19-34699 | $1,496,749.60 | 1.90245531% |
| MRC Global | 19-34699 | $1,446,515.61 | 1.83860501% |
| | | $78,674,625.84 | 100.00000000% |

## Subordinated Claims

| | | |
|---|---|---|
| Targa Channelview, LLC | 19-34698 | $1,000,000.00 |
| Saulsbury Industries, Inc | 19-34698 | $12,728,987.44 |