**LIQUIDATION TRUSTEE'S MOTION TO (I) APPROVE THE PROPOSED RECOVERY PERCENTAGES FOR THE TRUST BENEFICIARIES; (II) AUTHORIZE DISTRIBUTIONS TO THE TRUST BENEFICIARIES ACCORDING TO EACH TRUST BENEFICIARY'S PROPOSED RECOVERY PERCENTAGE; (III) AUTHORIZE THE REVERSION TO THE TRUST OF ANY TRUST BENEFICIARY'S DISTRIBUTIONS WHEN SUCH TRUST BENEFICIARY HAS FAILED TO PROVIDE THE LIQUIDATION TRUSTEE WITH THE APPROPRIATE TAX FORM; AND (IV) AUTHORIZE THE RETENTION BY THE TRUST OF CERTAIN DE MINIMIS DISTRIBUTIONS ON A CUMULATIVE BASIS**

---

**EXHIBIT "1"**
**DISTRIBUTION TABLE**

**(CLASS 7 ALLOWED GENERAL UNSECURED CLAIMS AGAINST THE ESTATES)**

## Table

| Claimant | Case No. | Allowed Claim Amount | Percentage |
|---|---|---|---|
| Accessible Texas | 19-34698 | $500.00 | 0.00063553% |
| Air Cleaning Specialist, Inc. | 19-34698 | $5,434.23 | 0.00690722% |
| American Express Travel Related Services Company, Inc | 19-34698 | $733,398.67 | 0.93219213% |
| Andrews Myers | 19-34698 | $9,854.67 | 0.01252586% |
| Apache Industrial Services Inc. | 19-34698 | $172,305.86 | 0.21901071% |
| Arcosa Tank, LLC f/k/a Trinity Container | 19-34698 | $668,030.16 | 0.84910497% |
| Base Line Data, Inc. | 19-34698 | $39,780.17 | 0.05056290% |
| Belco Manufacturing Co. | 19-34698 | $19,850.00 | 0.02523050% |
| Big Brothers Big Sisters | 19-34698 | $1,000.00 | 0.00127106% |
| Bishop's Office Needs | 19-34698 | $599.82 | 0.00076241% |
| Bounds Construction II, LLC | 19-34698 | $1,072,776.53 | 1.36356102% |
| Bowman Specialized Services | 19-34698 | $680,930.43 | 0.86550196% |
| BSM Business Solutions Management, Inc. | 19-34698 | $47,125.78 | 0.05989959% |
| BWFS Industries, LLC | 19-34698 | $290,609.16 | 0.36938105% |
| BXS Insurance | 19-34698 | $11,211.00 | 0.01424983% |
| C&J Equipment Manufacturing | 19-34698 | $24,634.50 | 0.03131187% |
| Catalyst Handling Resources | 19-34698 | $233,192.33 | 0.29640094% |
| CCL Contracts Consultancy Inc. | 19-34698 | $76,564.25 | 0.09731759% |
| Chart Energy and Chemicals | 19-34698 | $181,350.00 | 0.23050634% |
| Cherokee Integrations | 19-34698 | $172,681.50 | 0.21948817% |
| Cintas Corporation #495 | 19-34698 | $1,379.87 | 0.00175389% |
| Cisco WebEx, LLC | 19-34698 | $1,212.40 | 0.00154103% |
| Clarivate Analytics (US) LLC | 19-34698 | $777.24 | 0.00098792% |
| Clean & Shine | 19-34698 | $357.00 | 0.00045377% |
| Comfort Inn & Suites - Artesia | 19-34698 | $168.21 | 0.00021380% |
| Consolidated Electrical Distributors Inc, dba Interstate Electric | 19-34698 | $1,011,702.42 | 1.28593229% |
| Construction Industry Resource | 19-34698 | $1,200.00 | 0.00152527% |
| Construction Management Group | 19-34698 | $64,418.78 | 0.08188000% |
| CPC Pumps International | 19-34698 | $112,768.87 | 0.14333576% |
| Crawford Electric Supply | 19-34698 | $51,265.40 | 0.06516129% |
| Credos Industrial Supplies & Rentals LLC | 19-34698 | $930,507.76 | 1.18272918% |
| CSI Compressco LP | 19-34698 | $2,368,333.28 | 3.01028858% |
| Daily Thermetrics Corporation | 19-34698 | $31,943.08 | 0.04060150% |
| Dealers Electrical Supply Co. | 19-34698 | $573,698.41 | 0.72920386% |
| Department of the Treasury | 19-34698 | $13,318.19 | 0.01692819% |
| Diversified Solutions, Inc. | 19-34698 | $4,596.00 | 0.00584178% |
| DOW Chemical Company | 19-34698 | $15,077.15 | 0.01916393% |
| Dun & Bradstreet | 19-34698 | $8,118.75 | 0.01031940% |
| DXP Enterprises | 19-34698 | $17,078.78 | 0.02170812% |
| EAN Services, LLC | 19-34698 | $9,732.37 | 0.01237041% |
| ECAD, Inc. | 19-34698 | $63,041.18 | 0.08012899% |

| | | | |
|---|---|---|---|
| ETR Air Conditioning & Heating | 19-34698 | $364.96 | 0.00046389% |
| Everitt Industrial Supply | 19-34698 | $25,705.00 | 0.03267254% |
| Exida Consulting, LLC | 19-34698 | $13,000.00 | 0.01652375% |
| Falcon Technologies | 19-34698 | $56,077.95 | 0.07127832% |
| Faro Technologies Inc. | 19-34698 | $3,658.85 | 0.00465061% |
| FCX Performance | 19-34698 | $55,312.89 | 0.07030588% |
| Fisher Controls International | 19-34698 | $489,842.92 | 0.62261868% |
| Fluid Components International | 19-34698 | $5,210.08 | 0.00662231% |
| Fluid Engineering | 19-34698 | $15,754.39 | 0.02002474% |
| Franchise Tax Board | 19-34698 | $3,968.72 | 0.00504447% |
| Gallop Contracting Group Inc. | 19-34698 | $183,015.00 | 0.23262265% |
| Genesis Technical Staffing Inc. | 19-34698 | $3,625.50 | 0.00460822% |
| Genesis Technical Staffing Inc. | 19-34698 | $45,460.00 | 0.05778229% |
| Genesis Technical Staffing Inc. | 19-34698 | $17,650.00 | 0.02243417% |
| Genesis Technical Staffing Inc. | 19-34698 | $25,178.40 | 0.03200320% |
| GK Techstar LLC | 19-34698 | $49,631.48 | 0.06308448% |
| Globe, LLC | 19-34698 | $400,266.45 | 0.50876181% |
| Graitec USA Inc. | 19-34698 | $4,330.00 | 0.00550368% |
| Gregg Industrial Insulators, Inc. | 19-34698 | $1,462,786.59 | 1.85928636% |
| Hancock Mechanical, LLC | 19-34698 | $1,496,749.60 | 1.90245531% |
| Hawk Technical Services, LLC | 19-34698 | $23,531.02 | 0.02990929% |
| Hawk Technical Services, LLC | 19-34698 | $1,011.60 | 0.00128580% |
| Hawk Technical Services, LLC | 19-34698 | $1,352.60 | 0.00171923% |
| Heat Transfer Equipment Co. | 19-34698 | $127,474.00 | 0.16202683% |
| Heat Transfer Research, Inc. | 19-34698 | $54,720.00 | 0.06955229% |
| Heatec | 19-34698 | $334,309.73 | 0.42497200% |
| Hebert Steel Company, Inc. | 19-34698 | $385,099.91 | 0.48948426% |
| Hexagon PPM | 19-34698 | $12,678.24 | 0.01611478% |
| Highland Tank | 19-34698 | $5,349.80 | 0.00679991% |
| Holiday Inn Express - SLC, UT | 19-34698 | $3,518.75 | 0.00447253% |
| Holiday Inn South Broadway | 19-34698 | $452.80 | 0.00057553% |
| Holland & Knight | 19-34698 | $25,406.50 | 0.03229313% |
| Houston Chronicle | 19-34698 | $2,000.00 | 0.00254212% |
| Innovative Industrial Fabricators, LLC | 19-34698 | $323,632.14 | 0.41135517% |
| Interface Consulting International, Inc. | 19-34698 | $99,178.25 | 0.12606129% |
| ISC Constructors LLC | 19-34698 | $284,541.81 | 0.36166910% |
| Jonas Inc. | 19-34698 | $4,400.00 | 0.00559265% |
| KBC Advanced Technologs Inc. | 19-34698 | $7,585.00 | 0.00964097% |
| Knight Janitorial Services | 19-34698 | $4,621.19 | 0.00587380% |
| Lantana Communications | 19-34698 | $135.00 | 0.00017159% |
| LCM Industries, Inc. | 19-34698 | $176,545.50 | 0.22439954% |
| Lisega Inc. | 19-34698 | $4,505.00 | 0.00572612% |
| Locke Lord LLP | 19-34698 | $20,956.25 | 0.02663661% |
| Long Industries | 19-34698 | $93,501.00 | 0.11884518% |
| Louisiana Department of Revenue | 19-34698 | $1,102.46 | 0.00140129% |
| Markwest Ohio Fractionation Company, LLC | 19-34698 | $4,250,000.00 | 5.40199582% |

| | | | |
|---|---|---|---|
| Maverick International | 19-34698 | $69,455.00 | 0.08828132% |
| Maxim Crane Works, LP | 19-34698 | $30,000.00 | 0.03813174% |
| MRC Global | 19-34698 | $1,397,874.23 | 1.77677900% |
| Office Depot | 19-34698 | $184.95 | 0.00023508% |
| Oracle America Inc. | 19-34698 | $1,031.96 | 0.00131168% |
| Pall Corporation | 19-34698 | $94,264.77 | 0.11981597% |
| Parker-Hannifin Corporation | 19-34698 | $334,164.97 | 0.42474301% |
| Parks Coffee | 19-34698 | $1,351.73 | 0.00171813% |
| PetroPages.com Inc. | 19-34698 | $6,683.82 | 0.00849552% |
| Pierce Construction and Maintenance, Co Inc | 19-34698 | $735,268.68 | 0.93456902% |
| Rawson Inc. | 19-34698 | $146.12 | 0.00018573% |
| Residence Inn | 19-34698 | $114.64 | 0.00014571% |
| Rid-X Termite & Pest Control | 19-34698 | $324.75 | 0.00041278% |
| Rosemount, Inc. | 19-34698 | $19,607.74 | 0.02492257% |
| ROWC Energy Services | 19-34698 | $3,538,546.91 | 4.49769779% |
| Rudd Safety Co. | 19-34698 | $752.28 | 0.00095619% |
| S&S Services LLC | 19-34698 | $578,554.59 | 0.73537635% |
| Saulsbury Industries, Inc | 19-34698 | $3,314,447.76 | 4.21285481% |
| SCS Technologies | 19-34698 | $141,142.39 | 0.17940014% |
| Sefton Steel, LP | 19-34698 | $379,013.44 | 0.48174800% |
| Smith & Loveless | 19-34698 | $96,415.02 | 0.12254907% |
| Sunbelt Supply Co. | 19-34698 | $112,279.84 | 0.14271417% |
| Targa Channelview, LLC | 19-34698 | $3,438,931.51 | 4.37108086% |
| Targa Pipeline | 19-34698 | $27,500,000.00 | 34.95409060% |
| TDW Services Inc. | 19-34698 | $157,925.76 | 0.20073278% |
| The Reynolds Company | 19-34698 | $1,735,475.29 | 2.20588947% |
| Thermo Process Instruments LP | 19-34698 | $14,100.00 | 0.01792192% |
| TII Logistics, Inc | 19-34698 | $1,637,700.00 | 2.08161142% |
| Tool & Hoist Specialties | 19-34698 | $17,340.71 | 0.02204105% |
| Total Equipment Company | 19-34698 | $8,140.00 | 0.01034641% |
| Tulsa Heaters Midstream | 19-34698 | $15,019.30 | 0.01909040% |
| Turner Industries Group LLC | 19-34698 | $6,564,869.07 | 8.34432830% |
| Tyler Industrial Supply Co. | 19-34698 | $182,410.27 | 0.23185400% |
| VanZandt Controls, LLC | 19-34698 | $4,241.60 | 0.00539132% |
| Vast Construction LLC | 19-34698 | $6,802.80 | 0.00864675% |
| Vector-Dallas Love Field | 19-34698 | $66.95 | 0.00008510% |
| Veritas Advisory Group, Inc. | 19-34698 | $371,356.61 | 0.47201573% |
| Vessel Technology, a division of SAS Global Corporation | 19-34698 | $98,208.54 | 0.12482873% |
| Virtual Materials Group USA | 19-34698 | $12,990.00 | 0.01651104% |
| Waste Heat Recovery Corp. | 19-34698 | $28,309.38 | 0.03598286% |
| Wholesale Electric Supply Company of Houston Inc. | 19-34698 | $227,664.79 | 0.28937512% |
| William Doug McDaniel | 19-34698 | $92,000.00 | 0.11693732% |
| Women's Energy Network | 19-34698 | $3,000.00 | 0.00381317% |
| Yokogawa Corp. | 19-34698 | $226,264.00 | 0.28759463% |

| | | | |
|---|---|---|---|
| York International Corporation | 19-34698 | $305,800.00 | 0.38868949% |
| Zeeco, Inc. | 19-34698 | $336,963.02 | 0.42829949% |
| Zeochem LLC | 19-34698 | $222,588.30 | 0.28292260% |
| Dealers Electrical Supply Co. | 19-34699 | $573,698.41 | 0.72920386% |
| Rudd Fire Protection Inc | 19-34699 | $1,792.25 | 0.00227805% |
| Hebert Steel Company, Inc. | 19-34699 | $385,099.91 | 0.48948426% |
| VanZandt Controls, LLC | 19-34699 | $4,241.60 | 0.00539132% |
| Sefton Steel, LP | 19-34699 | $379,013.44 | 0.48174800% |
| Hancock Mechanical, LLC | 19-34699 | $1,496,749.60 | 1.90245531% |
| MRC Global | 19-34699 | $1,446,515.61 | 1.83860501% |
| | | $78,674,625.84 | 100.00000000% |

## Subordinated Claims

| | | |
|---|---|---|
| Targa Channelview, LLC | 19-34698 | $1,000,000.00 |
| Saulsbury Industries, Inc | 19-34698 | $12,728,987.44 |